| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| NORTHERN DISTRICT OF ILLINOIS | |
| Case number *(if known)* _____ | Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **Anderson Shumaker Company**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    **36-0736080**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **824 S. Central Ave.** | |
| **Chicago, IL 60644** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**    **andersonshumaker.com**

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Anderson Shumaker Company** _____ Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor   **Anderson Shumaker Company**   Case number (*if known*)
Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Anderson Shumaker Company**
Name                                                                                             Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 23, 2017**
MM / DD / YYYY

X **/s/ Richard J. Tribble**                                **Richard J. Tribble**
Signature of authorized representative of debtor             Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X **/s/ SCOTT R. CLAR**                                     Date **February 23, 2017**
Signature of attorney for debtor                             MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone   **312-641-6777**   Email address

**06183741**
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _/s/ Richard J. Tribble_____           Richard J. Tribble
Signature of authorized representative of debtor           Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

X _/s/ Scott R. Clar_____           Date  02/23/2017
Signature of attorney for debtor           MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone  **312-641-6777**           Email address  sclar@craneheyman.com

**06183741**
Bar number and State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

Fill in this information to identify the case:
Debtor name: **Anderson Shumaker Company**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADVANTAGE MACHINING<br>600 W. NEW YORK ST.<br>AURORA, IL 60506 | | | | | | $91,205.62 |
| ALCOA - HOWMET<br>7335 SOLUTION CENTER<br>CHICAGO, IL 60677-7003 | | | | | | $39,477.81 |
| CARLSON TOOL & MFG CORP<br>BIN 88361<br>MILWAUKEE, WI 53288-0362 | | | | | | $34,670.00 |
| CRUCIBLE INDUSTRIES LLC<br>PO BOX 74398<br>CLEVELAND, OH 44194-4399 | | | | | | $28,355.64 |
| DIMICK MACHINE REPAIR, LLC<br>2323 SEVENTH AVE.<br>LANSING, MI 48906 | | | | | | $38,640.00 |
| ELECTRALLOY<br>PO BOX 2298 GRANT STREET<br>PITTSBURGH, PA 15230 | | | | | | $151,291.40 |
| ELLWOOD GROUP, INC.<br>PO BOX 536400<br>PITTSBURGH, PA 15253-5906 | | | | | | $421,605.20 |

Debtor **Anderson Shumaker Company**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| EXOVA<br>193 INTERNATIONAL BLVD<br>GLENDALE HGTS., IL 60139 | | | | | | $51,745.00 |
| HAYNES INTERNATIONAL<br>35081 EAGLE WAY<br>CHICAGO, IL 60678-1350 | | | | | | $85,504.00 |
| HOPKINS MACHINE CORP.<br>4242 W. DIVERSEY AVE.<br>CHICAGO, IL 60639 | | | | | | $57,710.00 |
| INTEGRYS ENERGY-NATURAL GAS<br>PO BOX 5472<br>CAROL STREAM, IL 60197-5473 | | | | | | $48,507.00 |
| LATROBE SPECIALTY METALS CORP<br>PO BOX 644180<br>PITTSBURGH, PA 15264-4181 | | | | | | $421,605.20 |
| METALLURGICAL SERVICES INC<br>P O BOX 1097<br>MELROSE PARK, IL 60161-1098 | | | | | | $68,058.39 |
| PROGRESSIVE STEEL TREATING<br>921 LAWN DRIVE<br>LOVES PARK, IL 61111 | | | | | | $29,083.00 |
| REMELT SOURCES, INC.<br>PO BOX 72076<br>CLEVELAND, OH 44192 | | | | | | $116,032.80 |
| RSM US LLP<br>5154 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | | | | | | $60,049.76 |
| UNIVERSAL STAINLESS & ALLOY<br>P. O. BOX 640594<br>PITTSBURGH, PA 15264-0595 | | | | | | $122,998.00 |

Debtor **Anderson Shumaker Company**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| VALBRUNA STAINLESS, INC. P. O. BOX 83185 CHICAGO, IL 60691-0186 | | | | | | $61,616.00 |
| VDM METALS USA, LLC 305 COLUMBIA TURNPIKE FLORHAM PARK, NJ 07932 | | | | | | $144,529.54 |
| WES-COR INC 699 FRONTIER WAY BENSENVILLE, IL 60106 | | | | | | $94,729.29 |

# United States Bankruptcy Court
### Northern District of Illinois

In re **Anderson Shumaker Company**          Case No.
Debtor(s)                                     Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Richard J. Tribble**<br>**847 Lathrop**<br>**River Forest, IL 60305** | **Common Stock** | | **100%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 23, 2017**          Signature **/s/ Richard J. Tribble**
                                               **Richard J. Tribble**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re **Anderson Shumaker Company**                              Case No.
                                    Debtor(s)                    Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Richard J. Tribble<br>847 Lathrop<br>River Forest, IL 60305 | Common Stock | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date 2/23/17                         Signature /s/ Richard J. Tribble
                                              Richard J. Tribble

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Anderson Shumaker Company**                                         Case No.
                                   Debtor(s)                                  Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  **96**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **February 23, 2017**                       **/s/ Richard J. Tribble**
                                                    **Richard J. Tribble**/**Chief Executive Officer**
                                                    Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Anderson Shumaker Company**                                     Case No.
                                     Debtor(s)                           Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                **96**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  _2/23/17_                        _[signature]_
                                        Richard J. Tribble/Chief Executive Officer
                                        Signer/Title

| | | |
|---|---|---|
| 1 M TOOL COMPANY<br>6529 W DAKIN<br>CHICAGO, IL 60634 | ARNSTEIN & LEHR LLP<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1199<br>CHICAGO, IL 60606-3910 | ONTAS CORPORATION LOC #20<br>P. O. BOX 88004<br>CHICAGO, IL 60680-1005 |
| ADVANTAGE MACHINING<br>600 W. NEW YORK ST.<br>AURORA, IL 60506 | ASSOCIATED TIRE & BATTERY CO<br>6207 W ROOSEVELT RD<br>OAK PARK, IL 60304 | CONSTELLATION ENERGY SERVIC<br>P. O. BOX 5473<br>CAROL STREAM, IL 60197-5474 |
| AL WARREN OIL CO. INC.<br>P.O. BOX 2278<br>HAMMOND, IN 46323 | ASTM<br>99 BARR HARBOR DR<br>PO BOX C699<br>W. CONSHOHOCKEN, PA 19428-2959 | COOK COUNTY TREASURER<br>PO BOX 4487<br>CAROL STREAM, IL 60197-4488 |
| ALCOA - HOWMET<br>7335 SOLUTION CENTER<br>CHICAGO, IL 60677-7003 | B2B INDUSTRIAL PACKAGING<br>PO BOX 3295<br>GLEN ELLYN, IL 60138-3296 | CRUCIBLE INDUSTRIES LLC<br>PO BOX 74398<br>CLEVELAND, OH 44194-4399 |
| ALFE HEAT TREATING INC.<br>3892 SOLUTIONS CENTER<br>CHICAGO, IL 60677-3008 | BT EQUIPMENT<br>201 EAST WOODSIDE<br>SOUTH BEND, IN 46614 | DA CONTI INTERNATIONAL INC<br>1249 North Harper Ave.<br>Suite 302  Attn: GREGG<br>West Hollywood, CA 90046 |
| ALLIED GARAGE DOOR, INC.<br>P. O. BOX 816<br>LOMBARD, IL 60148 | BURGETT COMBUSTION & CONTROLS<br>PO BOX 10516<br>4065 W. 82ND AVE.<br>MERRILLVILLE, IN 46410 | DAYTON FREIGHT LINES INC.<br>P .O. BOX 339<br>VANDALIA, OH 45377 |
| ALLOYWELD INSPECTION CO.<br>795 MAPLE LANE<br>BENSENVILLE, IL 60106 | CARLSON TOOL & MFG CORP<br>BIN 88361<br>MILWAUKEE, WI 53288-0362 | DIAMOND BLAST<br>1740 N 30TH AV<br>MELROSE PARK, IL 60160 |
| ALTA EQUIPMENT COMPANY<br>25541 NETWORK PLACE<br>CHICAGO, IL 60673-1255 | CHARLES E. LARSON & SONS<br>2644 N KEELER AV<br>CHICAGO, IL 60639 | DIMICK MACHINE REPAIR, LLC<br>2323 SEVENTH AVE.<br>LANSING, MI 48906 |
| AMERICAN WELDING & GAS INC.<br>PO BOX 74008002<br>CHICAGO, IL 60674-8003 | CHICAGO OFFICE PRODUCTS CO<br>9709 INDUSTRIAL DR<br>BRIDGEVIEW, IL 60455 | DIRECT ALLOYS, LLC<br>900 BROAD ST.<br>UTICA, NY 13501 |
| AMERIGAS - CICERO<br>3500 S. CICERO<br>CICERO, IL 60804 | CHICAGO SPECIALTY STEEL CORP<br>504 INDUSTRIAL DRIVE<br>GRIFFITH, IN 46319 | EAGLE MACHINE COMPANY INC<br>1724 W WALNUT ST<br>CHICAGO, IL 60612 |

| | | |
|---|---|---|
| ELECTRALLOY<br>PO BOX 2298<br>GRANT STREET<br>PITTSBURGH, PA 15230 | HINSHAW & CULBERTSON<br>8110 SOLUTIONS CENTER DR<br>CHICAGO, IL 60677-8001 | LATROBE SPECIALTY METALS CO<br>PO BOX 644180<br>PITTSBURGH, PA 15264-4181 |
| ELLWOOD GROUP, INC.<br>PO BOX 536400<br>PITTSBURGH, PA 15253-5906 | HOPKINS MACHINE CORP.<br>4242 W. DIVERSEY AVE.<br>CHICAGO, IL 60639 | LATROBE SPECIALTY METALS CO<br>PO BOX 644180<br>PITTSBURGH, PA 15264-4181 |
| EXOVA<br>193 INTERNATIONAL BLVD<br>GLENDALE HGTS., IL 60139 | HORIZON SYSTEMS MACHINING INC.<br>9120 58TH PLACE<br>KENOSHA, WI 53144 | LEAHY-WOLF COMPANY<br>1723 W. ARMITAGE CT.<br>SUITE A<br>ADDISON, IL 60101 |
| EXTREME SNOW & ICE CONTROL<br>9035 NORTHFIELD ROAD<br>WOODRIDGE, IL 60517 | HOUSE OF SAFETY<br>4415 W DIVERSEY AV<br>CHICAGO, IL 60639 | MC MASTER-CARR SUPPLY COM<br>P O BOX 7689<br>CHICAGO, IL 60680-7690 |
| FEDEX FREIGHT<br>DEPT CH<br>PO BOX 10305<br>PALATINE, IL 60055-0306 | ILLINOIS PAPER CO SUPPLIES DIV<br>5 TERRITORIAL COURT<br>BOLINGBROOK, IL 60440 | METALLURGICAL SERVICES INC<br>P O BOX 1097<br>MELROSE PARK, IL 60161-1098 |
| FIA<br>1110 SUPERIOR AVE.<br>SUITE 614<br>CLEVELAND, OH 44114 | INNOVATIVE GRINDING INC<br>689 COUNTY LINE ROAD<br>BENSENVILLE, IL 60106 | MILLENNIUM TRANSPORTATION<br>5758 CTY HWY M<br>BOULDER JUNCTIN, WI 54512 |
| GAHR MACHINE CO.<br>26469 LAKELAND BLVD.<br>EUCLID, OH 44132 | INTEGRYS ENERGY-NATURAL GAS<br>PO BOX 5472<br>CAROL STREAM, IL 60197-5473 | MILLS PALLET INC.<br>4499 WEST ROOSEVELT ROAD<br>CHICAGO, IL 60624 |
| GROOT INDUSTRIES<br>8474 W. 53RD ST.<br>MCCOOK, IL 60525 | K&L GATES LLP<br>69 W. MADISON STREET<br>SUITE 3099<br>CHICAGO, IL 60602 | MINCE MASTER INC.<br>P. O. BOX 34568<br>CHICAGO, IL 60634 |
| H20 SERVICES, INC.<br>SUITE C - 122<br>901 SOUTH RANDALL ROAD<br>ST. CHARLES, IL 60174 | KASTO INC.<br>P. O. BOX 14309<br>PITTSBURGH, PA 15239 | MISTRAS SERVICES DIVISION<br>P. O. BOX 405693<br>ATLANTA, GA 30384-5694 |
| HAYNES INTERNATIONAL<br>35081 EAGLE WAY<br>CHICAGO, IL 60678-1350 | KOCSIS BROTHERS MACHINE CO.<br>11754 S. AUSTIN AVENUE<br>ALSIP, IL 60803 | NORTHWEST ELECTRIC MOTOR C<br>3916 N. 25TH AVENUE<br>SCHILLER PARK, IL 60176 |

| | | |
|---|---|---|
| OIL GEAR COMPANY<br>P. O. BOX 681085<br>CHICAGO, IL 60695-2086 | RNM AND ASSOCIATES<br>500 E. ORCHARD STREET<br>ARLINGTON HGHTS, IL 60005 | TMA EDUCATIONAL FOUNDATION<br>1650 WILKENING RD<br>SCHAUMBURG, IL 60173 |
| ORBIT INDUSTRIES, INC.<br>6839 LAKE ABRAM DRIVE<br>MIDDLEBURG HTS, OH 44130 | RONCO INDUSTRIAL SUPPLY CO<br>699 FRONTIER WAY<br>BENSENVILLE, IL 60106 | TOPSPOT INTERNET MKTG SOLU<br>514 POST OAK BLVD.<br>SUITE 299<br>HOUSTON, TX 77027 |
| OVERHEAD MATERIAL HANDLING<br>24 W. NORTH AVE<br>UNIT D<br>VILLA PARK, IL 60181 | ROSE PEST SOLUTIONS<br>1808 W. NORTH AVE.<br>CHICAGO, IL 60622-1307 | TYCO INTEGRATED SECURITY LL<br>P O BOX 371966<br>PITTSBURGH, PA 15250-7967 |
| PITNEY BOWES GLOBAL FIN SERVIC<br>P O BOX 371886<br>PITTSBURGH, PA 15250-7887 | RSM US LLP<br>5154 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | UNION ELECTRIC STEEL<br>PO BOX 464<br>725 BELL AVENUE<br>CARNEGIE, PA 15106-0465 |
| PRIME METALS ALLOY<br>P. O. BOX 193<br>LUCERNEMINES, PA 15754 | SAIA MOTOR FREIGHT<br>PO BOX 730531<br>DALLAS, TX 75373-0532 | UNITED PARCEL SERVICE<br>LOCKBOX 576<br>CAROL STEAM, IL 60132 |
| PROGRESSIVE STEEL TREATING<br>921 LAWN DRIVE<br>LOVES PARK, IL 61111 | SCHULTZ SUPPLY CO.<br>3214 S. 59TH AVENUE<br>CICERO, IL 60804 | UNIVERSAL STAINLESS & ALLOY<br>P. O. BOX 640594<br>PITTSBURGH, PA 15264-0595 |
| QUALITY FORGING STEELS<br>3810 SOUTH GRIFFITH AVE<br>OWENSBORO, KY 42303 | SERVICE MASTER COMML SPECIALST<br>SUITE 204<br>1439 W. NORTH AVENUE<br>MELROSE PARK, IL 60160 | UPS FREIGHT<br>28012 NETWORK PLACE<br>CHICAGO, IL 60673-1280 |
| REDLINE INDUSTRIES, INC.<br>2039 WEST HUBBARD STREET<br>CHICAGO, IL 60612-1720 | SOUTHSIDE CONTROL<br>487 N. MILWAUKEE AVE.<br>CHICAGO, IL 60610-3923 | VALBRUNA STAINLESS, INC.<br>P. O. BOX 83185<br>CHICAGO, IL 60691-0186 |
| REMELT SOURCES, INC.<br>PO BOX 72076<br>CLEVELAND, OH 44192 | STANGE INDUSTRIAL GROUP<br>493 BONNIE LANE<br>ELK GROVE VILGE, IL 60007 | VDM METALS USA, LLC<br>305 COLUMBIA TURNPIKE<br>FLORHAM PARK, NJ 07932 |
| RM TRUCKING CO.<br>3719 RIVER ROAD<br>SUITE #99<br>FRANKLIN PARK, IL 60131 | TECHNOX MACHINE & MANUFACTURIN<br>2618 N. NORMANDY AVENUE<br>CHICAGO, IL 60707 | VERIZON WIRELESS<br>P O BOX 25504<br>LEHIGH VALLEY, PA 18002-5505 |

WALTER METALS
LOCK BOX PI POST OFFICE
BOX 360116
PITTSBURGH, PA 15251-6117


WATERLOGIC EAST LLC
PO BOX 513029
PHILADELPHIA, PA 19175-3030


WES-COR INC
699 FRONTIER WAY
BENSENVILLE, IL 60106


WESTPORT CORP.
509 MONTAUK HIGHWAY
WEST ISLIP, NY 11795-4422


YRC (RDWY)
P. O. BOX 93150
CHICAGO, IL 60673-3151


ZENITOOLS, INC
169 N. BRANDON DRIVE
GLENDALE HGTS, IL 60139

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Anderson Shumaker Company**                                         Case No.
                                Debtor(s)                                     Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Anderson Shumaker Company**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 23, 2017**                                     **/s/ SCOTT R. CLAR**
Date                                                      **SCOTT R. CLAR**
                                                          Signature of Attorney or Litigant
                                                          Counsel for   **Anderson Shumaker Company**
                                                          **Crane, Heyman, Simon, Welch & Clar**
                                                          **Suite 3705**
                                                          **135 South LaSalle Street**
                                                          **Chicago, IL 60603-4297**
                                                          **312-641-6777 Fax:312-641-7114**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Anderson Shumaker Company**                                                Case No.
                                    Debtor(s)                                       Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Anderson Shumaker Company** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_2/23/17_                                       _/s/ Scott R. Clar_
Date                                            **SCOTT R. CLAR**
                                                Signature of Attorney or Litigant
                                                Counsel for   **Anderson Shumaker Company**
                                                **Crane, Heyman, Simon, Welch & Clar**
                                                **Suite 3705**
                                                **135 South LaSalle Street**
                                                **Chicago, IL 60603-4297**
                                                **312-641-6777 Fax:312-641-7114**