IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 Case |
| | ) | |
| **ANDERSON SHUMAKER COMPANY,** | ) | **Case No. 17-05206** |
| | ) | |
| Debtors. | ) | Hon. Donald R. Cassling |

## NOTICE OF FILING

To: See Attached Service List

    PLEASE TAKE NOTICE that on March 9, 2017, the United States Trustee by his attorney, Ha Nguyen, caused a copy of the **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto and herewith served upon you.

By: /s/ *Ha Nguyen*
Ha Nguyen, Trial Attorney
Office of the U.S. Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604
312-886-3320

# CERTIFICATE OF SERVICE

I, Ha Nguyen, an attorney, state that pursuant to Local Rule 9013-1(D) the above **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** was filed on March 9, 2017, and served on all persons identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via Electronic Mail, as indicated, before 5:00 p.m. on March 9, 2017.

/s/   Ha Nguyen

**SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Scott R. Clar, sclar@cranheyman.com
Bryan E. Minier, bminier@lathropgage.com
Christopher H. Purcell, shermanlaw13@aol.com
Rebecca D. Ward, ward@blankrome.com

**Parties Served via Electronic Mail:**

Stephen Anderson, CFO, sanderson@carlsontool.com
Clint McGregor, Controller, clint@progressivesteeltreating.com
David Vanbibber, dvanbibber@haynesintl.com
James Hofer, jhofer@elwd.com
Ross Wilkin, r.wilkin@univstainless.com
Anthony Seidelman, tony@advantagemachining.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 Case |
| | ) | |
| **ANDERSON SHUMAKER COMPANY,** | ) | **Case No. 17-05206** |
| | ) | |
| Debtors. | ) | Hon. Donald R. Cassling |

**NOTICE OF APPOINTMENT OF COMMITTEE
OF UNSECURED CREDITORS**

The following persons, selected from unsecured creditors who are willing to serve, are hereby appointed as the Creditors' Committee in this case:

| CREDITOR | REPRESENTATIVE |
|---|---|
| Electralloy, G.O. Carlson, Inc.<br>175 Main Street<br>Oil City, PA 16301 | Joseph C. Paparone, II* |
| Carlson Tool & Manufacturing Corp.<br>W57 N14386 Doerr Way<br>Cedarburg, WI 53012 | Stephen Anderson |
| Progressive Steel Treating, Inc.<br>922 Lawn Drive<br>Loves Park, IL 61111 | Clint McGregor |
| Haynes International, Inc.<br>1020 West Park Avenue<br>PO Box 9013<br>Kokomo, IN 46904-9013 | David Vanbibber |
| Ellwood Group<br>700 Moravia Street<br>New Castle, PA 16101 | James Hofer |

*Interim Creditors' Committee Chairman

RESPECTFULLY SUBMITTED,
PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATE: March 9, 2017         By: */s/ Ha Nguyen*
                                Ha Nguyen
                                Attorney for the U.S. Trustee