UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-05206 |
| ANDERSON SHUMAKER COMPANY, | ) | |
| an Illinois corporation | ) | Chapter:  11 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AND NOTICE SETTING HEARING ON
### A) APPROVAL OF DEBTORS' DISCLOSURE STATEMENT; AND
### B) CONFIRMATION OF DEBTORS' PLAN OF REORGANIZATION

THIS MATTER COMING TO BE HEARD upon the status hearing on the Plan of Reorganization ("Plan") and Disclosure Statement filed by ANDERSON SHUMAKER COMPANY, debtor/debtor-in-possession herein on January 2, 2018, and this Court being fully advised in the premises;

IT IS HEREBY ORDERED as follows:

A)  This Court will conduct a hearing on approval of the Disclosure Statement on February 6, 2018, at 10:30 a.m., and Confirmation of the Plan on March 13, 2018 at 10:30 a.m., at 219 S. Dearborn St., Room 619, Chicago, Illinois;

B)  Objections, if any, to approval of the Disclosure Statement shall be in writing and filed with the Clerk of the Bankruptcy Court, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and served upon the persons listed below on or before January 30, 2018:

C)  Objections, if any, to Confirmation of the Plan shall be in writing and filed with the Clerk of the Bankruptcy Court, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and served upon the following persons on or before before March 6, 2018:

Ha Nguyen
United States Trustee
219 S. Dearborn, Suite 873
Chicago, IL 60604

Shelly A. DeRousse
Devon J. Eggert
Freeborn & Peters LLP
311 South Wacker Drive, #300
Chicago, IL 60606

Scott R. Clar
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, IL 60603

Bryan E. Minier
Lathrop & Gage LLP
155 N. Wacker Dr., 30th Floor
Chicago, IL 60606-1758

C) March 6, 2018, is set as the last day for the filing of ballots accepting or rejecting the Plan ("Ballots").  Ballots must be filed with the Clerk of the Bankruptcy Court, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604; and

D) The Debtor shall file a Report of Balloting by no later than March 9, 2018.

Enter:

*Donald R. Cassling* AMC

Honorable Donald R. Cassling

United States Bankruptcy Judge

Dated: 03 JAN 2018

**Prepared by:**

DEBTOR'S COUNSEL:

Scott R. Clar

(Atty. No. 06183741)

Crane, Simon, Clar & Dan

135 South LaSalle Street, Suite 3705

Chicago, IL 60603

(312) 641-6777

\mjo2\anderson shumaker\Adequacy of Disc Stmt-

Confirmation.Ord