UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-05206 |
| ANDERSON SHUMAKER COMPANY, ) | Chapter 11 |
| ) | Judge Cassling |
| debtor/debtor-in-possession. ) | |

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS
## FOR THE PERIOD ENDING NOVEMBER 30, 2017

**DEBTOR'S COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
Brian P. Welch
(Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Anderson Shumaker (ASC)   CASE NO. 17-04206

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending __Nov.__, 20__17__

BEGINNING BALANCE IN ALL ACCOUNTS       $ 453,520

RECEIPTS:
   1. Receipts from operations             $ 1,639,872
   2. Other Receipts                       $ 0

DISBURSEMENTS:
   3. Net payroll:
      a. Officers                         $ 24,320
      b. Others                           $ 80,491

   4. Taxes
      a. Federal Income Taxes             $ 22,832
      b. FICA withholdings                $ 13,157
      c. Employee's withholdings          $ 784
      d. Employer's FICA                  $ 13,021
      e. Federal Unemployment Taxes       $ 11
      f. State Income Tax                 $ 8,118
      g. State Employee withholdings      $ 0
      h. All other state taxes            $ 170

   5. Necessary expenses:
      a. Rent or mortgage payments(s)     $ 2,000
      b. Utilities                        $ 10,003
      c. Insurance                        $ 31,248
      d. Merchandise bought for manufacture or sale  $ 731,655
      e. Other necessary expenses (specify)
          CoG Less (D) Steel       $ 567,107
                                   $

TOTAL DISBURSEMENTS                     $ 1,504,867

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ 135,003

ENDING BALANCE IN __Associated Bank__            $ 584,332
      (Name of Bank)
ENDING BALANCE IN __Forest Park Bank__           $ 4,191
      (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS          $ 588,523

OPERATING REPORT Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Anderson Shumaker Co (ASC)    CASE NO.: 17-04206

### RECEIPTS LISTING

FOR MONTH ENDING ___Nov___, 20_17_

Bank: Associated Bank N.A.
Location: Green Bay, WI, 54307-9097
Account Name: Anderson Shumaker Co.
Account No.: 2153075177

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 11-1 | Sales Receipts | 1,279,007 |
| 11-30 | | |
| | TOTAL: | 1,279,007 |

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Anderson Shumaker Co (ASC)   CASE NO.: 17-04206

RECEIPTS LISTING

FOR MONTH ENDING   NOV   , 20 17

Bank: Forest Park National Bank & Trust

Location: 7348 W. Madison St. Forest Park, IL 60130

Account Name: Anderson Shumaker Co - Main Account

Account No.: 017072900

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 11-1 | Sales Receipts | 360,865 |
| 11-30 | | |

TOTAL: 360,865

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Anderson Shumaker Co (ASC)    CASE NO.: 17-04206

## DISBURSEMENT LISTING

FOR MONTH ENDING Nov, 20 17

Bank: Associated Bank N.A.
Location: Green Bay, WI. 54307-9097
Account Name: Anderson Shumaker Co
Account No.: 2153 075177

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 11-1 | 57758 to | Misc | 1306120 |
| 11-30 | 57941 | | |
| P/R | | P/R Acct. | 8198,749 |
| | | TOTAL: | 1504 869 |

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

Distribution of Accounts Payable Payments
01/18/18   Page:1.00

| Vendor | Date | Check# | Invoice# | P/O# | Amount |
|---|---|---|---|---|---|
| ATI | 11/01/17 | 57758 | PF-5555 | | $1,061.40 |
| COPCO | 11/01/17 | 57759 | 929066-0 | | $29.62 |
| ELEC | 11/01/17 | 57760 | CHIC38 | 61345 | $69,898.80 |
| EQS | 11/01/17 | 57761 | 102617-1 | 60750 | $62,157.20 |
| MINCE | 11/01/17 | 57762 | M7842 | 61105 | $5,360.00 |
| OVNT | 11/01/17 | 57763 | 367356430 | | $149.57 |
| PETTY | 11/01/17 | 57764 | 24280 | | $1,800.00 |
| VISTA | 11/01/17 | 57765 | 124244 | 61178 | $6,633.20 |
| FDPI | 11/01/17 | 57766 | 24281 | | $12,090.00 |
| WES | 11/01/17 | 57767 | 6027643-1 | 61401 | $3,846.68 |
| EQS | 11/02/17 | 57768 | 110117-1 | 61323 | $21,090.00 |
| OVNT | 11/02/17 | 57769 | 537194523 | | $149.57 |
| ALLW | 11/02/17 | 57770 | 63873 | 61087 | $4,000.00 |
| ATTPRI | 11/02/17 | 57771 | 3830827305 | | $957.01 |
| BRIS | 11/02/17 | 57772 | 3351807 | 61337 | $502.78 |
| BRIS | 11/02/17 | 57772 | 3352019 | 61338 | $105.99 |
| BURGETT | 11/02/17 | 57773 | 3510 | | $3,113.95 |
| COLTF | 11/02/17 | 57774 | 1357156 | | $814.13 |
| CONCEN | 11/02/17 | 57775 | 1010327970 | | $64.00 |
| CONCEN | 11/02/17 | 57775 | 1010094419 | | $109.00 |
| CONCEN | 11/02/17 | 57775 | 1010510415 | | $109.00 |
| DELAGE | 11/02/17 | 57776 | 56699268 | | $508.40 |
| DIA | 11/02/17 | 57777 | 51981 | 61188 | $100.00 |
| H20 | 11/02/17 | 57778 | 3884 | | $5,620.24 |
| HOPKINS | 11/02/17 | 57779 | 12803-1 | 61040 | $195.00 |
| HOPKINS | 11/02/17 | 57779 | 12802-1 | 60994 | $4,485.00 |
| HOPKINS | 11/02/17 | 57779 | 12804-1 | 61043 | $195.00 |
| INTEG | 11/02/17 | 57780 | 24277 | | $13,118.95 |
| KOCSIS | 11/02/17 | 57781 | 42811 | 60981 | $2,600.00 |
| KOCSIS | 11/02/17 | 57781 | 42830 | 60998 | $2,600.00 |
| KROPP | 11/02/17 | 57782 | 384322-001 | 61191 | $1,508.11 |
| KROPP | 11/02/17 | 57782 | 378845-13 | | $654.00 |
| KROPP | 11/02/17 | 57782 | 378845-14 | | $654.00 |
| MILL | 11/02/17 | 57783 | 30672 | | $1,500.00 |
| MISTRAS | 11/02/17 | 57784 | CD10843774 | 61084 | $350.00 |
| MISTRAS | 11/02/17 | 57784 | CD10841855 | 60890 | $40.00 |
| MISTRAS | 11/02/17 | 57784 | CD10841853 | 60888 | $160.00 |
| MISTRAS | 11/02/17 | 57784 | CD10841852 | 60887 | $320.00 |
| MISTRAS | 11/02/17 | 57784 | CD10841857 | 60889 | $40.00 |
| MSI | 11/02/17 | 57785 | 500005782 | 60936 | $160.00 |
| MSI | 11/02/17 | 57785 | 500005784 | 60940 | $80.00 |
| MSI | 11/02/17 | 57785 | 50005778 | 60935 | $160.00 |

Distribution of Accounts Payable Payments
01/18/18    Page:2.00

| Vendor | Date | Check# | Invoice# | P/O# | Amount |
|---|---|---|---|---|---|
| MSI | 11/02/17 | 57785 | 500005790 | 60974 | $80.00 |
| MSI | 11/02/17 | 57785 | 500005783 | 60945 | $160.00 |
| MSI | 11/02/17 | 57785 | 500005789 | 60968 | $80.00 |
| MSI | 11/02/17 | 57785 | 500005795 | 60970 | $275.00 |
| MSI | 11/02/17 | 57785 | 500005793 | 60983 | $80.00 |
| MSI | 11/02/17 | 57785 | 500005780 | 60933 | $160.00 |
| MSI | 11/02/17 | 57785 | 5000005779 | 60934 | $160.00 |
| MSI | 11/02/17 | 57785 | 500005785 | 60962 | $160.00 |
| MSI | 11/02/17 | 57785 | 500005786 | 60972 | $80.00 |
| MSI | 11/02/17 | 57785 | 500005794 | 60973 | $80.00 |
| MSI | 11/02/17 | 57785 | 500005788 | 60975 | $80.00 |
| MSI | 11/02/17 | 57785 | 500005777 | 60916 | $898.00 |
| MSI | 11/02/17 | 57786 | 500005791 | 60984 | $80.00 |
| MSI | 11/02/17 | 57786 | 500005787 | 60969 | $80.00 |
| MSI | 11/02/17 | 57786 | 500005781 | 60932 | $160.00 |
| MSI | 11/02/17 | 57786 | 500005792 | 60976 | $80.00 |
| MSI | 11/02/17 | 57786 | 500005826 | 61000 | $80.00 |
| MSI | 11/02/17 | 57786 | 500005827 | 61006 | $80.00 |
| MSI | 11/02/17 | 57786 | 50005829 | 61007 | $80.00 |
| MSI | 11/02/17 | 57786 | 500005828 | 61008 | $80.00 |
| MSI | 11/02/17 | 57786 | 500005865 | 61018 | $80.00 |
| MSI | 11/02/17 | 57786 | 500005866 | 61015 | $80.00 |
| MSI | 11/02/17 | 57786 | 500005867 | 61017 | $425.00 |
| MSI | 11/02/17 | 57786 | 500005863 | 60999 | $80.00 |
| MSI | 11/02/17 | 57786 | 50005869 | 61036 | $80.00 |
| MSI | 11/02/17 | 57786 | 500005864 | 61016 | $425.00 |
| MSI | 11/02/17 | 57786 | 50005884 | 61029 | $80.00 |
| MSI | 11/02/17 | 57786 | 500005883 | 61028 | $80.00 |
| MSI | 11/02/17 | 57787 | 500005886 | 61041 | $105.00 |
| MSI | 11/02/17 | 57787 | 500005885 | 61034 | $80.00 |
| MSI | 11/02/17 | 57787 | 500005927 | 61039 | $80.00 |
| MSI | 11/02/17 | 57787 | 500005930 | 61037 | $80.00 |
| MSI | 11/02/17 | 57787 | 500005928 | 61042 | $80.00 |
| MSI | 11/02/17 | 57787 | 500005932 | 61054 | $80.00 |
| MSI | 11/02/17 | 57787 | 500005926 | 61038 | $80.00 |
| MSI | 11/02/17 | 57787 | 500005929 | 61050 | $80.00 |
| MSI | 11/02/17 | 57787 | 500005933 | 61052 | $80.00 |
| MSI | 11/02/17 | 57787 | 500005931 | 61056 | $165.00 |
| MSI | 11/02/17 | 57787 | 500005868 | 61035 | $80.00 |
| MSI | 11/02/17 | 57787 | 50005796 | 60988 | $80.00 |
| ORBIT | 11/02/17 | 57788 | 262249-IN | 60790 | $982.10 |
| ORBIT | 11/02/17 | 57788 | 262248-IN | 60791 | $1,508.22 |

Distribution of Accounts Payable Payments
01/18/18   Page:3.00

| Vendor | Date | Check# | Invoice# | P/O# | Amount |
|---|---|---|---|---|---|
| PETRO | 11/02/17 | 57789 | 3069378575 | | $227.12 |
| PETRO | 11/02/17 | 57789 | 3069590383 | | $413.18 |
| RON | 11/02/17 | 57790 | 6026744-1 | 61378 | $4,139.21 |
| SAFETY | 11/02/17 | 57791 | 74810745 | | $467.04 |
| SBC | 11/02/17 | 57792 | SB038966 | | $153.03 |
| SERVM | 11/02/17 | 57793 | 26288 | | $440.00 |
| UPS | 11/02/17 | 57794 | 5809E407 | | $90.20 |
| UPS | 11/02/17 | 57794 | 5809E417 | | $34.34 |
| UPS | 11/02/17 | 57794 | 5809E427 | | $112.34 |
| UPS | 11/02/17 | 57794 | 5809E437 | | $181.88 |
| WARREN | 11/02/17 | 57795 | W1091743 | | $398.57 |
| WARREN | 11/02/17 | 57795 | W1093503 | | $332.06 |
| WATER | 11/02/17 | 57796 | 24247 | | $2,249.76 |
| CONAM | 11/03/17 | 57797 | 10853057-1 | 61361 | $400.00 |
| CONAM | 11/03/17 | 57797 | 10853057-2 | 61363 | $400.00 |
| CONAM | 11/03/17 | 57797 | 10853781-1 | 61364 | $400.00 |
| CONAM | 11/03/17 | 57797 | 10853781-2 | 61379 | $150.00 |
| OVNT | 11/03/17 | 57798 | 639675993 | | $149.57 |
| PST | 11/03/17 | 57799 | 11-124404 | 61331 | $2,099.60 |
| WES | 11/03/17 | 57800 | 6027723-1 | 61426 | $1,640.00 |
| WMTR | 11/03/17 | 57801 | A-12872P | 61273 | $757.25 |
| EXOVA | 11/06/17 | 57802 | 11032017-1 | 61374 | $705.00 |
| MILLS | 11/06/17 | 57803 | 62172 | 61030 | $1,465.00 |
| MILLS | 11/06/17 | 57803 | 62447 | 61403 | $1,465.00 |
| ALLW | 11/07/17 | 57804 | 63950/3986 | 61418 | $80.00 |
| ALLW | 11/07/17 | 57804 | 63950/3987 | 61417 | $288.00 |
| ALLW | 11/07/17 | 57804 | 63950/3985 | 61416 | $720.00 |
| GUARD | 11/07/17 | 57805 | 24282 | | $613.62 |
| MID | 11/07/17 | 57806 | 05097902 | | $501.15 |
| MID | 11/07/17 | 57806 | 05036028 | | $517.06 |
| OVNT | 11/07/17 | 57807 | 546598216 | | $149.69 |
| PRIN | 11/07/17 | 57808 | 24284 | | $4,098.34 |
| ZENI | 11/07/17 | 57809 | 20806-1 | 61457 | $237.00 |
| HAY | 11/08/17 | 57810 | 1853118-1 | 61365 | $68,021.36 |
| PJ | 11/08/17 | 57811 | 24300 | | $160.80 |
| VISTA | 11/08/17 | 57812 | 124027 | 61094 | $47,040.00 |
| EXOVA | 11/08/17 | 57813 | 11052017-1 | 61441 | $2,300.00 |
| RESA | 11/08/17 | 57814 | 44597 | 61346 | $2,000.00 |
| FDPI | 11/08/17 | 57815 | 24305 | | $12,480.00 |
| OVNT | 11/08/17 | 57816 | 634580295 | | $312.76 |
| USTRUST | 11/09/17 | 57817 | 24307 | | $10,400.00 |
| WES | 11/09/17 | 57818 | 6027871-1 | 61485 | $4,926.83 |

Distribution of Accounts Payable Payments
01/18/18    Page:4.00

| Vendor | Date | Check# | Invoice# | P/O# | Amount |
|---|---|---|---|---|---|
| ALLTH | 11/09/17 | 57819 | 2K17-6099 | 61297 | $10,333.00 |
| ALLW | 11/09/17 | 57820 | 64055 | 61139 | $600.00 |
| COPCO | 11/09/17 | 57821 | 24308 | | $98.30 |
| IGC | 11/09/17 | 57822 | 21843-1 | 61395 | $840.00 |
| IGC | 11/09/17 | 57822 | 21844-1 | 61396 | $700.00 |
| OVNT | 11/09/17 | 57823 | 559261953 | | $236.46 |
| TT | 11/09/17 | 57824 | 467353 | 61368 | $504.40 |
| TT | 11/09/17 | 57824 | 467355 | 61397 | $504.52 |
| TT | 11/09/17 | 57824 | 467356 | 61412 | $504.52 |
| OVNT | 11/09/17 | 57825 | 634266415 | | $149.69 |
| CARP | 11/10/17 | 57826 | 66942 | 61398 | $9,201.51 |
| ELEC | 11/10/17 | 57827 | CHIC39 | 61402 | $43,437.60 |
| EQS | 11/10/17 | 57828 | 110817-1 | 61299 | $32,200.40 |
| FORD CR | 11/10/17 | 57829 | 24301 | | $563.20 |
| FORD CR | 11/10/17 | 57829 | 24302 | | $625.00 |
| FORD CR | 11/10/17 | 57829 | 24303 | | $907.92 |
| KELSEY | 11/10/17 | 57830 | 24292 | | $11,356.15 |
| TT | 11/10/17 | 57831 | 467389 | 61414 | $654.52 |
| TT | 11/10/17 | 57831 | 467388 | 61413 | $654.52 |
| ALLW | 11/13/17 | 57832 | 64102 | 61445 | $90.00 |
| ALLW | 11/13/17 | 57832 | 64101 | 61444 | $90.00 |
| ALLW | 11/13/17 | 57832 | 64100 | 61447 | $1,260.00 |
| ALLW | 11/13/17 | 57832 | 64103 | 61446 | $90.00 |
| ARV | 11/13/17 | 57833 | 24285 | | $405.33 |
| COOP | 11/13/17 | 57834 | 24288 | | $618.27 |
| CUS | 11/13/17 | 57835 | 24289 | | $944.82 |
| DUMAN | 11/13/17 | 57836 | 24290 | | $5,803.86 |
| EAGM | 11/13/17 | 57837 | 151641 | 60556 | $405.00 |
| EAGM | 11/13/17 | 57837 | 151675 | 60922 | $298.00 |
| EAGM | 11/13/17 | 57837 | 151673 | 60921 | $1,400.00 |
| EAGM | 11/13/17 | 57837 | 151695 | 61079 | $900.00 |
| EAGM | 11/13/17 | 57837 | 151687 | 61032 | $175.00 |
| EAGM | 11/13/17 | 57837 | 151688 | 61033 | $175.00 |
| EAGM | 11/13/17 | 57837 | 151674 | 60920 | $700.00 |
| EAGM | 11/13/17 | 57837 | 151676 | 60915 | $405.00 |
| EAGM | 11/13/17 | 57837 | 151640 | 60555 | $405.00 |
| EAGM | 11/13/17 | 57837 | 151689 | 61031 | $820.00 |
| JONES | 11/13/17 | 57838 | 24291 | | $4,237.28 |
| OVNT | 11/13/17 | 57839 | 611959751 | | $289.94 |
| PORTER | 11/13/17 | 57840 | 24296 | | $6,219.74 |
| RICKP | 11/13/17 | 57841 | 24294 | | $5,319.73 |
| RNM | 11/13/17 | 57842 | 24295 | | $3,578.31 |

Distribution of Accounts Payable Payments
01/18/18                    Page:5.00

| Vendor | Date | Check# | Invoice# | P/O# | Amount |
|---|---|---|---|---|---|
| STAV | 11/13/17 | 57843 | 24298 | | $895.69 |
| SUMMIT | 11/13/17 | 57844 | 24299 | | $5,815.25 |
| EQS | 11/13/17 | 57845 | 110917-1 | 60682 | $9,270.00 |
| IGC | 11/13/17 | 57846 | 21837-1 | 61383 | $800.00 |
| OVNT | 11/13/17 | 57847 | 766105782 | | $150.06 |
| TOPS | 11/13/17 | 57848 | 212934-11 | | $3,625.00 |
| WES | 11/13/17 | 57849 | 6027745-1 | 61503 | $1,103.34 |
| LOE | 11/14/17 | 57850 | 63060 | 61460 | $984.72 |
| SBC | 11/14/17 | 57851 | SB020071 | | $153.03 |
| ELEC | 11/14/17 | 57852 | CHIC33 | 61118 | $33,210.00 |
| ALLW | 11/14/17 | 57853 | 64177 | 61153 | $1,100.00 |
| OVNT | 11/14/17 | 57854 | 200836812 | | $295.13 |
| ALLW | 11/15/17 | 57855 | 64203 | 61154 | $1,200.00 |
| ALLW | 11/15/17 | 57855 | 64202 | 61501 | $720.00 |
| CTM | 11/15/17 | 57856 | 147914-1 | | $108.30 |
| CTM | 11/15/17 | 57856 | 0000151325 | | $100.00 |
| WMTR | 11/15/17 | 57857 | A-13306P | 61449 | $900.00 |
| OVNT | 11/15/17 | 57858 | 299343494 | | $150.06 |
| OVNT | 11/15/17 | 57859 | 286084164 | | $410.36 |
| ALLW | 11/16/17 | 57860 | 64237 | 61180 | $1,386.00 |
| RNM | 11/17/17 | 57861 | 24312 | | $676.78 |
| WES | 11/17/17 | 57862 | 6028132-1 | 61555 | $3,967.43 |
| CPI | 11/17/17 | 57863 | CPI-1169 | | $687.50 |
| CPI | 11/17/17 | 57863 | CPI-1173 | | $250.00 |
| ELEC | 11/17/17 | 57864 | CHIC41 | 61516 | $42,228.00 |
| EQS | 11/17/17 | 57865 | 111517-1 | 61513 | $24,576.00 |
| FDPI | 11/17/17 | 57866 | 24313 | | $7,245.00 |
| RESA | 11/20/17 | 57869 | 44623 | 61450 | $2,720.00 |
| IGC | 11/20/17 | 57870 | 21896/1 | 61508 | $2,950.00 |
| OVNT | 11/20/17 | 57871 | 276946482 | | $150.30 |
| ALLW | 11/20/17 | 57872 | 64376 | 61155 | $1,700.00 |
| ATI | 11/20/17 | 57873 | PF5549 | 61268 | 146,087.00 |
| EQS | 11/20/17 | 57874 | 112017-1 | 61514 | $34,108.80 |
| REMELT | 11/20/17 | 57875 | PI000163 | 61469 | $26,628.12 |
| CHSWC | 11/21/17 | 57876 | 24315 | | $10,000.00 |
| CONAM | 11/21/17 | 57877 | 10858795-1 | 61455 | $150.00 |
| CONAM | 11/21/17 | 57877 | 10858795-2 | 61456 | $75.00 |
| CONAM | 11/21/17 | 57877 | 10858795-3 | 61467 | $400.00 |
| CONAM | 11/21/17 | 57877 | 10858795-4 | 61468 | $400.00 |
| EAGM | 11/21/17 | 57878 | 151709 | 61234 | $2,925.00 |
| EAGM | 11/21/17 | 57878 | 151724-1 | 61448 | $492.00 |
| EAGM | 11/21/17 | 57878 | 151713 | 61289 | $1,300.00 |

Distribution of Accounts Payable Payments
01/18/18        Page:6.00

| Vendor | Date | Check# | Invoice# | P/O# | Amount |
|---|---|---|---|---|---|
| EAGM | 11/21/17 | 57878 | 151726-1 | 61394 | $778.00 |
| EAGM | 11/21/17 | 57878 | 151725-1 | 61382 | $778.00 |
| EAGM | 11/21/17 | 57878 | 151722-1 | 61325 | $2,792.00 |
| EAGM | 11/21/17 | 57878 | 151712-1 | 61277 | $1,450.00 |
| EAGM | 11/21/17 | 57878 | 151711 | 61276 | $3,500.00 |
| EQS | 11/22/17 | 57879 | 112117-1 | 61348 | $26,832.00 |
| FDPI | 11/22/17 | 57880 | 24317 | | $9,945.00 |
| PAHLKE | 11/22/17 | 57881 | 24316 | | $1,303.11 |
| PETTY | 11/22/17 | 57882 | 24318 | | $4,000.00 |
| CRUC | 11/22/17 | 57883 | 310S1122 | 61415 | $8,038.30 |
| ELEC | 11/22/17 | 57884 | CHIC34 | 61147 | $33,210.00 |
| OVNT | 11/22/17 | 57885 | 880190894 | | $167.33 |
| RESA | 11/22/17 | 57886 | 44644-1 | 61454 | $3,600.00 |
| KLACZ | 11/22/17 | 57887 | 24319 | | $183.45 |
| PAHLKE | 11/22/17 | 57888 | 24320 | | $593.84 |
| DDTC | 11/22/17 | 57889 | 24321 | | $2,250.00 |
| TRAV | 11/22/17 | 57890 | 24322 | | $9,440.28 |
| TRAV | 11/22/17 | 57890 | 24324 | | $21,807.91 |
| RESA | 11/27/17 | 57891 | 44645-1 | 61217 | $7,975.00 |
| TT | 11/27/17 | 57892 | 468962 | 61367 | $654.40 |
| WES | 11/27/17 | 57893 | 6028260-1' | 61602 | $6,544.64 |
| OVNT | 11/27/17 | 57894 | 593606690 | | $150.30 |
| WMTR | 11/27/17 | 57895 | A-13647P | 61524 | $1,025.00 |
| ALLW | 11/28/17 | 57896 | 64465 | 61525 | $160.00 |
| COPCO | 11/28/17 | 57897 | 930947-0 | | $64.89 |
| ELEC | 11/28/17 | 57898 | CHIC40 | 61464 | $87,739.20 |
| EQS | 11/28/17 | 57899 | 112217-1 | 60682 | $9,126.00 |
| HAY | 11/28/17 | 57900 | 1853118-11 | 61365 | $45,263.68 |
| WMTR | 11/28/17 | 57901 | A13748P-1 | 61557 | $900.00 |
| WMTR | 11/28/17 | 57901 | A13748P-2 | 61558 | $439.00 |
| ALLUN | 11/28/17 | 57902 | 01002179 | 61090 | $13,959.40 |
| AMER | 11/28/17 | 57903 | 9795427464 | | $1,079.41 |
| ATT | 11/28/17 | 57904 | 87520211 | | $336.45 |
| ATT | 11/28/17 | 57904 | 54978911 | | $149.50 |
| ATT | 11/28/17 | 57904 | 87003111 | | $294.38 |
| CAS | 11/28/17 | 57905 | 42013038 | 61347 | $2,241.75 |
| CINT | 11/28/17 | 57906 | 021433080 | | $664.53 |
| CINT | 11/28/17 | 57906 | 021436118 | | $595.25 |
| CINT | 11/28/17 | 57906 | 021439164 | | $696.05 |
| CINT | 11/28/17 | 57906 | 021442188 | | $747.24 |
| GRAPH | 11/28/17 | 57907 | 965856 | | $15.65 |
| GROOT | 11/28/17 | 57908 | 153951125 | | $160.67 |

Distribution of Accounts Payable Payments
01/18/18      Page: 7.00

| Vendor | Date | Check# | Invoice# | P/O# | Amount |
|---|---|---|---|---|---|
| HOPKINS | 11/28/17 | 57909 | 12796-1 | 60977 | $2,300.00 |
| HOPKINS | 11/28/17 | 57909 | 12820-1 | 61182 | $2,300.00 |
| HOPKINS | 11/28/17 | 57909 | 12819-1 | 61158 | $2,300.00 |
| HOPKINS | 11/28/17 | 57909 | 12823-1 | 61126 | $500.00 |
| HOPKINS | 11/28/17 | 57909 | 12824-1 | 61200 | $2,300.00 |
| HOPKINS | 11/28/17 | 57909 | 12830-1 | 61218 | $2,300.00 |
| HOPKINS | 11/28/17 | 57909 | 12828-2 | 61239 | $70.00 |
| HOPKINS | 11/28/17 | 57909 | 12829-1 | 61249 | $120.00 |
| HOPKINS | 11/28/17 | 57909 | 12854-1 | 61235 | $1,740.00 |
| HOPKINS | 11/28/17 | 57909 | 12853-1 | 61236 | $290.00 |
| HOPKINS | 11/28/17 | 57909 | 12852-1 | 61219 | $2,300.00 |
| HPC | 11/28/17 | 57910 | 25699 | 61240 | $1,327.00 |
| KOCSIS | 11/28/17 | 57911 | 42911 | 61185 | $2,600.00 |
| KOCSIS | 11/28/17 | 57911 | 42917 | 61181 | $2,600.00 |
| KROPP | 11/28/17 | 57912 | 78845-0017 | | $654.00 |
| KROPP | 11/28/17 | 57912 | 78845-0015 | | $654.00 |
| LATR | 11/28/17 | 57913 | 932441 | 61305 | $4,178.52 |
| MILL | 11/28/17 | 57914 | 30770 | | $1,750.00 |
| MSI | 11/28/17 | 57915 | 500005938 | 61058 | $215.00 |
| MSI | 11/28/17 | 57915 | 500005934 | 61053 | $80.00 |
| MSI | 11/28/17 | 57915 | 500005936 | 61049 | $110.00 |
| MSI | 11/28/17 | 57915 | 500005935 | 61055 | $80.00 |
| MSI | 11/28/17 | 57915 | 500005939 | 61072 | $80.00 |
| MSI | 11/28/17 | 57915 | 500005937 | 61057 | $215.00 |
| MSI | 11/28/17 | 57915 | 500005940 | 61064 | $80.00 |
| MSI | 11/28/17 | 57915 | 500005965 | 61075 | $455.00 |
| MSI | 11/28/17 | 57915 | 500005963 | 61073 | $370.00 |
| MSI | 11/28/17 | 57915 | 500005964 | 61074 | $485.00 |
| MSI | 11/28/17 | 57915 | 500005986 | 61069 | $350.00 |
| MSI | 11/28/17 | 57915 | 500006033 | 61096 | $80.00 |
| MSI | 11/28/17 | 57915 | 500006028 | 61083 | $80.00 |
| MSI | 11/28/17 | 57915 | 500006032 | 61104 | $80.00 |
| MSI | 11/28/17 | 57915 | 500006029 | 61082 | $80.00 |
| MSI | 11/28/17 | 57916 | 500006035 | 61095 | $80.00 |
| MSI | 11/28/17 | 57916 | 500006026 | 61078 | $80.00 |
| MSI | 11/28/17 | 57916 | 500006034 | 61098 | $80.00 |
| MSI | 11/28/17 | 57916 | 500006027 | 61085 | $80.00 |
| MSI | 11/28/17 | 57916 | 500006030 | 61081 | $80.00 |
| MSI | 11/28/17 | 57916 | 500006036 | 61097 | $80.00 |
| MSI | 11/28/17 | 57916 | 500006031 | 61080 | $80.00 |
| MSI | 11/28/17 | 57916 | 500006072 | 61112 | $80.00 |
| MSI | 11/28/17 | 57916 | 500006070 | 61110 | $80.00 |

Distribution of Accounts Payable Payments
01/18/18                     Page: 8.00

| Vendor | Date | Check# | Invoice# | P/O# | Amount |
|---|---|---|---|---|---|
| MSI | 11/28/17 | 57916 | 500006069 | 61108 | $80.00 |
| MSI | 11/28/17 | 57916 | 500006071 | 61109 | $110.00 |
| MSI | 11/28/17 | 57916 | 500006068 | 61099 | $290.00 |
| MSI | 11/28/17 | 57916 | 500006085 | 61117 | $80.00 |
| MSI | 11/28/17 | 57916 | 500006120 | 61130 | $80.00 |
| MSI | 11/28/17 | 57916 | 500006118 | 61121 | $80.00 |
| MSI | 11/28/17 | 57916 | 500006119 | 61120 | $350.00 |
| MSI | 11/28/17 | 57917 | 500006199 | 61128 | $425.00 |
| MSI | 11/28/17 | 57917 | 500006200 | 61127 | $425.00 |
| MSI | 11/28/17 | 57917 | 500006117 | 61131 | $80.00 |
| MSI | 11/28/17 | 57917 | 500006225 | 61143 | $80.00 |
| MSI | 11/28/17 | 57917 | 500006223 | 61150 | $80.00 |
| MSI | 11/28/17 | 57917 | 500006216 | 61135 | $80.00 |
| MSI | 11/28/17 | 57917 | 500006221 | 61142 | $80.00 |
| MSI | 11/28/17 | 57917 | 500006217 | 61137 | $110.00 |
| MSI | 11/28/17 | 57917 | 500006219 | 61134 | $110.00 |
| MSI | 11/28/17 | 57917 | 500006222 | 61144 | $80.00 |
| MSI | 11/28/17 | 57917 | 500006218 | 61136 | $80.00 |
| MSI | 11/28/17 | 57917 | 500006220 | 61149 | $80.00 |
| MSI | 11/28/17 | 57917 | 500006224 | 61141 | $80.00 |
| MSI | 11/28/17 | 57917 | 500006227 | 61169 | $80.00 |
| MSI | 11/28/17 | 57917 | 500006226 | 61170 | $160.00 |
| MSI | 11/28/17 | 57917 | 500006309 | 61196 | $80.00 |
| MSI | 11/28/17 | 57918 | 500006310 | 61195 | $80.00 |
| MSI | 11/28/17 | 57918 | 500006308 | 61187 | $80.00 |
| MSI | 11/28/17 | 57918 | 500006367 | 61214 | $160.00 |
| MSI | 11/28/17 | 57918 | 500006365 | 61205 | $80.00 |
| MSI | 11/28/17 | 57918 | 500006360 | 61213 | $160.00 |
| MSI | 11/28/17 | 57918 | 500006389 | 61216 | $80.00 |
| MSI | 11/28/17 | 57918 | 500006388 | 61186 | $580.00 |
| MSI | 11/28/17 | 57918 | 500006408 | 61243 | $160.00 |
| MSI | 11/28/17 | 57918 | 500006407 | 61225 | $80.00 |
| MSI | 11/28/17 | 57918 | 500006434 | 61227 | $80.00 |
| MSI | 11/28/17 | 57918 | 500006436 | 61226 | $80.00 |
| MSI | 11/28/17 | 57918 | 500006438 | 61252 | $160.00 |
| MSI | 11/28/17 | 57918 | 500006435 | 61233 | $80.00 |
| MSI | 11/28/17 | 57918 | 500006439 | 61238 | $160.00 |
| MSI | 11/28/17 | 57918 | 500006440 | 61237 | $160.00 |
| MSI | 11/28/17 | 57918 | 500005408 | 60769 | $80.00 |
| MSI | 11/28/17 | 57919 | 500006484 | 61262 | $80.00 |
| MSI | 11/28/17 | 57919 | 500006488 | 61270 | $160.00 |
| MSI | 11/28/17 | 57919 | 500006485 | 61261 | $80.00 |

Distribution of Accounts Payable Payments
01/18/18  Page:9.00

| Vendor | Date | Check# | Invoice# | P/O# | Amount |
|---|---|---|---|---|---|
| MSI | 11/28/17 | 57919 | 500006483 | 61263 | $80.00 |
| MSI | 11/28/17 | 57919 | 500006482 | 61258 | $80.00 |
| MSI | 11/28/17 | 57919 | 500006487 | 61269 | $160.00 |
| MSI | 11/28/17 | 57919 | 500006481 | 61257 | $80.00 |
| MSI | 11/28/17 | 57919 | 500006516 | 61272 | $80.00 |
| MSI | 11/28/17 | 57919 | 5000006518 | 61279 | $80.00 |
| MSI | 11/28/17 | 57919 | 500006513 | 61244 | $290.00 |
| MSI | 11/28/17 | 57919 | 500006515 | 61271 | $80.00 |
| MSI | 11/28/17 | 57919 | 500006514 | 61259 | $215.00 |
| MSI | 11/28/17 | 57919 | 500006451 | 61241 | $290.00 |
| MSI | 11/28/17 | 57919 | 500006454 | 61265 | $160.00 |
| MSI | 11/28/17 | 57919 | 500006452 | 61248 | $80.00 |
| MSI | 11/28/17 | 57919 | 500006453 | 61251 | $80.00 |
| MSI | 11/28/17 | 57920 | 500006437 | 61242 | $80.00 |
| MSI | 11/28/17 | 57920 | 500006541 | 61282 | $80.00 |
| MSI | 11/28/17 | 57920 | 500006568 | 61280 | $320.00 |
| MSI | 11/28/17 | 57920 | 500006570 | 61287 | $80.00 |
| MSI | 11/28/17 | 57920 | 500006540 | 61247 | $215.00 |
| MSI | 11/28/17 | 57920 | 500006571 | 61306 | $160.00 |
| MSI | 11/28/17 | 57920 | 500006569 | 61288 | $320.00 |
| MSI | 11/28/17 | 57920 | 500006517 | 61278 | $80.00 |
| MSI | 11/28/17 | 57920 | 500006542 | 61286 | $350.00 |
| MSI | 11/28/17 | 57920 | 500006585 | 61300 | $160.00 |
| MSI | 11/28/17 | 57920 | 500006582 | 61296 | $350.00 |
| MSI | 11/28/17 | 57920 | 500006583 | 61303 | $80.00 |
| MSI | 11/28/17 | 57920 | 500006584 | 61301 | $80.00 |
| MSI | 11/28/17 | 57920 | 500006658 | 61318 | $80.00 |
| MSI | 11/28/17 | 57920 | 500006660 | 61332 | $80.00 |
| MSI | 11/28/17 | 57920 | 500006662 | 61341 | $160.00 |
| MSI | 11/28/17 | 57921 | 500006654 | 61319 | $80.00 |
| MSI | 11/28/17 | 57921 | 500006661 | 61340 | $160.00 |
| MSI | 11/28/17 | 57921 | 500006657 | 61316 | $80.00 |
| MSI | 11/28/17 | 57921 | 500006655 | 61321 | $80.00 |
| MSI | 11/28/17 | 57921 | 500006659 | 61322 | $80.00 |
| MSI | 11/28/17 | 57921 | 500006656 | 61320 | $80.00 |
| PETRO | 11/28/17 | 57922 | 3069752355 | | $167.31 |
| PETRO | 11/28/17 | 57922 | 3069922766 | | $257.02 |
| PETRO | 11/28/17 | 57922 | 3070056342 | | $286.92 |
| PETRO | 11/28/17 | 57922 | 3070266201 | | $227.57 |
| PETRO | 11/28/17 | 57922 | 3070307884 | | $167.76 |
| PETRO | 11/28/17 | 57922 | 3070471931 | | $347.18 |
| PETROC | 11/28/17 | 57923 | 10306486 | | $4,342.74 |

Distribution of Accounts Payable Payments
01/18/18      Page:10.00

| Vendor | Date | Check# | Invoice# | P/O# | Amount |
|---|---|---|---|---|---|
| UPS | 11/28/17 | 57924 | 5809E447 | | $51.16 |
| UPS | 11/28/17 | 57924 | 5809E457 | | $83.06 |
| UPS | 11/28/17 | 57924 | 0215235-1 | | $95.00 |
| WATER | 11/28/17 | 57925 | 24310 | | $1,999.80 |
| ALLW | 11/28/17 | 57926 | 64497 | 61209 | $2,600.00 |
| FDPI | 11/28/17 | 57927 | 24325 | | $615.00 |
| CONAM | 11/29/17 | 57928 | 10859833-1 | 61551 | $400.00 |
| CONAM | 11/29/17 | 57928 | 10859833-2 | 61552 | $400.00 |
| CONAM | 11/29/17 | 57928 | 10859833-3 | 61553 | $400.00 |
| ORC | 11/29/17 | 57929 | 24326 | | $2,000.00 |
| PETTY | 11/29/17 | 57930 | 24327 | | $4,500.00 |
| VISTA | 11/29/17 | 57931 | 124845 | 61563 | $17,944.60 |
| AMX | 11/29/17 | 57932 | 24329 | | $906.46 |
| AMX | 11/29/17 | 57932 | 24330 | | $3,556.99 |
| AMX | 11/29/17 | 57932 | 24332 | | $2,673.64 |
| AMX | 11/29/17 | 57932 | 24333 | | $858.51 |
| AMX | 11/29/17 | 57932 | 24334 | | $2,540.44 |
| EQS | 11/29/17 | 57933 | 112817-1 | 60871 | $31,960.00 |
| FREEW | 11/29/17 | 57934 | 127485 | | $10,802.29 |
| INTEG | 11/29/17 | 57935 | 9487201 | | $7,829.08 |
| DIA | 11/30/17 | 57936 | 52165 | 61385 | $610.00 |
| DIA | 11/30/17 | 57936 | 52163 | 61386 | $130.00 |
| DIA | 11/30/17 | 57936 | 52164 | 61384 | $100.00 |
| DIA | 11/30/17 | 57936 | 52236 | 61500 | $100.00 |
| DIA | 11/30/17 | 57936 | 52224 | 61479 | $100.00 |
| DIA | 11/30/17 | 57936 | 52223 | 61481 | $100.00 |
| DIA | 11/30/17 | 57936 | 52237 | 61509 | $100.00 |
| EXOVA | 11/30/17 | 57937 | 11302017-1 | 61579 | $640.00 |
| EXOVA | 11/30/17 | 57937 | 11302017-2 | 61590 | $2,015.00 |
| MINCE | 11/30/17 | 57938 | M7901 | 61207 | $5,360.00 |
| OVNT | 11/30/17 | 57939 | 239724962 | | $150.30 |
| OVNT | 11/30/17 | 57940 | 249615052 | | $773.30 |
| OVNT | 11/30/17 | 57941 | 289422630 | | $150.30 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Anderson Shumaker Co. (ASC) CASE NO.: 17-04206

FOR MONTH ENDING Nov, 2017

## STATEMENT OF INVENTORY

Beginning inventory $ 2,032,286

Add: purchases $ 731,655

Less: goods sold $ 372,148
(cost basis)

Ending inventory $ 2,391,793

## PAYROLL INFORMATION STATEMENT

Gross payroll for this period $ 192,463

Payroll taxes due but unpaid $ _____

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| Associated Bank | | $38,000 | | |

* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Anderson Shumaker Cv. (ASC)   CASE NO.: 17-04206

FOR MONTH ENDING _Nov_, 2017

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

Beginning of month balance    $ 2,547,499

Add: sales on account         $ 1,549,567

Less: collections             $ 1,639,872

End of month balance          $ 2,457,194

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $1,661,203 | $443,652 | $163,783 | $188,556 | $2,457,194 |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

Beginning of month balance    $ 2,656,297

Add: credit extended          $ 1,271,896

Less: payments of account     $ 1,342,015

End of month balance          $ 2,586,178

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $60,736 | $745 | $0 | $2,524,697 | $2,586,178 |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Anderson Shumaker Co (ASC)  CASE NO.: 17-04206

FOR MONTH ENDING Nov, 2017

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

1. Federal Income Taxes        Yes (X)   No ( )
2. FICA withholdings           Yes (X)   No ( )
3. Employee's withholdings     Yes (X)   No ( )
4. Employer's FICA             Yes (X)   No ( )
5. Federal Unemployment Taxes  Yes (X)   No ( )
6. State Income Tax            Yes (X)   No ( )
7. State Employee withholdings Yes (X)   No ( )
8. All other state taxes       Yes (X)   No ( )

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

### DECLARATION UNDER PENALTY OF PERJURY

I, Robert A. Pollmann, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of person signing this Declaration:

Robert A. Pollmann
CFO

DATED: 12-21-2017

OPERATING REPORT Page 9