UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )
                                          )  Case No. 17-05206
ANDERSON SHUMAKER COMPANY,                )  Chapter 11
                                          )  Judge Cassling
    debtor/debtor-in-possession.          )

# SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS
# FOR THE PERIOD ENDING DECEMBER 31, 2017

**DEBTOR'S COUNSEL:**
Scott R. Clar
(Atty. No. 06183741)
Brian P. Welch
(Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Anderson Shumaker (ASC)   CASE NO. 17-04206

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending __Dec__, 20__17__

BEGINNING BALANCE IN ALL ACCOUNTS   $ 588,523

RECEIPTS:
   1. Receipts from operations   $ 908,968
   2. Other Receipts   $ 0

DISBURSEMENTS:
   3. Net payroll:
      a. Officers   $ 24,320
      b. Others   $ 85,876

   4. Taxes
      a. Federal Income Taxes   $ 36,541
      b. FICA withholdings   $ 19,087
      c. Employee's withholdings   $ 620
      d. Employer's FICA   $ 18,762
      e. Federal Unemployment Taxes   $ 4
      f. State Income Tax   $ 12,293
      g. State Employee withholdings   $ 0
      h. All other state taxes   $ 88

   5. Necessary expenses:
      a. Rent or mortgage payments(s)   $ 0
      b. Utilities   $ 2,587
      c. Insurance   $ 24,177
      d. Merchandise bought for manufacture or sale   $ 401,612
      e. Other necessary expenses (specify)
         COG Loss (1) Steel   $ 884,707
            $

TOTAL DISBURSEMENTS   $ 1,510,678

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ (13,187)

ENDING BALANCE IN __Associated Bank__   $ 474,840
      (Name of Bank)
ENDING BALANCE IN __Forest Park Bank__   $ 100,496
      (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS   $ 575,336

OPERATING REPORT   Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Anderson Shumaker Co (ASC)   CASE NO.: 17-04206

RECEIPTS LISTING

FOR MONTH ENDING __Dec__, 20_17_

Bank: Associated Bank N.A.
Location: Green Bay, WI, 54307-9097
Account Name: Anderson Shumaker Co.
Account No.: 2153075177

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 12-1 | Sales Receipts | 733,829 |
| 12-31 | | |
| | TOTAL: | 733,829 |

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Anderson Shumaker Co (ASC)   CASE NO.: 17-04206

RECEIPTS LISTING

FOR MONTH ENDING Dec, 2017

Bank: Forest Park National Bank & Trust
Location: 7348 W. Madison St. Forest Park, IL 60130
Account Name: Anderson Shumaker Co - Main Account
Account No.: 017072900

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 12-1 | Sales Receipts | 175,139 |
| 12-31 | | |
| | TOTAL: | 175,139 |

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Anderson Shumaker Co (ASC)    CASE NO.: 17-04206

## DISBURSEMENT LISTING

FOR MONTH ENDING __Dec__, 20__17__

Bank: Associated Bank N.A.

Location: Green Bay, WI. 54307-9097

Account Name: Anderson Shumaker Co

Account No.: 2153 075177

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 12-1 | to | Misc | 1,293,946 |
| 12-31 | | | |
| P/R | | P/R Acct 8216732 | |
| | | TOTAL: | 1,510,678 |

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

Distribution of Accounts Payable Payments
01/19/18      Page:1.00

| Vendor | Date | Check# | Invoice# | P/O# | Amount |
|---|---|---|---|---|---|
| MINCE | 12/01/17 | 57942 | M7905 | 61208 | $5,360.00 |
| OVNT | 12/01/17 | 57943 | 396121460 | | $155.36 |
| OVNT | 12/01/17 | 57944 | 514217933 | | $150.30 |
| OVNT | 12/01/17 | 57945 | 517075436 | | $150.30 |
| WES | 12/01/17 | 57946 | 6028411-1 | 61652 | $4,834.81 |
| CPI | 12/01/17 | 57947 | 1175 | | $1,125.00 |
| OVNT | 12/04/17 | 57948 | 597740275 | | $150.30 |
| OVNT | 12/04/17 | 57949 | 703263186 | | $264.34 |
| TT | 12/04/17 | 57950 | 469771 | 61572 | $654.52 |
| TT | 12/04/17 | 57950 | 469770 | 61571 | $654.52 |
| OVNT | 12/05/17 | 57951 | 205358016 | | $150.30 |
| OVNT | 12/06/17 | 57952 | 673885041 | | $150.30 |
| WES | 12/06/17 | 57953 | 6028506-1 | 61689 | $5,199.80 |
| HENN | 12/06/17 | 57955 | 84597 | | $1,596.15 |
| RESA | 12/06/17 | 57956 | 44695 | 61589 | $2,940.00 |
| TOPS | 12/06/17 | 57957 | 213097 | | $3,625.00 |
| FDPI | 12/06/17 | 57958 | 24336 | | $2,475.00 |
| OVNT | 12/06/17 | 57962 | 613011825 | | $150.30 |
| PETTY | 12/07/17 | 57964 | 24337 | | $4,500.00 |
| ALLTH | 12/08/17 | 57965 | 2K17-6099A | 61298 | $7,065.00 |
| ALLW | 12/08/17 | 57966 | 64813 | 61561 | $900.00 |
| ALLW | 12/08/17 | 57966 | 64814 | 61603 | $100.00 |
| ALLW | 12/08/17 | 57966 | 64787 | 61641 | $80.00 |
| ALLW | 12/08/17 | 57966 | 64788 | 61642 | $132.00 |
| ALLW | 12/08/17 | 57966 | 64789 | 61643 | $120.00 |
| ELEC | 12/08/17 | 57967 | CHIC42 | 61640 | $12,393.00 |
| EQS | 12/08/17 | 57968 | 120817-1 | 61299 | $32,010.80 |
| EQS | 12/08/17 | 57968 | 120817-2 | 61514 | $32,984.00 |
| RED | 12/08/17 | 57969 | 17-3319 | 61702 | $870.35 |
| PST | 12/08/17 | 57970 | 12-124817 | 61657 | $1,403.30 |
| ATI | 12/08/17 | 57971 | PF-5625 | 61443 | 146,929.00 |
| VISTA | 12/08/17 | 57972 | 1077654-1 | 60558 | $22,080.90 |
| CONAM | 12/11/17 | 57973 | 10861414-1 | 61592 | $400.00 |
| CONAM | 12/11/17 | 57973 | 10861414-2 | 61593 | $400.00 |
| CONAM | 12/11/17 | 57973 | 10861414-3 | 61594 | $400.00 |
| CONAM | 12/11/17 | 57973 | 10861363 | 61491 | $125.00 |
| CONAM | 12/11/17 | 57973 | 10861363-2 | 61492 | $285.00 |
| CONAM | 12/11/17 | 57973 | 10861363-3 | 61493 | $125.00 |
| CONAM | 12/11/17 | 57973 | 10862826-1 | 61609 | $400.00 |
| CONAM | 12/11/17 | 57973 | 10862826-2 | 61610 | $400.00 |
| CONAM | 12/11/17 | 57973 | 10862826-3 | 61617 | $400.00 |
| CONAM | 12/11/17 | 57973 | 10862826-4 | 61619 | $400.00 |

Distribution of Accounts Payable Payments
01/19/18　　　Page:2.00

| Vendor | Date | Check# | Invoice# | P/O# | Amount |
|---|---|---|---|---|---|
| MINCE | 12/11/17 | 57974 | M7926 | 61230 | $5,360.00 |
| OVNT | 12/11/17 | 57975 | 205529251 | | $225.71 |
| WMTR | 12/11/17 | 57976 | A-14353P | 61601 | $902.50 |
| ARV | 12/11/17 | 57977 | 24338 | | $172.85 |
| COOP | 12/11/17 | 57978 | 24339 | | $2,075.17 |
| CUS | 12/11/17 | 57979 | 24340 | | $1,481.13 |
| DUMAN | 12/11/17 | 57980 | 24343 | | $4,222.44 |
| JONES | 12/11/17 | 57981 | 24345 | | $5,750.84 |
| KELSEY | 12/11/17 | 57982 | 24346 | | $3,856.89 |
| PORTER | 12/11/17 | 57983 | 24351 | | $830.31 |
| RICKP | 12/11/17 | 57984 | 24348 | | $2,428.59 |
| RNM | 12/11/17 | 57985 | 24349 | | $2,159.80 |
| SCHWING | 12/11/17 | 57986 | 24350 | | $92.86 |
| STAV | 12/11/17 | 57987 | 24353 | | $975.24 |
| CASEYK | 12/12/17 | 57988 | 24309 | | $134.95 |
| COPCO | 12/12/17 | 57989 | 12/11/17 | 61724 | $565.40 |
| GUARD | 12/12/17 | 57990 | 24357 | | $799.44 |
| PRIN | 12/12/17 | 57991 | 24355 | | $3,938.58 |
| ZENI | 12/12/17 | 57992 | 21089-1 | | $680.00 |
| COPCO | 12/13/17 | 57993 | 24360 | | $342.64 |
| IGC | 12/13/17 | 57994 | 21986-1 | 61661 | $840.00 |
| IGC | 12/13/17 | 57994 | 21987-1 | 61662 | $1,260.00 |
| IGC | 12/13/17 | 57994 | 21988-1 | 61663 | $3,780.00 |
| BRONKEN | 12/13/17 | 57995 | 24364 | | $1,000.00 |
| PETTY | 12/13/17 | 57996 | 24363 | | $1,000.00 |
| AMER | 12/14/17 | 57997 | 9797209615 | | $754.32 |
| ATT | 12/14/17 | 57998 | 3287520212 | | $336.45 |
| ATT | 12/14/17 | 57998 | 4978912 | | $136.21 |
| ATT | 12/14/17 | 57998 | 7003112 | | $261.81 |
| ATTPRI | 12/14/17 | 57999 | 24362 | | $945.51 |
| BELOIT | 12/14/17 | 58000 | 6517-1 | 61753 | $565.00 |
| BRIS | 12/14/17 | 58001 | 3353537 | 61756 | $119.04 |
| BURGETT | 12/14/17 | 58002 | 3544-1 | | $3,113.95 |
| CHGO | 12/14/17 | 58003 | 65287 | 61752 | $922.83 |
| CINT | 12/14/17 | 58004 | 021445283 | | $214.49 |
| CINT | 12/14/17 | 58004 | 021448323 | | $675.24 |
| CONCEN | 12/14/17 | 58005 | 052317 | | $59.36 |
| DCI | 12/14/17 | 58006 | 25293 | | $425.00 |
| DELAGE | 12/14/17 | 58007 | 57094065 | | $483.21 |
| FDPI | 12/14/17 | 58008 | 24366 | | $870.00 |
| HOPKINS | 12/14/17 | 58009 | 12861-1 | 61260 | $375.00 |
| HOPKINS | 12/14/17 | 58009 | 12860-1 | 61335 | $2,300.00 |

Distribution of Accounts Payable Payments
01/19/18      Page:3.00

| Vendor | Date | Check# | Invoice# | P/O# | Amount |
|---|---|---|---|---|---|
| HOPKINS | 12/14/17 | 58009 | 12862-1 | 61343 | $2,300.00 |
| HOPKINS | 12/14/17 | 58009 | 12864-1 | 61311 | $380.00 |
| HOPKINS | 12/14/17 | 58009 | 12863-1 | 61310 | $380.00 |
| HOPKINS | 12/14/17 | 58009 | 12865-1 | 61285 | $1,140.00 |
| HOPKINS | 12/14/17 | 58009 | 12727-2 | 60537 | $1,450.00 |
| HOPKINS | 12/14/17 | 58009 | 12558-1 | 60295 | $80.00 |
| HOPKINS | 12/14/17 | 58009 | 12879-1 | 61369 | $2,300.00 |
| HOPKINS | 12/14/17 | 58009 | 12878-1 | 61342 | $2,300.00 |
| HOPKINS | 12/14/17 | 58009 | 12885-1 | 61309 | $3,040.00 |
| HOPKINS | 12/14/17 | 58009 | 12886-1 | 61437 | $2,300.00 |
| KAR | 12/14/17 | 58010 | 24367 |  | $339.26 |
| KROPP | 12/14/17 | 58011 | 78845-0018 |  | $654.00 |
| KROPP | 12/14/17 | 58011 | 386889-001 | 61751 | $6,688.02 |
| MID | 12/14/17 | 58012 | 05162647 |  | $517.06 |
| MSI | 12/14/17 | 58013 | 500006809 | 61358 | $290.00 |
| MSI | 12/14/17 | 58013 | 500006804 | 61349 | $301.00 |
| MSI | 12/14/17 | 58013 | 500006748 | 61355 | $160.00 |
| MSI | 12/14/17 | 58013 | 500006808 | 61360 | $80.00 |
| MSI | 12/14/17 | 58013 | 500006805 | 61359 | $80.00 |
| MSI | 12/14/17 | 58013 | 500006810 | 61362 | $525.00 |
| MSI | 12/14/17 | 58013 | 500006806 | 61357 | $80.00 |
| MSI | 12/14/17 | 58013 | 500006746 | 61350 | $80.00 |
| MSI | 12/14/17 | 58013 | 500006747 | 61370 | $80.00 |
| MSI | 12/14/17 | 58013 | 500006807 | 61356 | $80.00 |
| MSI | 12/14/17 | 58013 | 500006718 | 61333 | $80.00 |
| MSI | 12/14/17 | 58013 | 500006719 | 61351 | $160.00 |
| MSI | 12/14/17 | 58013 | 500006716 | 61317 | $215.00 |
| MSI | 12/14/17 | 58013 | 500006717 | 61330 | $290.00 |
| MSI | 12/14/17 | 58013 | 500005904 | 61429 | $160.00 |
| MSI | 12/14/17 | 58014 | 500006918 | 61406 | $80.00 |
| MSI | 12/14/17 | 58014 | 500006976 | 61478 | $80.00 |
| MSI | 12/14/17 | 58014 | 500006974 | 61462 | $185.00 |
| MSI | 12/14/17 | 58014 | 500006979 | 61483 | $80.00 |
| MSI | 12/14/17 | 58014 | 50006931 | 61434 | $80.00 |
| MSI | 12/14/17 | 58014 | 500006925 | 61420 | $80.00 |
| MSI | 12/14/17 | 58014 | 500006961 | 61410 | $410.00 |
| MSI | 12/14/17 | 58014 | 500006968 | 61463 | $80.00 |
| MSI | 12/14/17 | 58014 | 500006980 | 61484 | $80.00 |
| MSI | 12/14/17 | 58014 | 500006932 | 61442 | $80.00 |
| MSI | 12/14/17 | 58014 | 500006926 | 61421 | $80.00 |
| MSI | 12/14/17 | 58014 | 500006927 | 61419 | $275.00 |
| MSI | 12/14/17 | 58014 | 500006973 | 61461 | $370.00 |

Distribution of Accounts Payable Payments
01/19/18    Page: 4.00

| Vendor | Date | Check# | Invoice# | P/O# | Amount |
|---|---|---|---|---|---|
| MSI | 12/14/17 | 58014 | 500006966 | 61428 | $320.00 |
| MSI | 12/14/17 | 58014 | 500006972 | 61465 | $80.00 |
| MSI | 12/14/17 | 58014 | 500006970 | 61452 | $80.00 |
| MSI | 12/14/17 | 58015 | 500006977 | 61471 | $80.00 |
| MSI | 12/14/17 | 58015 | 500006921 | 61408 | $80.00 |
| MSI | 12/14/17 | 58015 | 500006923 | 61424 | $80.00 |
| MSI | 12/14/17 | 58015 | 500006930 | 61433 | $80.00 |
| MSI | 12/14/17 | 58015 | 500006982 | 61482 | $80.00 |
| MSI | 12/14/17 | 58015 | 500006963 | 61435 | $80.00 |
| MSI | 12/14/17 | 58015 | 500006967 | 61459 | $80.00 |
| MSI | 12/14/17 | 58015 | 500006962 | 61423 | $215.00 |
| MSI | 12/14/17 | 58015 | 500006933 | 61451 | $610.00 |
| MSI | 12/14/17 | 58015 | 500006878 | 61389 | $80.00 |
| MSI | 12/14/17 | 58015 | 500006884 | 61411 | $80.00 |
| MSI | 12/14/17 | 58015 | 500006964 | 61431 | $80.00 |
| MSI | 12/14/17 | 58015 | 500006881 | 61391 | $80.00 |
| MSI | 12/14/17 | 58015 | 500006877 | 61393 | $80.00 |
| MSI | 12/14/17 | 58015 | 500006874 | 61387 | $80.00 |
| MSI | 12/14/17 | 58015 | 500006929 | 61427 | $80.00 |
| MSI | 12/14/17 | 58016 | 500006886 | 61404 | $80.00 |
| MSI | 12/14/17 | 58016 | 500006981 | 61466 | $700.00 |
| MSI | 12/14/17 | 58016 | 500006975 | 61474 | $80.00 |
| MSI | 12/14/17 | 58016 | 500006882 | 61400 | $160.00 |
| MSI | 12/14/17 | 58016 | 500006922 | 61409 | $410.00 |
| MSI | 12/14/17 | 58016 | 500006880 | 61392 | $80.00 |
| MSI | 12/14/17 | 58016 | 500006978 | 61475 | $80.00 |
| MSI | 12/14/17 | 58016 | 500006873 | 61373 | $80.00 |
| MSI | 12/14/17 | 58016 | 500006885 | 61405 | $80.00 |
| MSI | 12/14/17 | 58016 | 500006924 | 61422 | $80.00 |
| MSI | 12/14/17 | 58016 | 500006879 | 61399 | $80.00 |
| MSI | 12/14/17 | 58016 | 500006969 | 61458 | $80.00 |
| MSI | 12/14/17 | 58016 | 500006875 | 61381 | $80.00 |
| MSI | 12/14/17 | 58016 | 500006876 | 61380 | $80.00 |
| MSI | 12/14/17 | 58016 | 500006971 | 61453 | $80.00 |
| MSI | 12/14/17 | 58016 | 500006965 | 61432 | $80.00 |
| MSI | 12/14/17 | 58017 | 500006928 | 61430 | $80.00 |
| MSI | 12/14/17 | 58017 | 500006883 | 61407 | $215.00 |
| MSI | 12/14/17 | 58017 | 500007043 | 61470 | $325.00 |
| MSI | 12/14/17 | 58017 | 500007044 | 61473 | $80.00 |
| MSI | 12/14/17 | 58017 | 500006818 | 61371 | $80.00 |
| MSI | 12/14/17 | 58017 | 500006819 | 61372 | $80.00 |
| MSI | 12/14/17 | 58017 | 500006820 | 61390 | $80.00 |

Distribution of Accounts Payable Payments
01/19/18      Page: 5.00

| Vendor | Date | Check# | Invoice# | P/O# | Amount |
|---|---|---|---|---|---|
| MSI | 12/14/17 | 58017 | 500006625 | 61315 | $201.00 |
| MSI | 12/14/17 | 58017 | 500006626 | 61329 | $160.00 |
| MSI | 12/14/17 | 58017 | 500006624 | 61313 | $80.00 |
| MSI | 12/14/17 | 58017 | 500006339 | 61198 | $80.00 |
| MSI | 12/14/17 | 58017 | 500006285 | 61172 | $80.00 |
| MSI | 12/14/17 | 58017 | 500006253 | 61157 | $215.00 |
| MSI | 12/14/17 | 58017 | 500006256 | 61163 | $80.00 |
| MSI | 12/14/17 | 58017 | 500006255 | 61145 | $315.00 |
| MSI | 12/14/17 | 58017 | 500006282 | 61160 | $160.00 |
| MSI | 12/14/17 | 58018 | 500006283 | 61159 | $160.00 |
| MSI | 12/14/17 | 58018 | 500006254 | 61151 | $480.00 |
| MSI | 12/14/17 | 58018 | 500006286 | 61176 | $350.00 |
| MSI | 12/14/17 | 58018 | 500006340 | 61204 | $80.00 |
| MSI | 12/14/17 | 58018 | 500006623 | 61307 | $80.00 |
| MSI | 12/14/17 | 58018 | 500006341 | 61197 | $215.00 |
| MURPHY | 12/14/17 | 58019 | 24368 | | $310.00 |
| OVNT | 12/14/17 | 58020 | 988116953 | | $95.00 |
| PETRO | 12/14/17 | 58021 | 3070931234 | | $227.57 |
| PETRO | 12/14/17 | 58021 | 3070829833 | | $257.47 |
| PETRO | 12/14/17 | 58021 | 3071055691 | | $197.66 |
| SBC | 12/14/17 | 58022 | SB044110 | | $153.03 |
| SECL | 12/14/17 | 58023 | 29747828 | | $1,374.05 |
| SERVM | 12/14/17 | 58024 | 26362 | | $440.00 |
| UPS | 12/14/17 | 58025 | 5809E477 | | $100.23 |
| UPS | 12/14/17 | 58025 | 5809E467 | | $90.05 |
| UPS | 12/14/17 | 58025 | 5809E487 | | $96.93 |
| WARREN | 12/14/17 | 58026 | W1096960 | | $436.89 |
| TT | 12/14/17 | 58027 | 470963 | 61692 | $504.52 |
| CONAM | 12/15/17 | 58028 | 10865453-1 | 61693 | $250.00 |
| CONAM | 12/15/17 | 58028 | 10865453-2 | 61694 | $225.00 |
| CONAM | 12/15/17 | 58028 | 10865453-3 | 61695 | $150.00 |
| EQS | 12/15/17 | 58029 | 121417-1 | 61683 | $18,835.60 |
| EQS | 12/15/17 | 58029 | 121417-2 | 61623 | $26,244.00 |
| EQS | 12/15/17 | 58029 | 121317-1 | 61732 | $16,349.76 |
| OVNT | 12/15/17 | 58030 | 673886776 | | $150.30 |
| GEN | 12/15/17 | 58031 | 24371 | | $1,886.29 |
| RON | 12/15/17 | 58032 | 6027738-1 | 61620 | $6,346.57 |
| WOLF | 12/15/17 | 58033 | 24370 | | $103.42 |
| WES | 12/18/17 | 58034 | 6028822-1 | 61785 | $2,011.46 |
| | 12/18/17 | 58035 | | | $0.00 |
| WES | 12/18/17 | 58035 | 24373-1 | | $2,011.46 |
| ALLW | 12/18/17 | 58036 | 65025 | 61677 | $180.00 |

Distribution of Accounts Payable Payments
01/19/18        Page:6.00

| Vendor | Date | Check# | Invoice# | P/O# | Amount |
|---|---|---|---|---|---|
| ALLW | 12/18/17 | 58036 | 65024 | 61676 | $360.00 |
| ALLW | 12/18/17 | 58036 | 65023 | 61718 | $100.00 |
| ALLW | 12/18/17 | 58036 | 65021 | 61717 | $900.00 |
| FORD CR | 12/19/17 | 58037 | 24375 | | $907.93 |
| FORD CR | 12/19/17 | 58037 | 24376 | | $563.20 |
| FORD CR | 12/19/17 | 58037 | 24377 | | $625.00 |
| IGC | 12/19/17 | 58038 | 22028-1 | 61740 | $480.00 |
| IQS | 12/19/17 | 58039 | 40006 | | $875.00 |
| MINCE | 12/19/17 | 58040 | M7936 | 61250 | $5,360.00 |
| OVNT | 12/19/17 | 58041 | 614367865 | | $150.30 |
| OVNT | 12/19/17 | 58042 | 240651541 | | $150.30 |
| EQS | 12/20/17 | 58043 | 121917-1 | 61348 | $26,754.00 |
| EXOVA | 12/20/17 | 58044 | 12192017-1 | 61759 | $1,140.00 |
| EXOVA | 12/20/17 | 58044 | 12192017-2 | 61746 | $935.00 |
| OVNT | 12/20/17 | 58045 | 425818201 | | $685.66 |
| CTM | 12/20/17 | 58046 | B61871-00 | 61731 | $650.00 |
| OVNT | 12/20/17 | 58047 | 534141506 | | $150.30 |
| OVNT | 12/20/17 | 58048 | 804304362 | | $150.30 |
| EQS | 12/20/17 | 58049 | 121817-1 | 61732 | $49,654.08 |
| EQS | 12/20/17 | 58049 | 121317-2 | 61723 | $16,349.76 |
| RESA | 12/20/17 | 58050 | 44848 | 61653 | $2,000.00 |
| RESA | 12/20/17 | 58050 | 44846 | 61730 | $1,632.00 |
| RESA | 12/20/17 | 58050 | 44849 | 61651 | $1,750.00 |
| WMTR | 12/20/17 | 58051 | A-14457P | 61729 | $669.75 |
| EAGM | 12/21/17 | 58052 | 151733-1 | 61440 | $3,000.00 |
| OVNT | 12/22/17 | 58053 | 463052203 | | $169.57 |
| ALLTH | 12/22/17 | 58054 | 2K17-7039 | 61684 | $6,031.00 |
| CPI | 12/22/17 | 58055 | CPI-1179 | | $250.00 |
| DCI | 12/22/17 | 58056 | 25298 | | $300.00 |
| FIA | 12/22/17 | 58057 | 91571 | | $651.00 |
| FIA | 12/22/17 | 58057 | 91367 | | $651.00 |
| TRAV | 12/22/17 | 58058 | 24378 | | $2,369.35 |
| TRAV | 12/22/17 | 58058 | 24379 | | $21,807.92 |
| EXOVA | 12/27/17 | 58059 | 12232017-1 | 61808 | $640.00 |
| IGC | 12/27/17 | 58060 | 22062-1 | 61798 | $840.00 |
| OVNT | 12/27/17 | 58061 | 747701511 | | $150.18 |
| MINCE | 12/27/17 | 58062 | M7952 | 61274 | $5,360.00 |
| ALLW | 12/28/17 | 58063 | 65283 | 61302 | $5,490.00 |
| IGC | 12/28/17 | 58064 | 22080-1 | 61807 | $280.00 |
| MINCE | 12/28/17 | 58065 | M7956 | 61290 | $5,360.00 |
| WES | 12/28/17 | 58066 | 6029017-1 | 61819 | $2,860.39 |
| OVNT | 12/28/17 | 58068 | 555424494\ | | $150.18 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Anderson Shumaker Co. (ASC)   CASE NO.: 17-04206

FOR MONTH ENDING Dec, 2017

## STATEMENT OF INVENTORY

Beginning inventory         $ 2,391,793

Add: purchases              $ 401,612

Less: goods sold            $ 596,675
(cost basis)

Ending inventory            $ 2,196,730

## PAYROLL INFORMATION STATEMENT

Gross payroll for this period      $ 287,104

Payroll taxes due but unpaid       $

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| Associated Bank | | | -0- | |

* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Anderson Shumaker Co. (JSC)   CASE NO.: 17-04206

FOR MONTH ENDING Dec , 20 17

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of month balance | $ 2,457,194 |
| Add: sales on account | $ 1,257,718 |
| Less: collections | $ 908,968 |
| End of month balance | $ 2,805,944 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $1,675,468 | $783,116 | $182,039 | $165,321 | $2,805,944 |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $ 2,586,178 |
| Add: credit extended | $ 1,307,799 |
| Less: payments of account | $ 1,313,085 |
| End of month balance | $ 2,580,892 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $35,409 | $20,785 | $0 | $2,524,698 | $2,580,892 |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Anderson Shumakn Co (ASC)  CASE NO.: 17-04206

FOR MONTH ENDING Dec, 20 17

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes (X) | No ( ) |
| 2. | FICA withholdings | Yes (X) | No ( ) |
| 3. | Employee's withholdings | Yes (X) | No ( ) |
| 4. | Employer's FICA | Yes (X) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes (X) | No ( ) |
| 6. | State Income Tax | Yes (X) | No ( ) |
| 7. | State Employee withholdings | Yes (X) | No ( ) |
| 8. | All other state taxes | Yes (X) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

### DECLARATION UNDER PENALTY OF PERJURY

I, Robert A. Pollmann, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

Robert A. Pollmann
CFO

DATED: 1 - __ - 2018

OPERATING REPORT Page 9

| Name | File No. | Copy No. |
| --- | --- | --- |
| Diaz | 12075 | 162 |
| Hijjawi | 12205 | 173 |
| Geotest | 12226 | 177 |
| Kempff | 12282 | |
| Do | 12344 | 237 |
| Santiago (put in envel w/Diaz) | 12399 | 238 |
| Foster | 12336 | |
| Sherrod | 12551 | 315 |
| Zargapoor | 12231 | |
| Perkins | 12699 | |
| Todd Rhodes | 12757 | |
| Kurzak | 12783 | |
| Tullio | 12745 | |
| Meyers, Alvin | 12837 | |
| Sobczak-Slomzewski | 12861 | |
| M&M Litho | 12599-M | |
| Erickson | 12846 | |
| Graf (didn't send in Dec. - holding til next billing) | 12885 | |
| Richek - send to sister | 12565 | |
| Jeff Marcus | 12294-M | |
| Broderick Whitaker | 12947 | |
| Mark Weslowski | 12106 | |
| | | |