UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )
                                          )   Case No. 17-05206
ANDERSON SHUMAKER COMPANY,                )   Chapter 11
                                          )   Judge Cassling
    debtor/debtor-in-possession.          )

## AMENDED NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the **30th day of January, 2018 at 9:30 a.m.** or as soon thereafter as counsel can be heard, I shall appear before the Honorable, Donald R. Cassling, Bankruptcy Judge, in the room usually occupied by him as courtroom 619 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion to Expand Employment of Financial Advisor**, a copy of which was previously served upon you.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK      )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Amended Notice to be served on all the parties listed on the attached service list via the Court's Electronic Registration/email (as indicated) on the 23rd day of January, 2018, before the hour of 5:00 p.m.

/s/Scott R. Clar

Case 17-05206    Doc 176    Filed 01/23/18    Entered 01/23/18 15:13:34    Desc Main
              Document      Page 2 of 2

## SERVICE LIST

**Court's Electronic Registration:**

Ha Nguyen
United States Trustee
219 South Dearborn St., Suite 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

Bryan E. Minier
Lathrop & Gage LLP
155 N. Wacker Dr., 30th Floor
Chicago, IL 60606-1758
bminier@lathropgage.com

Shelly A. DeRousse
Devon J. Eggert
Elizabeth L. Janczak
Freeborn & Peters LLP
311 South Wacker Drive, #300
Chicago, IL 60606
sderousse@freeborn.com
deggert@freeborn.com
ejanczak@greeborn.com

Rebecca D. Ward
Blank Rome LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103-6998
Ward@BlankRome.com

David Paul Holtkamp
City of Chicago, Dept. of Law
121 N. LaSalle St., #400
Chicago, IL 60602
david.holtkamp2@cityofchicago.org

Kate R. O'Loughlin
Special Assistant United States Attorney
500 W. Madison St., #1150
Chicago, IL 60661
Kate.oloughliln@sba.gov

James M. Heiser
Aaron M. Krieger
Chapman and Cutler LLP
111 W. Monroe St.
Chicago, IL 60603
heiser@chapman.com
akrieger@chapman.com

Mark D. Fine
Jackson Kelly PLLC
221 N.W. Fifth Strseet
Evansville, IN 47708
mdfine@jacksonkelly.com

Christopher H. Purcell
Sherman & Purcell LLP
120 S. LaSalle St., #1460
Chicago, IL 60603
shermanlaw13@aol.com

Fred L. Alvarez
Walker Wilcox Matousek LLP
1 North Franklin St., #3200
Chicago, IL 60606
falvarez@wwmlawyers.com

**Email:**

Kevin W. Cleary
Fort Dearborn Partners
190 S. LaSalle St., #1650
Chicago, IL 60603
kcleary@fortdearbornpartners.com