UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  17-05206 |
| ANDERSON SHUMAKER COMPANY, | ) | |
| an Illinois corporation | ) | Chapter: 11 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING EXPANSION OF EMPLOYMENT OF
## FORT DEARBORN PARTNERS AS FINANCIAL ADVISOR

THIS MATTER COMING TO BE HEARD on the Motion of ANDERSON SHUMAKER COMPANY, an Illinois corporation, debtor/debtor-in-possession herein ("Debtor"), to Expand Employment of Kevin W. Cleary, Chris Ciannella and Fort Dearborn Partners ("FDP") (the "Motion"), as its financial advisor in this bankruptcy case; proper notice having been provided; no objections having been interposed; and this Court being fully advised in the premises;

IT IS HEREBY ORDERED as follows:

1. The Debtor is hereby authorized to expand the employment of FDP in accord with Exhibit B to the Motion to include marketing the assets of the Debtor; and

2. The rate of compensation and weekly payments set forth in Exhibit B to the Motion are approved., subject to further order of this Court upon the filing of a final fee application by FDP at the conclusion of their engagement, encompassing services both under this Order and the Order of this Court dated September 12, 2017, employing FDP as the Debtor's financial advisors.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  January 30, 2018

**Prepared by:**

DEBTOR'S COUNSEL:
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
\mjo2\anderson shumaker\expand  empl financial advisor.Ord