UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Donald R. Cassling | **Hearing Date** | February 6, 2018 |
| **Bankruptcy Case** | 17 B 05206 | **Adversary No.** | |
| **Title of Case** | Anderson Shumaker Company | | |
| **Brief Statement of Motion** | Hearing on Plan and Disclosure Statement | | |
| **Names and Addresses of moving counsel** | | | |
| **Representing** | | | |

## ORDER

Amended plan & amended disclosure statement due on or before February 20, 2018.

06 FEB 2018                               Donald R. Cassling