UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    )   Case No. 17-05206
ANDERSON SHUMAKER COMPANY,          )   Chapter 11
                                    )   Judge Cassling
          debtor/debtor in possession.  )

## NOTICE OF MOTION

TO: ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 27th day of March, 2018 at 9:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Donald R. Cassling, Bankruptcy Judge, in the room usually occupied by him as courtroom 619 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion of the Law Firm of Crane, Simon, Clar & Dan for Second Interim Allowance and Payment of Compensation and Reimbursement of Expenses**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Simon, Clar & Dan
135 S. LaSalle, #3705
Chicago, IL 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS     )
                      )
COUNTY OF COOK        )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Notice of Hearing and Motion to be served via the Court's Electronic Registration to all parties with an asterisk (*) and a copy of the Notice regarding the fee hearing was served upon all other parties on the attached service list, on the 2nd day of March, 2018.

/s/Scott R. Clar

## SERVICE LIST

**Court's Electronic Registration**:

United States Trustee *
219 South Dearborn St., Suite 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

Bryan E. Minier *
Lathrop & Gage LLP
155 N. Wacker Dr., 30th Floor
Chicago, IL 60606-1758
bminier@lathropgage.com

Shelly A. DeRousse*
Devon J. Eggert*
Elizabeth L. Janczak*
Freeborn & Peters LLP
311 South Wacker Drive, #300
Chicago, IL 60606
sderousse@freeborn.com
deggert@freeborn.com
ejanczak@greeborn.com

Rebecca D. Ward*
Blank Rome LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103-6998
Ward@BlankRome.com

David Paul Holtkamp*
City of Chicago, Dept. of Law
121 N. LaSalle St., #400
Chicago, IL 60602
david.holtkamp2@cityofchicago.org

Kate R. O'Loughlin*
Special Assistant United States Attorney
500 W. Madison St., #1150
Chicago, IL 60661
Kate.oloughliln@sba.gov

James M. Heiser*
Aaron M. Krieger*
Chapman and Cutler LLP
111 S. Monroe St.
Chicago, IL 60603
heiser@chapman.com
akrieger@chapman.com

Mark D. Fine*
Jackson Kelly PLLC
221 N.W. Fifth Street
Evansville, IN 47708
mdfine@jacksonkelly.com

Christopher H. Purcell*
Sherman & Purcell LLP
120 S. LaSalle St., #1460
Chicago, IL 60603
Shermanlaw13@aol.com

Fred L. Alvarez*
Walker Wilcox Matousek LLP
1 North Franklin St., #3200
Chicago, IL 60606
falvarez@wwmlawyers.com

Brian C. Heck*
bheck@beckmanlawson.com

1 M TOOL COMPANY
6529 W  DAKIN
CHICAGO, IL 60634

ADVANTAGE MACHINING
601 W. NEW YORK ST.
AURORA, IL 60506

AL WARREN OIL CO. INC.
P.O. BOX 2278
HAMMOND, IN 46323

ALCOA - HOWMET
7335 SOLUTION CENTER
CHICAGO, IL 60677-7003

ALFE HEAT TREATING INC.
3892 SOLUTIONS CENTER
CHICAGO, IL 60677-3008

ALLIED GARAGE DOOR, INC.
P. O. BOX 816
LOMBARD, IL 60148

ALLOYWELD INSPECTION
CO.
795 MAPLE LANE
BENSENVILLE, IL 60106

ALTA EQUIPMENT COMPANY
25541 NETWORK PLACE
CHICAGO, IL 60673-1255

AMERICAN WELDING & GAS
INC.
PO BOX  74008002
CHICAGO, IL 60674-8003

AMERIGAS -  CICERO
3500 S. CICERO
CICERO, IL 60804

ARNSTEIN & LEHR LLP
119 SOUTH RIVERSIDE
PLAZA, # 1199
CHICAGO, IL 60606-3910

Associated Bank
525 W. Monroe, #2400
Chicago, IL 60661

ASSOCIATED TIRE &
BATTERY CO
6207 W ROOSEVELT RD
OAK PARK, IL 60304

ASTM
99 BARR HARBOR DR
PO BOX C699
W. CONSHOHOCKEN, PA
19428-2959

Atratius Trade Credit Insurance
230 Schilling Circle, #240
Hunt Valley, MD 21031-1409

B2B INDUSTRIAL
PACKAGING
PO BOX  3296
GLEN ELLYN, IL 60138-3296

BT EQUIPMENT
201 EAST WOODSIDE
SOUTH BEND, IN 46614

BURGETT COMBUSTION &
CONTROLS
PO BOX 10516
4065 W. 82ND AVE.
MERRILLVILLE, IN 46410

CARLSON TOOL & MFG CORP
ATTN: STEPHEN ANDERSON, CFO
W57 N14386 DOERR WAY
CEDARBURG, WI 53012

CARLSON TOOL & MFG. CORP.
BIN 88361
MILWAUKEE, WI  53288-0362

Carpenter Technology Corp.
POB 14662
Reading, PA 19612-4662

CHARLES E. LARSON & SONS
d/b/a LARSON FORGINGS
2644 N KEELER AV
CHICAGO, IL 60639

CHICAGO OFFICE
PRODUCTS CO
9710 INDUSTRIAL DR
BRIDGEVIEW, IL 60455

CHICAGO SPECIALTY STEEL
CORP
505 INDUSTRIAL DRIVE
GRIFFITH, IN 46319

CINTAS CORPORATION LOC
#20
P. O. BOX 88004
CHICAGO, IL 60680-1005

City of Chicago Dept. of Finance
Bureau of Utility Billing and Cust. Serv.
PO Box 6330
Chicago, IL 60680-6330
Commonwealth Edison Company

Bankruptcy Department
1919 Swift Dr.
Oakbrook Terrace, IL 60523-1502
Constellation Energy Services, Inc.

1310 Point Street, 12th Floor
Baltimore, MD 21231-3380

Constellation Energy Services -
Natural Gas
1310 Point Street, 12th Floor
Baltimore, MD 21231-3380

CONSTELLATION ENERGY
SERVICE
P. O. BOX 5473
CAROL STREAM, IL 60197-5474

COOK COUNTY TREASURER
PO BOX 805438
CHICAGO, IL 60680-4155

Cook County Treasurer
118 N. Clark
Suite 112
Chicago, IL 60602

Cook County Treasurer
PO Box 4487
Carol Stream, IL 60197-4487

CRUCIBLE INDUSTRIES LLC
PO BOX 74398
CLEVELAND, OH 44194-4399

DA CONTI INTERNATIONAL
1249 North Harper Ave., # 302
Attn: GREGG
West Hollywood, CA 90046

DAYTON FREIGHT LINES INC.
P .O. BOX 339
VANDALIA, OH 45377

Dayton Freight Lines Inc.
6450 Poe Ave., #311
Dayton, OH 45414-2647

Department of Treasury -
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

DIAMOND BLAST
1740 N 30TH AV
MELROSE PARK, IL 60160

DIMICK MACHINE REPAIR, LLC
2323 SEVENTH AVE.
LANSING, MI 48906

DIRECT ALLOYS, LLC
900 BROAD ST.
UTICA, NY 13501

DMR Repair, L.L.C.
2285 Linn Road
Williamston, MI 48895-9521

EAGLE MACHINE COMPANY INC
1724 W WALNUT ST
CHICAGO, IL 60612

ELECTRALLOY
PO BOX 2298
GRANT STREET
PITTSBURGH, PA 15230

ELLWOOD GROUP, INC.
PO BOX  536400
PITTSBURGH, PA 15253-5906

Elwood National Steel Company
Jillian Nolan Snider,
Tucker Arensberg, PC
1500 One PPG Place
Pittsburgh, PA 15222-5413

Elwood Quality Steel Company
c/o Jillian Nolan Snider,
Tucker Arensberg, PC 1500
1500 One PPG Place
Pittsburgh, PA 15222-5413

Euler Hermes N.A. Agent for
Leafy Wolf Co.
800 Red Brook Blvd.
Owings Mills, MD 21117-5173

EXOVA
193 INTERNATIONAL BLVD
GLENDALE HGTS., IL 60139

EXTREME SNOW & ICE
CONTROL
9035 NORTHFIELD ROAD
WOODRIDGE, IL 60517

FEDEX FREIGHT
DEPT CH
PO BOX 10305
PALATINE, IL 60055-0306

FIA
1110 SUPERIOR AVE.
SUITE 614
CLEVELAND, OH 44114

Ford Motor Credit Company
PO Box 62180
Colorado Springs, CO 80962-
2180

Forest Park National Bank &
Trust
7348 Madison St.
Forest Park, IL 60130

GAHR MACHINE CO.
26469 LAKELAND BLVD.
EUCLID, OH 44132

G.O. Carlson, Inc. - Electralloy
Blank Rome LLP
Attn: Samuel H. Becker, Esq.
One Logan Square, 130 N. 18th  St.
Philadelphia, PA 19103

GROOT INDUSTRIES
8474 W. 53RD ST.
MCCOOK, IL 60525

H20 SERVICES, INC.
SUITE C - 122
901 SOUTH RANDALL ROAD
ST. CHARLES, IL 60174

HAYNES INTERNATIONAL
35082 EAGLE WAY
CHICAGO, IL 60678-1350

Haynes International Inc.
Ice Miller LLP
c/o Sarah Fowler
One American Squire, #2900
Indianapolis, IN 46282-0019

HINSHAW & CULBERTSON
8141 SOLUTIONS CENTER DR.
CHICAGO, IL 60677-8001

Hinshaw & Culbertson
222 N LaSalle Dr #300,
Chicago, IL 60601

HOPKINS MACHINE CORP.
4243 W. DIVERSEY AVE.
CHICAGO, IL 60639

HORIZON SYSTEMS
MACHINING INC.
9120 58TH PLACE
KENOSHA, WI 53144

HOUSE OF SAFETY
4415 W DIVERSEY AV
CHICAGO, IL 60639

ILLINOIS PAPER CO
SUPPLIES DIV
5 TERRITORIAL COURT
BOLINGBROOK, IL 60440

INNOVATIVE GRINDING INC
689 COUNTY LINE ROAD
BENSENVILLE, IL 60106

INTEGRYS ENERGY-NATURAL
GAS
PO BOX  5472
CAROL STREAM, IL 60197-5473

Illinois Finance Authority
c/o James Heiser, Chapman & Cutler
111 W. Monroe St.
Chicago, IL 60603-4096

K&L GATES LLP
69 W. MADISON STREET
SUITE 3099
CHICAGO, IL 60602

KASTO INC.
P. O. BOX 14309
PITTSBURGH, PA 15239

KOCSIS BROTHERS
MACHINE CO.
11754 S. AUSTIN AVENUE
ALSIP, IL 60803

Kate O
500 W. Madison St., #1150
Chicago, IL 60661-2566

Kirk B. Burkley
Bernstin-Burkley, PC
707 Grant St., #2200
Pittsburgh, PA 15219-1945

LATROBE SPECIALTY
METALS CO.
PO BOX 644180
PITTSBURGH, PA 15264-4181

LATROBE SPECIALTY
METALS CORP
PO BOX  644184
PITTSBURGH, PA 15264-4184

LEAHY-WOLF COMPANY
1723 W. ARMITAGE CT.
SUITE  A
ADDISON, IL 60101

MC MASTER-CARR SUPPLY
COMPANY
P O  BOX 7689
CHICAGO, IL 60680-7690

McMaster-Carr Supply Co.
PO Box 4355
Chicago, IL 60680-4355

METALLURGICAL SERVICES INC
P O BOX 1097
MELROSE PARK, IL 60161-1098

MILLENNIUM
TRANSPORTATION
5758 CTY HWY M
BOULDER JUNCTIN, WI 54512

MILLS PALLET INC.
4499 WEST ROOSEVELT
ROAD
CHICAGO, IL 60624

MINCE MASTER INC.
P. O. BOX 34568
CHICAGO, IL 60634

MISTRAS SERVICES
DIVISION
P. O. BOX 405693
ATLANTA, GA 30384-5694

NORTHWEST ELECTRIC
MOTOR CO.
3916 N. 25TH AVENUE
SCHILLER PARK, IL 60176

Oil Gear Company
PO Box 681085
Chicago, IL 60695-2086

OIL GEAR COMPANY
1424 INTERNATIONAL DR.
TRAVERSE CITY, MI 49686

ORBIT INDUSTRIES, INC.
6839 LAKE ABRAM DRIVE
MIDDLEBURG HTS, OH 44130

OVERHEAD MATERIAL
HANDLING
24 W. NORTH AVE, UNIT D
VILLA PARK, IL 60181

Patricia J. Scott
Foster, Swift, Collins, & Smith
313 S. Washington Square
Lansing, MI 38933-2195

PITNEY BOWES GLOBAL FIN
SERVIC
P O BOX 371886
PITTSBURGH, PA 15250-7887

PRIME METALS ALLOY
P. O. BOX  193
LUCERNEMINES, PA 15754

Prime Metals Alloy
c/o Kirk B. Burkley
707 Grant Street, #2200
Pittsburgh, PA 15219-1945

PROGRESSIVE STEEL
TREATING
922 LAWN DRIVE
LOVES PARK, IL 61111

QUALITY FORGING STEELS
3811 SOUTH GRIFFITH AVE
OWENSBORO, KY 42301

Quality Forging Steels, LLC
c/o Jackson Kelly PLLC
PO Box 1507
Evansville, IN 4770-61507

REDLINE INDUSTRIES, INC.
2039 WEST HUBBARD ST.
CHICAGO, IL 60612-1720

REMELT SOURCES, INC.
PO BOX 72076
CLEVELAND, OH 44192

RICHARD TRIBBLE
847 N. LATHROP
RIVER FOREST, IL 60305

RM TRUCKING CO.
3719 RIVER ROAD
SUITE #99
FRANKLIN PARK, IL 60131

RNM AND ASSOCIATES
506 E. ORCHARD STREET
ARLINGTON HGHTS, IL 60005

RONCO INDUSTRIAL SUPPLY
CO
700 FRONTIER WAY
BENSENVILLE, IL 60106

ROSE PEST SOLUTIONS
1808 W. NORTH AVE.
CHICAGO, IL 60622-1307

RSM US LLP
1 S. WACKER DRIVE, #800
CHICAGO, IL 60606

RSM US LLP
5154 Paysphere Circle
Chicago, IL 60674-0051

SAIA MOTOR FREIGHT
PO BOX 730531
DALLAS, TX 75373-0532

SCHULTZ SUPPLY CO.
3215 S. 59TH AVENUE
CICERO, IL 60804

SERVICE MASTER COMML
SPECIALST
1439 W. NORTH AVENUE, # 204
MELROSE PARK, IL 60160

Small Business Administration
SOUTHSIDE CONTROL
487 N. MILWAUKEE AVE.
CHICAGO, IL 60610-3923

Southside Control Supply Co.
488 N. Milwaukee Ave.
Chicago, IL 60654-3965

STANGE INDUSTRIAL GROUP
493 BONNIE LANE
ELK GROVE VILGE, IL 60007

TECHNOX MACHINE &
MANUFACTURING
2618 N.  NORMANDY AVENUE
CHICAGO, IL 60707

TMA EDUCATION
FOUNDATION
1650 WILKENING RD
SCHAUMBURG, IL 60173

TOPSPOT INTERNET MKTG
SOLUTION
514 POST OAK BLVD., # 299
HOUSTON, TX 77027

TYCO INTEGRATED
SECURITY LLC
P O BOX 371966
PITTSBURGH, PA 15250-7967

The House of Safety, Inc.
4416 W. Diversey Ave.
Chicago, IL 60639-1997

U.S. Small Business  Administration
Attn: Kate O'Loughlin
500 W. Madison St., #1150
Chicago, IL 60661-2566

UNION ELECTRIC STEEL
PO BOX 464
725 BELL AVENUE
CARNEGIE, PA 15106-0465

UNITED PARCEL SERVICE
LOCKBOX 576
CAROL STEAM, IL 60132

UNIVERSAL STAINLESS & ALLOY
ATTN: JOHN ARMINAS
600 MAYER STREET
BRIDGEVILLE, PA 15017

Universal Stainless & Alloy
PO Box 640594
Pittsburgh, PA 15264-0594

UPS FREIGHT
28012 NETWORK PLACE
CHICAGO, IL 60673-1280

VALBRUNA STAINLESS, INC.
P. O. BOX 83185
CHICAGO, IL 60691-0186

VDM METALS USA, LLC
305 COLUMBIA TURNPIKE
FLORHAM PARK, NJ 07932

VERIZON WIRELESS
P O BOX 25504
LEHIGH VALLEY, PA
18002-5505

WALTER METALS
LOCK BOX PI POST OFFICE
BOX 360116
PITTSBURGH, PA 15251-6117

WATERLOGIC EAST LLC
PO  BOX 513029
PHILADELPHIA, PA
19175-3030

WES-COR INC
699 FRONTIER WAY
BENSENVILLE, IL 60106

WESTPORT CORP.
509 MONTAUK HIGHWAY
WEST ISLIP, NY 11795-4422

YRC (RDWY)
P. O. BOX  93150
CHICAGO, IL 60673-3151

ZENITOOLS, INC
169 N. BRANDON DRIVE
GLENDALE HGTS, IL 60139

GEORGE M. CHEEVER
K&L GATES LLP
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613

MICHAEL A. SHINER
TUCKER ARENSBERG, PC
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

Internal Revenue Service
Mail Stop 5010-CHI
230 S. Dearborn St., # 2600
Chicago, IL 60604

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 17-05206 |
| ANDERSON SHUMAKER COMPANY, | ) | Chapter 11 |
| | ) | Judge Cassling |
| debtor/debtor in possession. | ) | |

**NOTICE OF HEARING ON MOTION FOR ALLLOWANCE AND
PAYMENT OF SECOND INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES TO DEBTOR'S COUNSEL**

**TO ALL CREDITORS AND PARTIES IN INTEREST**:

PLEASE TAKE NOTICE that on March 27, 2018, Crane, Simon, Clar & Dan, Debtor's counsel, filed a Motion for Allowance and Payment of Second Interim Compensation and Reimbursement of Expenses (the "Motion"), thereby requesting the sum of $53,632.50 for legal services rendered to the Debtor for the period commencing October 25, 2017, plus costs advanced for the same period in the sum of $275.90.

PLEASE TAKE FURTHER NOTICE that any person objecting to the Motion is directed to file their objection(s) in writing with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604 on or before the hour **of 4:30 p.m. on the 16th day of March, 2018**, with a copy of said objection(s) to be simultaneously served upon Scott R. Clar, Crane, Simon, Clar & Dan, 135 South LaSalle, Suite 3705, Chicago, Illinois 60603.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion, together with objections timely filed, if any, will be held before the Honorable Donald R. Cassling, Bankruptcy Judge, Courtroom 619, 219 S. Dearborn Street, Chicago, Illinois, on the **27th day of March, 2018, at the hour of 9:30 a.m.**, at which time and place you may appear if you so see fit.

DATED:      March 1, 2018

**DEBTOR'S COUNSEL**:
Scott R. Clar (Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle, #3705
Chicago, IL 60603
(312) 641-6777
\mjo2\Anderson Shumaker\Fee 2nd.NOH

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )        Case No. 17-05206
ANDERSON SHUMAKER COMPANY,    )        Chapter 11
                                          )        Judge Cassling
        debtor/debtor in possession.   )

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Application:  CRANE, SIMON, CLAR & DAN, Debtor's Counsel

Authorized to Provide
Professional Services to:  Debtor

Date of Order
Authorizing Employment:  March 21, 2017

Period for Which Compensation
Is Sought:   From:  October 25, 2017 through February 27, 2018

Amount of Fees Sought:  $53,632.50

Amount of Expense
Reimbursement Sought:  $275.90

This is a(n)  Interim Application X     Final Application __
If this is not the first Application filed herein by this professional, disclose as to all prior
fee application:

|  |  | Total Requested (Fees and | |
| Date Filed | Period Covered | Expenses) | Total Allowed |
| --- | --- | --- | --- |
| 10/31/17 | 2/23/17 – 10/24/17 | $81,025.01 | $80,617.01 |

The aggregate amount of fees and expenses paid to the Applicant to date for services
rendered and expenses herein is $80,617.50

Date:  March 1, 2018          Applicant:    Scott R. Clar and the firm
                                              Crane, Simon, Clar & Dan

                                       By:  /s/Scott R. Clar
                                              Debtor's Counsel

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )   Case No. 17-05206
ANDERSON SHUMAKER COMPANY,   )   Chapter 11
                                          )   Judge Cassling
        debtor/debtor in possession.   )

## MOTION OF THE LAW FIRM OF CRANE, SIMON, CLAR & DAN AS DEBTOR'S COUNSEL FOR SECOND INTERIM ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

CRANE, SIMON, CLAR & DAN, counsel for ANDERSON SHUMAKER COMPANY, an Illinois corporation, debtor/debtor-in-possession ("Debtor"), and for their motion pursuant to § 331 of the Bankruptcy Code for Second Interim Allowance and Payment of Compensation and Reimbursement of expenses (the "Motion"), respectfully state as follows:

### Introduction

1.      On February 23, 2017, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2.      The Debtor has been operating its business and managing its financial affairs as debtor-in-possession since the Petition Date. No trustee or examiner has been appointed. A Committee of Unsecured Creditors has been appointed to serve in this reorganization case.

3.      This Court has jurisdiction over the Motion pursuant to 28 U.S.C. Sections 157 and 1334. Venue lies properly in this Court pursuant to 28 U.S.C. Sections 1408 and 1409. This matter is a "core" proceeding pursuant to 28 U.S.C. Sections 157(b).

-1-

4.    The statutory predicate for the relief requested in this Motion is § 331 of the Bankruptcy Code.

**Relevant Factual Background**

5.    The Debtor is an Illinois corporation that provides open die forgings and custom forgings in various shapes and finishes using stainless steel, aluminum, carbon steel and various grades of alloy steel.  The Debtor is located at 824 S. Central, Chicago, Illinois 60641 (the "Business Premises").  The Debtor owns the Business Premises.

6.    The Debtor employs forty three (43) people, including thirteen (13) salaried workers and thirty (30) non-union workers.

**Retention of CHSWC**

7.    On March 22, 2017, this Court entered an Order authorizing the Debtor to employ Crane, Heyman, Simon, Welch & Clar ("CHSWC")[1] as bankruptcy counsel.  CSCD received a $66,595.50 pre-petition retainer (the "Pre-Petition Retainer").

8.    On November 21, 2017, this Court entered an Order Allowing Interim Compensation and Reimbursement of Expenses to CSCD for services provided from February 24, 2017 to October 25, 2017 in the amount of $78,656.00) for fees and $1,961.01 for expenses (the "First Interim Allowance").  After application of the Pre-Petition Retainer, CSCD was paid the sum of $14,022 pursuant to the Post-Interim Allowance.

**Relief Requested and Status of Chapter 11 Case**

9.    By this Motion, CSCD requests an allowance of second interim compensation and reimbursement of expenses in the amounts of $53,632.50 and

---

[1] CHSWC was the predecessor to CSCD.

-2-

$275.90, respectively, for the period commencing October 25, 2017 through and including February 27, 2018, and a direction to the Debtor to pay fees and expenses allowed in excess of the Pre-Petition Retainer and the First Interim Allowance.

10.    Time spent in the Debtor's Chapter 11 case has been in connection with the categories described herein.

11.    The Debtor filed a plan of reorganization and disclosure statement on December 27, 2017 (the "Original Plan"). The Debtor will be filing an Amended Plan and Disclosure Statement to reflect a change in direction in the Debtor's Chapter 11 case from the original Plan to a sale of assets. The Debtor believes it has procured a "stalking horse bidder" for its assets, and has the approval of a proposed sale from the Committee and Associated Bank, the Debtor's primary secured lender.

12.    CSCD is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, insolvency and commercial matters. The firm is now comprised of six (6) attorneys, all of whom have significant experience and expertise in the law firm's area of concentration. The following is certain biographical information pertaining to Scott R. Clar, the member of the law firm who has rendered the majority of the services in the Debtor's Chapter 11 case.

## SCOTT R. CLAR

Scott R. Clar is a member of the law firm of Crane, Simon, Clar & Dan, and has been a practicing attorney in the State of Illinois since 1982. He has been primarily responsible for the representation of the Debtor in this case. From January, 1985, through September, 1986, he was employed as a staff attorney with the United States Trustee's Office in the Northern District of Illinois, where he administered over 200 Chapter 11

-3-

cases, as well as supervised Chapter 7 panel trustees.  From September, 1986, through December, 1987, he was employed by the law firm of Adelman & Gettleman, Ltd., where he continued to practice in the areas of bankruptcy and insolvency related matters.  In January 1988, he became associated with Dannen, Crane, Heyman & Simon, predecessor to CHSWC and CSCD, and became a partner in 1994.  His practice is concentrated in the field of bankruptcy, having represented Chapter 7 and Chapter 11 debtors, trustees, unsecured creditors' committees and individual creditors.  Mr. Clar has been a panel member and a moderator for several bar association-sponsored bankruptcy seminars.  He is a member of the Federal Trial Bar.  He is a former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization.

13.    The hourly rates charged by CSCD for legal services rendered in this bankruptcy case are as follows:

| Attorney | 2017 Rate | 2018 Rate |
|----------|-----------|-----------|
| Eugene Crane ("EC") | $510.00 | $510.00 |
| Arthur G. Simon ("AGS") | $510.00 | $510.00 |
| Scott R. Clar ("SRC") | $510.00 | $510.00 |
| Jeffrey C. Dan ("JDC") | $445.00 | $450.00 |
| John H. Redfield ("JHR") | $400.00 | $425.00 |

These hourly rates are the customary and usual rates which CSCD charges clients on matters of this nature.

14.    The total time expended by CSCD attorneys in connection with this Chapter 11 case during the period commencing October 25, 2017 through and including February 27, 2018 is as follows:

-4-

| Attorney | 2017 Hours | 2018 Hours | Amount |
|----------|-----------|-----------|--------|
| Arthur G. Simon ("AGS") | .7 | -- | $   357.00 |
| Scott R. Clar | 42.2 | 62.0 | 53,142.00 |
| Jeffrey C. Dan | -- | .3 | 133.50 |
| **Total** | **42.9** | **62.3** | **$53,632.50** |

## LEGAL SERVICES RENDERED

15.   The legal services rendered by CSCD, as more fully described in Exhibits

A through H, have been divided into the following categories:

A.   **Administrative Matters**

CSCD expended time in connection with the preparation of motions
to employ professionals and other administrative matters.

Total Time Expended  4.4  hours

| Attorney | 2017 Hours | 2018 Hours | Amount |
|----------|-----------|-----------|--------|
| Scott R. Clar ("SRC") | 2.2 | 2.2 | $ 2,244.00 |
| **Total** | **2.2** | **2.2** | **$ 2,244.00** |

Attached to this Motion as **Exhibit A** is an itemization of the legal services rendered in
this category.

B.   **Cash Collateral and Secured Creditors' Issues**

CSCD has provided services to the Debtor in connection with
the use of cash collateral of Associated Bank and related
issues.

Total Time Expended 18.0 hours

| Attorney | 2017 Hours | 2018 Hours | Amount |
|----------|-----------|-----------|--------|
| Scott R. Clar ("SRC") | 8.6 | 9.4 | $ 9.180.00 |
| **Total** | **8.6** | **9.4** | **$ 9,180.00** |

Attached to this Motion as **Exhibit B** is an itemization of the legal services rendered in
this category.

C.    **Sale of Assets**

Legal services in this category relate to matters concerning the potential sale of the Debtor's assets, including drafting of Confidentiality Agreements, discussions with prospective purchasers and revisions to proposed Letter of Intent.

Total Time Expended 27.3 hours

| Attorney | 2017 Hours | 2018 Hours | Amount |
|---|---|---|---|
| Scott R. Clar ("SRC") | 3.7 | 23.3 | $ 13,770.00 |
| Jeffrey C. Dan ("JCD") | .3 | -- | 133.50 |
| **Total** | **4.0** | **23.3** | **$ 13,903.50** |

Attached to this Motion as **Exhibit C** is an itemization of the legal services rendered in this category.

D.    **Reclamation**

CSCD expended time in connection with requests by creditors for reclamation, most notably Ellwood Industries ("Ellwood"), including the drafting, review and revision of a response to Ellwood's request for allowance and payment of administrative claim, and court appearances in connection therewith.

Total Time Expended 1.5 hours

| Attorney | 2017 Hours | 2018 Hours | Amount |
|---|---|---|---|
| Scott R. Clar ("SRC") | -- | 1.5 | $ 765.00 |
| **Total** | **--** | **1.5** | **$  765.00** |

Attached to this Motion as **Exhibit D** is an itemization of the legal services rendered in this category.

-6-

E.    **Leases and Executory Contracts**

CSCD expended time in connection with the automobile leases between the Debtor and Cab West, including court appearances in connection with Cab West's motion to compel assumption or rejection of executory contracts, and also in connection with an executory contract for utility service with Constellation Energy.

Total Time Expended 3.3 hours

| Attorney | 2017 Hours | 2018 Hours | Amount |
|---|---|---|---|
| Scott R. Clar ("SRC") | .6 | 2.7 | $ 1,683.00 |
| **Total** | **.6** | **2.7** | **$ 1,683.00** |

Attached to this Motion as **Exhibit E** is an itemization of the legal services rendered in this category.

F.    **Plan of Reorganization**

CSCD has provided services to the Debtor in connection with the formulation of a plan and disclosure statement, and an amended plan of liquidation and disclosure statement.

Total Time Expended 41.6 hours

| Attorney | 2017 Hours | 2018 Hours | Amount |
|---|---|---|---|
| Arthur G. Simon ("AGS") | .7 | -- | $    357.00 |
| Scott R. Clar ("SRC") | 22.1 | 18.8 | 20,859.00 |
| **Total** | **22.8** | **18.8** | **$21,216.00** |

Attached to this Motion as **Exhibit F** is an itemization of the legal services rendered in this category.

G.    **Fee Motion**

CSCD expended time drafting, reviewing and revising this Motion.

Total Time Expended 6.2 hours

| Attorney | 2017 Hours | 2018 Hours | Amount |
|---|---|---|---|
| Scott R. Clar ("SRC") | 4.7 | 1.5 | $ 3,162.00 |
| **Total** | **4.7** | **1.5** | **$ 3,162.00** |

Attached to this Motion as **Exhibit G** is an itemization of the legal services rendered in this category.

H.    **Real Estate and Real Estate Issues**

CSCD provided services to the Debtor in connection with the Building Premises and real estate taxes accrued thereon.

Total Time Expended 2.9 hours

| Attorney | 2017 Hours | 2018 Hours | Amount |
|---|---|---|---|
| Scott R. Clar ("SRC") | .8 | 2.1 | $ 1,479.00 |
| **Total** | **.8** | **2.1** | **$ 1,479.00** |

Attached to this Motion as **Exhibit H** is an itemization of the legal services rendered in this category.

## EXPENSES INCURRED

16.    During the course of the representation of the Debtor, CSCD has incurred necessary expenses for which reimbursement is sought.  The total amount of these expenses for the period commencing October 25, 2017 through and including February 27, 2018 is $275.90.  Attached to this motion as **Exhibit H** is an itemization of the expenses incurred.

## CONCLUSION

17.    Other than as provided in Section 504(b) of the Bankruptcy Code, CSCD has not shared, or agreed to share, any compensation received as a result of this case

-8-

with any person, firm or entity.  No promises concerning compensation have been made to CSCD by any person, firm or entity.

18.    CSCD asserts that the compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered, based upon the time, nature, extent and value of such legal services.  CSCD further asserts that the cost of legal services rendered for and on behalf of the Debtor is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

19.    CSCD asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtor.

WHEREFORE, for the foregoing reasons, Scott R. Clar and the law firm of Crane, Simon, Clar & Dan, counsel for the Debtor, prays for the entry of an order pursuant to Section 331 of the Bankruptcy Code, as follows:

a)    Allowing interim compensation and reimbursement of expenses to CSCD in the amounts of $53,632.50 and $275.90 respectively for services provided from the period commencing October 25, 2017 through and including February 27, 2018;

b)    Authorizing and directing payment by the Debtor to CSCD of the sum of $53,908.40; and

c)    Granting such other relief as may be just and equitable.

ANDERSON SHUMAKER COMPANY, an
Illinois corporation, debtor/debtor-in-possession

By:  /s/Scott R. Clar
       One of its attorneys

-9-

**<u>DEBTOR'S COUNSEL</u>**:
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle, #3705
Chicago, IL 60603
(312) 641-6777
\mjo2\Anderson Shumaker\Pay CHSWC 2nd.mot and NOM