UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 17-05206 |
| ANDERSON SHUMAKER COMPANY, | ) | Chapter 11 |
| | ) | Judge Cassling |
| debtor/debtor in possession. | ) | |

**SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS**
**FOR THE PERIOD ENDING FEBRUARY 28, 2018**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Anderson Shumaker (ASc)      CASE NO. 17-04206

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending ___FEB___ , 20_18_

BEGINNING BALANCE IN ALL ACCOUNTS          $ 531,447

RECEIPTS:
    1. Receipts from operations          $ 1,513,115
    2. Other Receipts                    $ 0

DISBURSEMENTS:
    3. Net payroll:
        a. Officers          $ 24,320
        b. Others            $ 78,439

    4. Taxes
        a. Federal Income Taxes          $ 23,730
        b. FICA withholdings            $ 17,879
        c. Employee's withholdings      $ 6,905
        d. Employer's FICA              $ 17,978
        e. Federal Unemployment Taxes   $ 582
        f. State Income Tax             $ 10,351
        g. State Employee withholdings  $ 0
        h. All other state taxes        $ 7,333

    5. Necessary expenses:
        a. Rent or mortgage payments(s)          $ 1000
        b. Utilities                            $ 3396
        c. Insurance                            $ 0
        d. Merchandise bought for manufacture or sale   $ 537,395
        e. Other necessary expenses (specify)
        COG Less (0) Steel          $ 658,442
                                   $

TOTAL DISBURSEMENTS          $ 1,387,850

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ 125,265

ENDING BALANCE IN Associated Bank          $ 656,486
        (Name of Bank)

ENDING BALANCE IN Forest Park Bank         $ 226
        (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS          $ 656,712

OPERATING REPORT   Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _Anderson Shumaker Co (ASC)_   CASE NO.: _17-04206_

RECEIPTS LISTING

FOR MONTH ENDING ___Feb___, 20 _18_

Bank: _Associated Bank N.A._

Location: _Green Bay, WI, 54307-9097_

Account Name: _Anderson Shumaker Co._

Account No.: _2153075177_

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 2-1-18 | Sales Receipts | 1,311,997 |
| 2-28-18 | | |
| | TOTAL: | 1,311,997 |

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Anderson Shumaker Co (ASC)    CASE NO.: 17-04206

RECEIPTS LISTING

FOR MONTH ENDING ____Feb,____ , 20 18

Bank: Forest Park National Bank & Trust

Location: 7348 W. Madison St. Forest Park, IL 60130

Account Name: Anderson Shumaker Co - Main Account

Account No.: 017072900

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 2-1 | Sales Receipts | 201,118 |
| 2-28 | | |

TOTAL: 201,118

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _Anderson Shumaker Co (Asc)_   CASE NO.: _17-04206_

DISBURSEMENT LISTING

FOR MONTH ENDING _FEB_, 20 _18_

Bank: _Associated Bank N.A._

Location: _Green Bay, WI. 54307-9097_

Account Name: _Anderson Shumaker Co_

Account No.: _2153075177_

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | Misc | |
| 2-1-18 | To | | 1,192,883 |
| 2-28-18 | | | |
| P/R | | P/R Acct | 194,967 |
| | | TOTAL: | 1,387,850 |

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

Distribution of Accounts Payable Payments

03/16/18    Page:1.00

| Vendor | Date | Check# | Invoice# | P/O# | Amount |
|--------|------|--------|----------|------|--------|
| CTM | 02/01/18 | 58247 | B62123-00 | 62041 | $708.00 |
| ORC | 02/01/18 | 58248 | 24435 | | $1,000.00 |
| ORC | 02/01/18 | 58248 | 24437 | | $1,000.00 |
| RYCZEK | 02/01/18 | 58249 | 24434 | | $5,000.00 |
| CINT | 02/02/18 | 58250 | 021473036 | | $656.41 |
| CINT | 02/02/18 | 58250 | 021476138 | | $621.77 |
| CINT | 02/02/18 | 58250 | 021479225 | | $214.49 |
| CINT | 02/02/18 | 58250 | 021470018 | | $656.08 |
| CINT | 02/02/18 | 58250 | 021479224 | | $214.49 |
| CINT | 02/02/18 | 58250 | 021479223 | | $1,074.68 |
| CONAM | 02/02/18 | 58251 | 10879134-1 | 62031 | $250.00 |
| CONAM | 02/02/18 | 58251 | 10879134-2 | 62032 | $250.00 |
| CONAM | 02/02/18 | 58251 | 10879134-3 | 62033 | $175.00 |
| CONAM | 02/02/18 | 58251 | CD10879140 | 61977 | $900.00 |
| CONAM | 02/02/18 | 58251 | CD10829846 | 53679 | $650.00 |
| DIA | 02/02/18 | 58252 | 52503 | 61837 | $108.40 |
| DIA | 02/02/18 | 58252 | 24438 | | $636.00 |
| RON | 02/02/18 | 58253 | 6029015-1 | 62070 | $8,862.82 |
| DOLAN | 02/02/18 | 58254 | 18/30 | 61926 | $1,800.00 |
| CTM | 02/02/18 | 58255 | B62087-00 | 61961 | $558.00 |
| CTM | 02/02/18 | 58255 | B62116-00 | 62007 | $558.00 |
| CTM | 02/02/18 | 58255 | B62015-00 | 61881 | $588.00 |
| OVNT | 02/02/18 | 58256 | 674975501 | | $369.85 |
| OVNT | 02/02/18 | 58257 | 907378743 | | $158.41 |
| CTM | 02/05/18 | 58258 | R15182-00 | 62069 | $388.00 |
| OVNT | 02/05/18 | 58259 | 918310444 | | $250.57 |
| OVNT | 02/06/18 | 58260 | 926052050 | | $200.07 |
| OVNT | 02/07/18 | 58261 | 933441316 | | $203.47 |
| OVNT | 02/07/18 | 58262 | 933553025 | | $163.42 |
| EAGM | 02/07/18 | 58263 | 151772 | 61920 | $1,500.00 |
| EAGM | 02/07/18 | 58263 | 151752 | 61707 | $175.00 |
| EAGM | 02/07/18 | 58263 | 151753 | 61708 | $175.00 |
| EAGM | 02/07/18 | 58263 | 151767 | 61859 | $700.00 |
| EAGM | 02/07/18 | 58263 | 151765 | 61858 | $700.00 |
| EAGM | 02/07/18 | 58263 | 151763 | 61832 | $700.00 |
| EAGM | 02/07/18 | 58263 | 151762 | 61831 | $700.00 |
| EAGM | 02/07/18 | 58263 | 151769 | 61826 | $1,750.00 |
| EAGM | 02/07/18 | 58263 | 151771 | 61911 | $700.00 |
| EAGM | 02/07/18 | 58263 | 151773 | 61947 | $700.00 |
| EAGM | 02/07/18 | 58263 | 151779 | 61948 | $700.00 |
| EAGM | 02/07/18 | 58263 | 151761 | 61830 | $700.00 |
| EAGM | 02/07/18 | 58263 | 151760-1 | | $700.00 |

Distribution of Accounts Payable Payments

| | | 03/16/18 | Page:2.00 | | |
|---|---|---|---|---|---|
| Vendor | Date | Check# | Invoice# | P/O# | Amount |
| FDPI | 02/07/18 | 58264 | 24444 | | $1,200.00 |
| GUARD | 02/07/18 | 58265 | 24445 | | $825.33 |
| ORC | 02/07/18 | 58266 | 24449 | | $1,000.00 |
| PRIN | 02/07/18 | 58267 | 24448 | | $4,209.84 |
| OVNT | 02/08/18 | 58268 | 3188266340 | | $151.28 |
| WARREN | 02/08/18 | 58269 | W1116601 | | $465.09 |
| OVNT | 02/08/18 | 58270 | 940916196 | | $151.28 |
| SECSTATE | 02/08/18 | 58271 | 24450 | | $25.00 |
| CTM | 02/08/18 | 58272 | 152890 | | $50.00 |
| CTM | 02/08/18 | 58272 | R15099-00 | 61824 | $4,144.00 |
| MINCE | 02/12/18 | 58273 | M8056 | 62107 | $280.00 |
| MINCE | 02/12/18 | 58273 | M8054 | 62006 | $5,025.00 |
| MINCE | 02/12/18 | 58273 | M8057' | 62028 | $5,025.00 |
| TT | 02/12/18 | 58274 | 475848 | 62011 | $504.52 |
| TT | 02/12/18 | 58274 | 475864 | 62012 | $504.52 |
| OVNT | 02/12/18 | 58275 | 956759123 | | $151.28 |
| OVNT | 02/12/18 | 58276 | 961098655 | | $151.28 |
| EQS | 02/12/18 | 58277 | 020918-2 | 61183 | $9,600.00 |
| EQS | 02/12/18 | 58277 | 020918-4 | 62061 | $19,715.20 |
| EQS | 02/12/18 | 58277 | 020918-3 | 59916 | $13,305.60 |
| EQS | 02/12/18 | 58277 | 020918-5 | 61944 | $35,623.80 |
| EQS | 02/12/18 | 58277 | 020918-1 | 61623 | $26,068.50 |
| OVNT | 02/12/18 | 58278 | 963298151A | | $93.00 |
| OVNT | 02/13/18 | 58279 | 318826340 | | $151.28 |
| OVNT | 02/13/18 | 58280 | 441309422 | | $438.05 |
| OVNT | 02/13/18 | 58281 | 934389175 | | $151.28 |
| ARV | 02/13/18 | 58283 | 24453 | | $43.92 |
| ASTB | 02/13/18 | 58284 | 590358 | 61973 | $341.88 |
| BRIS | 02/13/18 | 58285 | 3358491 | 61968 | $269.10 |
| BUR | 02/13/18 | 58286 | F-128425 | 61715 | $599.50 |
| BURGETT | 02/13/18 | 58287 | 3591 | | $3,113.95 |
| CCX | 02/13/18 | 58288 | 743067826 | | $15.00 |
| CCX | 02/13/18 | 58288 | 184303523 | | $357.65 |
| CONAM | 02/13/18 | 58289 | 10884201-1 | 62124 | $550.00 |
| CONAM | 02/13/18 | 58289 | 10884201-2 | 62127 | $175.00 |
| CONAM | 02/13/18 | 58289 | 10884201-3 | 62134 | $250.00 |
| CONAM | 02/13/18 | 58289 | 10884201-4 | 62135 | $125.00 |
| CONAM | 02/13/18 | 58289 | 10884201-5 | 62136 | $175.00 |
| COOP | 02/13/18 | 58290 | 24454 | | $2,782.84 |
| CUS | 02/13/18 | 58291 | 24455 | | $1,354.59 |
| DELAGE | 02/13/18 | 58292 | 57817501 | | $595.91 |
| DUMAN | 02/13/18 | 58293 | 24456 | | $4,479.60 |

Distribution of Accounts Payable Payments

03/16/18          Page:3.00

| Vendor | Date | Check# | Invoice# | P/O# | Amount |
|--------|------|--------|----------|------|--------|
| EXOVA | 02/13/18 | 58294 | 02132018-1 | 62173 | $3,510.00 |
| EXT | 02/13/18 | 58295 | 4547 | | $640.00 |
| FISNIKU | 02/13/18 | 58296 | 24439 | | $1,076.19 |
| FORD CR | 02/13/18 | 58297 | 24451 | | $563.20 |
| FORD CR | 02/13/18 | 58297 | 24452 | | $625.00 |
| HOPKINS | 02/13/18 | 58298 | 12991-1 | 61744 | $10,000.00 |
| HOPKINS | 02/13/18 | 58298 | 12988-1 | 61687 | $2,200.00 |
| HOPKINS | 02/13/18 | 58298 | 12989-1 | 61767 | $115.00 |
| HOPKINS | 02/13/18 | 58298 | 12987/73 | 61670 | $10,000.00 |
| HOPKINS | 02/13/18 | 58298 | 12986-1 | 61713 | $150.00 |
| HOPKINS | 02/13/18 | 58298 | 12990-1 | 61766 | $120.00 |
| HOPKINS | 02/13/18 | 58298 | 12999-1 | 61743 | $2,400.00 |
| JONES | 02/13/18 | 58299 | 24457 | | $2,415.44 |
| KELSEY | 02/13/18 | 58300 | 24458 | | $5,342.07 |
| KOC | 02/13/18 | 58301 | 43298 | 61965 | $1,875.00 |
| MSI | 02/13/18 | 58302 | 500007757 | 61728 | $425.00 |
| MSI | 02/13/18 | 58302 | 500007820 | 61790 | $425.00 |
| MSI | 02/13/18 | 58302 | 500007813 | 61779 | $80.00 |
| MSI | 02/13/18 | 58302 | 500007810 | 61770 | $320.00 |
| MSI | 02/13/18 | 58302 | 500007812 | 61777 | $80.00 |
| MSI | 02/13/18 | 58302 | 500007817 | 61789 | $80.00 |
| MSI | 02/13/18 | 58302 | 500007816 | 61791 | $80.00 |
| MSI | 02/13/18 | 58302 | 500007807 | 61645 | $80.00 |
| MSI | 02/13/18 | 58302 | 500007814 | 61781 | $80.00 |
| MSI | 02/13/18 | 58302 | 500007809 | 61762 | $80.00 |
| MSI | 02/13/18 | 58302 | 500007819 | 61786 | $80.00 |
| MSI | 02/13/18 | 58302 | 500007808 | 61771 | $80.00 |
| MSI | 02/13/18 | 58302 | 500007815 | 61780 | $80.00 |
| MSI | 02/13/18 | 58302 | 500007821 | 61806 | $80.00 |
| MSI | 02/13/18 | 58302 | 500007818 | 61792 | $80.00 |
| MSI | 02/13/18 | 58303 | 500007811 | 61776 | $215.00 |
| MSI | 02/13/18 | 58303 | 500007877 | 61802 | $80.00 |
| MSI | 02/13/18 | 58303 | 500007914 | 61778 | $80.00 |
| MSI | 02/13/18 | 58303 | 500007876 | 61804 | $80.00 |
| MSI | 02/13/18 | 58303 | 500007873 | 61665 | $80.00 |
| MSI | 02/13/18 | 58303 | 500007875 | 61801 | $80.00 |
| MSI | 02/13/18 | 58303 | 500007874 | 61793 | $215.00 |
| MSI | 02/13/18 | 58303 | 500007915 | 61648 | $80.00 |
| MSI | 02/13/18 | 58303 | 500007919 | 61812 | $80.00 |
| MSI | 02/13/18 | 58303 | 500007949 | 61809 | $80.00 |
| MSI | 02/13/18 | 58303 | 500007916 | 61763 | $80.00 |
| MSI | 02/13/18 | 58303 | 500007917 | 61764 | $80.00 |

Distribution of Accounts Payable Payments

| Vendor | Date | 03/16/18 Check# | Invoice# | P/O# | Page:4.00 Amount |
|--------|------|--------|----------|------|--------|
| MSI | 02/13/18 | 58303 | 500007950 | 61811 | $80.00 |
| MSI | 02/13/18 | 58303 | 500007918 | 61815 | $80.00 |
| MSI | 02/13/18 | 58303 | 500007987 | 61833 | $80.00 |
| MSI | 02/13/18 | 58303 | 500007965 | 61828 | $580.00 |
| MSI | 02/13/18 | 58304 | 500007986 | 61834 | $80.00 |
| MSI | 02/13/18 | 58304 | 500007964 | 61817 | $110.00 |
| MSI | 02/13/18 | 58304 | 500007983 | 61822 | $80.00 |
| MSI | 02/13/18 | 58304 | 500007985 | 61820 | $80.00 |
| MSI | 02/13/18 | 58304 | 500007984 | 61821 | $80.00 |
| MSI | 02/13/18 | 58304 | 500007963 | 61810 | $80.00 |
| MSI | 02/13/18 | 58304 | 500007777 | 61726 | $80.00 |
| MSI | 02/13/18 | 58304 | 500007779 | 61783 | $290.00 |
| MSI | 02/13/18 | 58304 | 500007782 | 61799 | $290.00 |
| MSI | 02/13/18 | 58304 | 500007776 | 61628 | $80.00 |
| MSI | 02/13/18 | 58304 | 500007780 | 61787 | $80.00 |
| MSI | 02/13/18 | 58304 | 500007778 | 61737 | $767.00 |
| MSI | 02/13/18 | 58304 | 5000005628 | 60874 | $80.00 |
| MSI | 02/13/18 | 58304 | 500005272 | 60687 | $80.00 |
| MSI | 02/13/18 | 58304 | 500005620 | 60856 | $80.00 |
| MSI | 02/13/18 | 58304 | 500005623 | 60857 | $215.00 |
| MSI | 02/13/18 | 58305 | 500005624 | 60855 | $995.00 |
| MSI | 02/13/18 | 58305 | 500005618 | 60686 | $80.00 |
| MSI | 02/13/18 | 58305 | 500005621 | 60849 | $80.00 |
| MSI | 02/13/18 | 58305 | 500005627 | 60870 | $80.00 |
| MSI | 02/13/18 | 58305 | 500005619 | 60868 | $80.00 |
| MSI | 02/13/18 | 58305 | 500005622 | 60848 | $80.00 |
| MSI | 02/13/18 | 58305 | 500005625 | 60869 | $80.00 |
| MSI | 02/13/18 | 58305 | 500007962 | | $80.00 |
| MSI | 02/13/18 | 58305 | 500008083 | 61855 | $80.00 |
| MSI | 02/13/18 | 58305 | 500008084 | 61876 | $160.00 |
| MSI | 02/13/18 | 58305 | 500008060 | 61862 | $165.00 |
| MSI | 02/13/18 | 58305 | 500008023 | 61838 | $80.00 |
| MSI | 02/13/18 | 58305 | 500008024 | 61841 | $80.00 |
| MSI | 02/13/18 | 58305 | 500008059 | 61860 | $80.00 |
| MSI | 02/13/18 | 58305 | 500008027 | 61839 | $80.00 |
| MSI | 02/13/18 | 58305 | 500008022 | 61813 | $160.00 |
| MSI | 02/13/18 | 58306 | 500008057 | 61843 | $290.00 |
| MSI | 02/13/18 | 58306 | 500008026 | 61844 | $80.00 |
| MSI | 02/13/18 | 58306 | 500008025 | 61842 | $80.00 |
| MSI | 02/13/18 | 58306 | 500008058 | 61863 | $80.00 |
| MSI | 02/13/18 | 58306 | 500008061 | 61861 | $80.00 |
| MSI | 02/13/18 | 58306 | 500008002 | 61823 | $290.00 |

Distribution of Accounts Payable Payments

03/16/18      Page:5.00

| Vendor | Date | Check# | Invoice# | P/O# | Amount |
|--------|------|--------|----------|------|--------|
| PORTER | 02/13/18 | 58307 | 24461 | | $1,516.83 |
| QWE | 02/13/18 | 58308 | QE136996 | | $1,650.00 |
| RICKP | 02/13/18 | 58309 | 24459 | | $3,916.45 |
| RNM | 02/13/18 | 58310 | 24460 | | $7,822.45 |
| SBC | 02/13/18 | 58311 | SB050823 | | $153.03 |
| STAV | 02/13/18 | 58312 | 24463 | | $1,662.61 |
| SUMMIT | 02/13/18 | 58313 | 24464 | | $7,093.89 |
| RESA | 02/14/18 | 58314 | 45163 | 62074 | $3,250.00 |
| WES | 02/14/18 | 58315 | 6030169-1 | 62199 | $4,088.20 |
| IGC | 02/14/18 | 58316 | 22278-1 | 62152 | $800.00 |
| MOCARSH | 02/14/18 | 58317 | 24441 | | $1,158.98 |
| OVNT | 02/15/18 | 58318 | 275999533 | | $95.00 |
| PAHLKE | 02/15/18 | 58319 | 24465 | | $1,401.91 |
| UPS | 02/15/18 | 58320 | 5809E038 | | $115.11 |
| UPS | 02/15/18 | 58320 | 5809E058 | | $54.00 |
| CM | 02/15/18 | 58321 | 235342-H-1 | 62128 | $3,871.15 |
| ELEC | 02/15/18 | 58322 | CHIC49 | 62177 | $14,368.00 |
| VISTA | 02/15/18 | 58323 | 125619 | 62088 | $15,279.90 |
| COPCO | 02/16/18 | 58324 | 937006-0 | | $616.24 |
| DOLAN | 02/16/18 | 58325 | 18/46 | 62182 | $700.00 |
| DIRA | 02/16/18 | 58326 | 1802323 | 62198 | $12,772.90 |
| OVNT | 02/16/18 | 58327 | 338194802 | | $468.29 |
| ELEC | 02/19/18 | 58328 | CHIC50 | 62208 | $61,508.20 |
| ELEC | 02/19/18 | 58328 | CHIC51 | 62238 | $40,417.30 |
| WALT | 02/19/18 | 58329 | W058614 | 61722 | $2,366.38 |
| OVNT | 02/19/18 | 58330 | 354518695 | | $151.16 |
| RESA | 02/20/18 | 58331 | 45184 | 62217 | $2,880.00 |
| WES | 02/20/18 | 58332 | 6030329-1 | 62254 | $2,284.60 |
| ALRO | 02/20/18 | 58333 | 076443892 | 62245 | $2,223.13 |
| IGC | 02/20/18 | 58334 | 22323-1 | 62205 | $3,240.00 |
| OVNT | 02/20/18 | 58335 | 375404035 | | $214.17 |
| ATI | 02/20/18 | 58336 | PF-5806 | 62210 | $45,500.60 |
| CARP | 02/20/18 | 58337 | 41-22018 | 62161 | 104,336.82 |
| CTM | 02/21/18 | 58338 | B62229-00 | 62180 | $506.00 |
| EXOVA | 02/21/18 | 58339 | 02202018-1 | 62255 | $840.00 |
| TT | 02/21/18 | 58340 | 477149 | 62163 | $504.52 |
| CTM | 02/21/18 | 58341 | B62230-00 | 62181 | $3,036.00 |
| AMER | 02/21/18 | 58343 | 9800815203 | | $781.26 |
| CAL | 02/21/18 | 58344 | JG12659 | | $765.00 |
| CINT | 02/21/18 | 58345 | 021460667 | | $633.63 |
| COLTF | 02/21/18 | 58346 | 1375137 | | $918.07 |
| DIA | 02/21/18 | 58347 | 52696 | 62093 | $200.00 |

Distribution of Accounts Payable Payments

| Vendor | Date | 03/16/18 Check# | Page:6.00 Invoice# | P/O# | Amount |
|---|---|---|---|---|---|
| DIA | 02/21/18 | 58347 | 52697 | 62104 | $100.00 |
| DIA | 02/21/18 | 58347 | 52641 | 62029 | $100.00 |
| EQS | 02/21/18 | 58348 | 022018-1 | 62237 | $16,528.80 |
| GROOT | 02/21/18 | 58349 | 15613165 | | $225.50 |
| HOPKINS | 02/21/18 | 58350 | 13016-1 | 61845 | $210.00 |
| HOPKINS | 02/21/18 | 58350 | 13017-1 | 61848 | $280.00 |
| HOPKINS | 02/21/18 | 58350 | 13018-1 | 61847 | $250.00 |
| HOPKINS | 02/21/18 | 58350 | 13064-1 | 61983 | $100.00 |
| HOPKINS | 02/21/18 | 58350 | 13063-1 | 61982 | $70.00 |
| HOPKINS | 02/21/18 | 58350 | 13061-1 | 61963 | $75.00 |
| HOPKINS | 02/21/18 | 58350 | 13062-1 | 61908 | $210.00 |
| HOPKINS | 02/21/18 | 58350 | 13059-1 | 61825 | $10,000.00 |
| HOPKINS | 02/21/18 | 58350 | 13057-1 | 61917 | $70.00 |
| HOPKINS | 02/21/18 | 58350 | 13058-1 | 61898 | $440.00 |
| HOPKINS | 02/21/18 | 58350 | 13060-1 | 61897 | $1,540.00 |
| HOPKINS | 02/21/18 | 58350 | 13083-1 | 62051 | $210.00 |
| HOPKINS | 02/21/18 | 58350 | 13084-1 | 62005 | $60.00 |
| PETRO | 02/21/18 | 58351 | 3073775111 | | $358.66 |
| PETRO | 02/21/18 | 58351 | 3074182964 | | $324.64 |
| PETRO | 02/21/18 | 58351 | 3074054788 | | $222.57 |
| PETRO | 02/21/18 | 58351 | 3074635728 | | $358.66 |
| PETRO | 02/21/18 | 58351 | 3074391753 | | $290.62 |
| SBC | 02/21/18 | 58352 | SB053636 | | $153.03 |
| SERVM | 02/21/18 | 58353 | 189553 | | $440.00 |
| WARREN | 02/21/18 | 58354 | W1117983 | | $369.71 |
| FORD CR | 02/22/18 | 58355 | 24471 | | $1,005.75 |
| OVNT | 02/22/18 | 58356 | 934390030 | | $151.16 |
| MINCE | 02/22/18 | 58357 | M8081 | 62115 | $5,025.00 |
| ALLW | 02/22/18 | 58358 | 66604 | 62171 | $500.00 |
| ALLW | 02/22/18 | 58358 | 66605 | 62170 | $100.00 |
| ALLW | 02/22/18 | 58358 | 66606 | 62174 | $200.00 |
| ALLW | 02/22/18 | 58358 | 66607 | 62175 | $100.00 |
| ELEC | 02/22/18 | 58359 | CHIC52 | 62260 | $13,764.00 |
| OVNT | 02/22/18 | 58360 | 407259521 | | $183.25 |
| EQS | 02/22/18 | 58361 | 022218-1 | 61944 | $35,445.60 |
| EXOVA | 02/22/18 | 58362 | 02222018-1 | 62149 | $1,150.00 |
| CINT | 02/23/18 | 58363 | 021482336 | | $214.49 |
| CINT | 02/23/18 | 58363 | 021482335 | | $595.96 |
| WARREN | 02/23/18 | 58364 | W1119865 | | $267.75 |
| FDPI | 02/23/18 | 58365 | 24473 | | $2,385.00 |
| FDPI | 02/23/18 | 58365 | 24474 | | $4,275.00 |
| CONAM | 02/23/18 | 58366 | 10885995-1 | 62189 | $50.00 |

Distribution of Accounts Payable Payments

| Vendor | Date | 03/16/18 Check# | Invoice# | P/O# | Page:7.00 Amount |
|--------|------|--------|----------|------|--------|
| CONAM | 02/23/18 | 58366 | 10885995-2 | 62190 | $50.00 |
| CONAM | 02/23/18 | 58366 | 10885995-3 | 62191 | $200.00 |
| CONAM | 02/23/18 | 58366 | 10885995-4 | 62192 | $100.00 |
| CONAM | 02/23/18 | 58366 | 10885995-5 | 62193 | $600.00 |
| CONAM | 02/23/18 | 58366 | 10885995-6 | 62206 | $300.00 |
| CONAM | 02/23/18 | 58366 | 10885995-7 | 62207 | $50.00 |
| OVNT | 02/23/18 | 58367 | 425218301 | | $420.22 |
| ASM | 02/23/18 | 58368 | 40200-18 | | $175.00 |
| DCI | 02/23/18 | 58369 | 25315 | | $750.00 |
| EBC | 02/23/18 | 58370 | 2014492 | | $450.00 |
| EXPRESS | 02/23/18 | 58371 | 20079551 | | $322.40 |
| EXPRESS | 02/23/18 | 58371 | 20164564 | | $806.00 |
| FIA | 02/23/18 | 58372 | 92141 | | $651.00 |
| IEMA | 02/23/18 | 58373 | 03042018 | | $75.00 |
| IMA | 02/23/18 | 58374 | 9930408 | | $250.00 |
| PRIN ER | 02/23/18 | 58375 | 40347 | | $104.44 |
| TMA | 02/23/18 | 58376 | 158778 | | $81.00 |
| WOLF | 02/23/18 | 58377 | 24476 | | $82.00 |
| COPCO | 02/23/18 | 58378 | 937673-0 | | $55.86 |
| EXOVA | 02/23/18 | 58379 | 02232018-1 | 62126 | $385.00 |
| OVNT | 02/26/18 | 58380 | 24484 | | $418.51 |
| ALLW | 02/27/18 | 58381 | 66746/1 | 62220 | $1,020.00 |
| ALLW | 02/27/18 | 58381 | 66745-1 | 62277 | $90.00 |
| EXOVA | 02/27/18 | 58382 | 02262018-1 | 62278 | $2,010.00 |
| MINCE | 02/27/18 | 58383 | M8091 | 62203 | $5,025.00 |
| MINCE | 02/27/18 | 58383 | M8090 | 62243 | $448.00 |
| MINCE | 02/27/18 | 58383 | M8089 | 62242 | $336.00 |
| WES | 02/27/18 | 58384 | 6030480-1 | 62300 | $4,431.90 |
| RESA | 02/27/18 | 58385 | 45247 | 62271 | $2,000.00 |
| RESA | 02/27/18 | 58385 | 45248 | 62272 | $2,000.00 |
| EQS | 02/27/18 | 58386 | 022618-1 | 61945 | $20,380.50 |
| HAY | 02/27/18 | 58387 | 1853146-2 | 61366 | $36,145.12 |
| OVNT | 02/28/18 | 58388 | 24493 | | $150.91 |
| PETTY | 02/28/18 | 58389 | 24494 | | $1,500.00 |
| OVNT | 02/28/18 | 58390 | 24495 | | $150.91 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Anderson Shumaker Co. (ASC)   CASE NO.: 17-04206

FOR MONTH ENDING _Feb_____, 20_18_

## STATEMENT OF INVENTORY

| | |
|---|---|
| Beginning inventory | $ 2,468,114 |
| Add: purchases | $ 537,395 |
| Less: goods sold (cost basis) | $ 704,964 |
| Ending inventory | $ 2,300,545 |

## PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period | $ 246,168 |
| Payroll taxes due but unpaid | $ 0 |

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| Association Bank | 2/23/18 | $38,000 | | |

* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Anderson Shumaker Co. (ASC)   CASE NO.: 17-04206

FOR MONTH ENDING _____FEB_____, 20 18

STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

Beginning of month balance   $ 2,431,767

Add: sales on account   $ 1,513,115

Less: collections   $ 1,280,734

End of month balance   $ 2,664,148

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $1,539,156 | $537,492 | $391,683 | $195817 | $2,664,148 |

STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

Beginning of month balance   $ 2,599,678

Add: credit extended   $ 1,303,041

Less: payments of account   $ 1,192,883

End of month balance   $ 2,709,836

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $169378 | $15760 | $ 0 | $2524,698 | $2709,836 |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _Anderson Shumaker Co (AF)_   CASE NO.: _17-04206_

FOR MONTH ENDING _____Feb_____ , 20 _18_

### TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes (X) | No ( ) |
| 2. | FICA withholdings | Yes (X) | No ( ) |
| 3. | Employee's withholdings | Yes (X) | No ( ) |
| 4. | Employer's FICA | Yes (X) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes (X) | No ( ) |
| 6. | State Income Tax | Yes (X) | No ( ) |
| 7. | State Employee withholdings | Yes (X) | No ( ) |
| 8. | All other state taxes | Yes (X) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT  Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DECLARATION UNDER PENALTY OF PERJURY**

I, _Robert A. Pollmann_ , acting as the duly authorized agent for

the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United

States that I have read and I certify that the figures, statements, disbursement itemizations, and

account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of

this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

_Robert A. Pollmann_
_CFO_

DATED: _3-16-18_

OPERATING REPORT Page ·9