UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-05206 |
| ANDERSON SHUMAKER COMPANY, an | ) | |
| Illinois corporation | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| Debtor(s) | ) | |

### ORDER APPROVING AMENDED DISCLOSURE STATEMENT AND CONFIRMING DEBTOR'S AMENDED PLAN OF LIQUIDATION

THIS MATTER COMING TO BE HEARD on confirmation of the Amended Plan of Liquidation ("Plan") and approval of the adequacy of the Amended Dislcosure Statement ("Disclosure Statement") of ANDERSON SHUMAKER COMPANY, debtor/debtor-in-possession herein ("Debtor"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED as follows:

A) The Debtor's Amended Plan of Liquidation filed on March 2, 2018, is confirmed, and the Debtor's Amended Disclosure Statement is approved as having sufficient information to allow creditors to make reasonably informed decisions to accept or reject the Plan. A copy of the Plan is attached hereto as Exhibit A;

B) Pursuant to Section 1141(d)(3) of the Bankruptcy Code, the Debtor will not receive a discharge;

C) The Effective Date, as that term is defined in the Plan, is hereby modified to mean fifteen (15) days after closing of the Sale, as that term is defined in the Plan;

D) The Debtor shall serve a copy of this Order to all known creditors and parties in interest and file a Certificate of Service with the Court within three (3) days of the date hereof; and

E) A post-confirmation status will be held on July 24, 2018 at 10:00 A.M.

Enter:

*Donald R. Cassling*
Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: 0 8 MAY 2018

**Prepared by:**

Rev: 20170105_bko

DEBTOR'S COUNSEL:
Scott R. Clar
(Atty. No. 06183741)
David L. Kane
(Atty. No. 6277758)
Crane, Simon, Clar & Dan
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
\mjo2\anderson shumaker\Confirmation.Ord