UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-05206 |
| | ) | |
| ANDERSON SHUMAKER COMPANY, | ) | Chapter: 11 |
| an Illinois corporation | ) | |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER (A) ESTABLISHING BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF THE DEBTOR'S ASSETS UNDER A PLAN OF LIQUIDATION; (B) SCHEDULING DATES FOR SALE OF DEBTOR'S ASSETS; (C) APPROVING BREAK-UP FEE; (D) APPROVING FORM OF ASSET PURCHASE AGREEMENT; AND (E) GRANTING RELATED RELIEF**

THIS MATTER COMING TO BE HEARD upon the motion for entry of an order approving and Sale Procedures and related relief (the "Motion") by Anderson Shumaker Company, debtor/debtor-in-possession herein; proper notice having been given; and this Court being fully advised in the premises;

IT IS HEREBY ORDERED as follows:

A) The Sales Procedures attached hereto are hereby approved.

B) The form of Stalking Horse APA attached to the Motion is hereby approved.

C) The Break-Up Fee is hereby approved.

D) May 29, 2018 at 5:00 p.m. shall be the deadline (i) for submitting Qualified Bids, and (ii) for filing objections to the proposed sale.

E) If two or more Qualified Bids are received, an Auction will be conducted at the offices of Crane, Simon, Clar & Dan, 135 S. LaSalle, Suite 3705, Chicago, Illinois 60603 at 11:00 a.m. on May 31, 2018.

F) The hearing to approve the sale shall take place on June 5, 2018 at 10:00 a.m. in courtroom 619, U.S. Bankruptcy Court, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois.

G) The manner of notice to be given to creditors and other parties in interest set forth in the Motion is hereby approved.

Enter:

*Donald R. Cassling*
Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: 08 MAY 2018

Rev: 20170105_bko

**Prepared by:**
David L. Kane (Atty. No. 6277758)
Crane, Simon, Clar & Dan
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777

## SALE PROCEDURES

The following sale procedures (the "Sale Procedures") will be used for the sale and transfer of substantially all the assets (the "Acquired Assets") of Anderson Shumaker Company (the "Debtor"), Case No. 17-05206 (the "Chapter 11 Case"), pending before the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court"). The sale of the Acquired Assets is subject to the terms and conditions outlined herein and in any purchase and sale agreements, including the Stalking Horse Agreement.

**A.  Requirements for Participation in Auction; Qualified Bidders**:

(1) Only Qualified Bidders (as defined below) may participate at the Auction (as defined below).

(2) For the purposes of this Sale Procedures Order, a "Qualified Bidder" is one who submits a "Qualified Bid."

(3) A "Qualified Bid" is an offer to purchase the Acquired Assets that adheres to the requirements set forth below; no offer may be a Qualified Bid unless it complies with all such requirements in full:

(A) **Deadline for Submitting Qualified Bids**: An entity that wishes to submit a Qualified Bid must submit its bid so that it is actually received not later than **5:00 p.m. on May 29, 2018**;

(B) **Where to Submit Bids**: Proposed Qualified Bids must be submitted to the following parties via electronic mail and must include an electronic mail address at which the entity submitting the same may be contacted:

**Debtor's Counsel**:
Scott R. Clar
David L. Kane
Crane, Simon, Clar & Dan
135 S. LaSalle St., #3705
Chicago, IL 60603
(312) 641-6777
sclar@craneheyman.com
dkane@cranesimon.com

**Counsel for Associated Bank**:
Bryan E. Minier
Lathrop & Gage LLP
155 N. Wacker Dr., 30th Floor
Chicago, IL 60606-1758
(312) 920-3328
bminier@lathropgage.com

1

**Counsel for Official Unsecured Creditors' Committee**
Devon J. Eggert
Freeborn & Peters LLP
311 N. Wacker Dr., #3000
Chicago, IL 60606
(312) 360-6305
deggert@freeborn.com

**Counsel for the Office of the United States Trustee**
Ha Nguyen
Office of the United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604
(312) 886-3320
Ha.Nguyen@usdoj.gov

**B.    Content of Qualified Bid**: All Qualified Bids:

(1)    must be in writing;

(2)    must be for all or substantially all of the Acquired Assets;[1]

(3)    must propose a purchase price for the Acquired Assets that provides cash at closing, in immediately available funds, in a sum not less than $4.7 million, *plus* certain Cure Amounts and Assumed Liabilities, if any;

(4)    must include an executed asset purchase agreement, in the form of the Stalking Horse APA, containing, with the exception of the requirement of an increased purchase price, substantially all the terms and conditions contained in the Stalking Horse APA. A proposed Qualified Bid may not include any provisions for a break-up fee, expense reimbursement, or similar payment. A proposed Qualified Bid must also include a redlined or blacklined version of the Stalking Horse APA, showing all changes made to the Stalking Horse APA by the party submitting the Qualified Bid;[2]

(5)    must fully disclose the identity of each entity that will be bidding for the Acquired Assets or otherwise participating in connection with the proposed Qualified Bid and the complete terms of any such participation, including as to any source of financing;

(6)    must be irrevocable until the closing of a sale of the Acquired Assets;

---

[1] A complete list of the Acquired Assets is set forth in the Stalking Horse APA, which is attached as <u>Exhibit A</u> to the Sale Procedures Motion.

[2] A Word version of the Stalking Horse APA is available upon request from Debtor's counsel.

2

(7) must state that the proposed Qualified Bidder agrees, if chosen as such, to be the Back-Up Bidder for the Acquired Assets for which it has bid and to close on such Back-Up at the highest offer it made at the Auction;

(8) must not be contingent upon any conditions other than those specified in the Stalking Horse APA, *provided, however*, that under no circumstances may the proposed Qualified Bid contain any financing or due diligence contingencies.

(9) must (a) represent that the proposed Qualified Bidder is financially capable of consummating its proposed transaction, and (b) include information sufficient to establish to the satisfaction of the Debtor that the proposed Qualified Bidder is capable of doing so, which information shall include detail regarding the source(s) of funds that will be sued to consummate the transaction and may, in addition, include bank statements, current financial statements, or other proof of available liquid assets or available financing sufficient to consummate the transactions proposed in the Qualified Bid.

(10) must (a) identify any executory contracts and/or unexpired leases of the Debtor that the proposed Qualified Bidder wishes to have assumed by the Debtor and assigned to it; (b) provide that it will pay the Cure Costs associated with such assumption, if any, in addition to the proposed purchase price; and (c) provide evidence establishing such proposed future performance (within the meaning of section 365(b) of the Bankruptcy Code) under any executory contracts or unexpired leases such proposed Qualified Bidder proposes to have assigned to it;

(11) must contain written evidence that the proposed Qualified Bidder has obtained all necessary corporate, limited liability company, or similar authority including all internal consents, necessary for it to close and fund the proposed transaction; and

(12) must be accompanied by an all-cash deposit (the "Bid Deposit") equal to 5% of the proposed purchase price (provided that AS Forge Acquisition LLC (the "Stalking Horse") shall be exempt from this requirement).

**C.    Stalking Horse as Qualified Bidder.** Stalking Horse is deemed to be a Qualified Bidder with respect to the bid represented by the final Stalking Horse APA. The Stalking Horse may but is not required to participate in the Auction (as defined below).

**D.    Designation of Qualified Bids**:

(1) On or before May 30, 2018, the Debtor, after consultation with the Committee and the Bank, shall designate those submitted bids, if any, that are Qualified Bids; *provided however*, that the Debtor, after consultation with the Committee and the Bank, may determine at the Auction, that a previously Qualified Bidder has altered its bid in a way that causes it no longer to be a Qualified Bidder absent the provision of further assurances (*e.g.*, due to an increase in the proposed purchase price that is not supported by the previously submitted proof of financial resources; additional closing conditions, etc.); *provided, further* that the Stalking

3

Horse's bid, if materially unchanged from the represented by the final Stalking Horse APA, shall not be subject to disqualification.

(2) On or before May 30, 2018, the Debtor shall notify each entity that has submitted a Qualified Bid, by electronic mail only, that its bid has been designated as a Qualified Bid.

(3) If no Qualified Bids other than the Qualified Bid of the Stalking Horse are received by the Qualified Bid Deadline, the Auction will not be held and the Debtor shall seek Court approval of a sale of the Assets to the Stalking Horse.

E. **Auction**:

(1) If two or more Qualified Bids (including the Qualified Bid of the Stalking Horse) are received for the Acquired Assets, an auction (the "Auction") will be conducted at the offices of Crane, Simon, Clar & Dan, 135 S. LaSalle, Suite 3705, Chicago, Illinois 60603, at **11:00 a.m. on May 31, 2018**.

(2) Attendance at the Auction shall be limited to representatives of the Debtor, the Committee, the Bank, Qualified Bidders, and the U.S. Trustee.

(3) All bids submitted at the Auction shall be in increments of no less than $10,000.

(4) The Debtor, in its sole discretion, after consultation with the Committee and the Bank, may announce at the Auction additional rules for bidding and other procedures for conducting the Auction, so long as such rules and procedures do not directly conflict with the provisions of this Sale Procedures Order, the Stalking Horse APA, any order of the Court entered in connection herewith, or the Bankruptcy Code.

F. **Approval of the Sale**: The Debtor shall seek the entry of an order from the Bankruptcy Court approving the sale of the Acquired Assets on **June 5, 2018 at 10:00 a.m.**, or such other date as the Bankruptcy Court may determine.

G. **Discretion of the Debtor Regarding Sale of Acquired Assets**: The Debtor, after consultation with the Committee and the Bank, may reject any bid, other than the bid of the Stalking Horse, that it deems inadequate or insufficient or that is not in compliance with the Sale Procedures Order of the Bankruptcy Code. Further, the Debtor may extend any of the deadlines set forth in its sole discretion.

4