**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 17-05206 |
| | ) | |
| ANDERSON SHUMAKER COMPANY, | ) | Chapter 11 |
| | ) | |
| debtor/debtor in possession | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Hearing: June 5, 2018 at 10:00 a.m. |

**NOTICE OF MOTION**

TO: ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **June 5, 2018 at 10:00 a.m.** or as soon thereafter as counsel can be heard, I shall appear before the Honorable Donald R. Cassling, Bankruptcy Judge, in the room usually occupied by him, Courtroom 619 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead, and shall then and there present the **Debtor's Motion to Approve Sale to Winning Bidder Free and Clear of All Liens, Claims and Encumbrances,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/ *David L. Kane*
Crane, Simon, Clar & Dan
135 S. LaSalle, #3705
Chicago, IL 60603
(312) 641-6777
dkane@cranesimon.com


**CERTIFICATE OF SERVICE**

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served via the Court's Electronic Registration to all parties on the attached Service List, on the 31st day of May, 2018.

/s/ *David L. Kane*

i

**SERVICE LIST**

**Served Via Court's CM/ECF Registration**:

- **Fred L Alvarez**   falvarez@wwmlawyers.com, docket@wwmlawyers.com;mbeswick@wwmlawyers.com;Walker-ecfs_notice@juralaw.net
- **Scott R Clar**   sclar@craneheyman.com, mjoberhausen@craneheyman.com;asimon@craneheyman.com
- **Shelly A. DeRousse**   sderousse@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
- **Devon J Eggert**   deggert@freeborn.com, bkdocketing@freeborn.com
- **Marc D Fine**   mdfine@jacksonkelly.com, jrtabor@jacksonkelly.com;spencer.tanner@jacksonkelly.com
- **Brian C Heck**   bheck@beckmanlawson.com
- **James Heiser**   heiser@chapman.com
- **David Paul Holtkamp**   David.Holtkamp2@cityofchicago.org
- **Elizabeth L Janczak**   ejanczak@freeborn.com, bkdocketing@freeborn.com
- **David L Kane**   dkane@cranesimon.com, jmunoz@craneheyman.com;jdan@cranesimon.com
- **Aaron M Krieger**   akrieger@chapman.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Bryan E. Minier**   bminier@lathropgage.com, mvargas@lathropgage.com;krodriguez@lathropgage.com
- **Kate O'Loughlin**   kate.oloughlin@sba.gov
- **Christopher H Purcell**   shermlaw13@aol.com
- **Rebecca D Ward**   ward@blankrome.com
- **Brian P Welch**   bwelch@burkelaw.com, gbalderas@burkelaw.com

**Via Email**:

Counsel to AS 1902, LLC:  rsalsterda@nixonpeabody.com

AS Forge Acquisition LLC:  wjgolden@polymathescapital.com

Constellation Energy Services: bradley.burton@constellation.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 17-05206 |
| | ) | |
| ANDERSON SHUMAKER COMPANY, | ) | Chapter 11 |
| | ) | |
| debtor/debtor in possession | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Hearing: June 5, 2018 at 10:00 a.m. |

**DEBTOR'S MOTION TO APPROVE SALE OF ACQUIRED ASSETS TO AS 1902, LLC FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES**

ANDERSON SHUMAKER COMPANY, an Illinois corporation, debtor/debtor-in-possession ("Debtor"), by its attorneys, Scott R. Clar, David L. Kane and the firm of Crane, Simon, Clar & Dan, and in support of its Motion to Approve Sale to AS 1902, LLC Free and Clear of All Liens, Claims and Encumbrances (the "Motion"), respectfully states as follows:

**Background**

1. On February 23, 2017, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor has been operating its business and managing its financial affairs as debtor-in-possession since the Petition Date. No trustee or examiner has been appointed. An Official Committee of Unsecured Creditors ("Committee") has been appointed to serve in this reorganization case, and has been actively involved in the Debtor's efforts to sell its assets pursuant to a Plan of Liquidation.

3. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 1334. This matter is a "core" proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A),(M),(N) and (O). The statutory bases for the relief requested herein are §§ 105(a), 363, 365, 1123(a)(5)(D) and 1129 of title 11, United States Code, 11 U.S.C. §§101, *et. seq*. (as amended, the "Bankruptcy Code").

1

4. On May 8, 2018, the Court entered an Order confirming the Debtor's First Amended Plan of Liquidation (the "Plan") which contemplates a sale of substantially all of the Debtor's assets as the mechanism for funding the Plan.

5. On May 8, 2018, the Court entered an order [Docket No. 238] (the "Sale Procedures Order") authorizing and approving, among other things, bidding procedures in connection with the sale of substantially all of the Debtor's assets (as defined in the Asset Purchase Agreement, the "Acquired Assets"), scheduling an Auction[1], approving the stalking horse bid of AS Forge Acquisition LLC, approving the break-up fee, and scheduling the Sale Hearing.

6. As evidenced by the Certificate of Service filed as Dkt. No. 242, twenty-one (21) days' notice of the Sale Hearing and the opportunity to bid was provided pursuant to Bankruptcy Rule 2002 to (a) all creditors and parties in interest, (b) counsel for the Committee; (c) Associated Bank, (d) counsel for the U.S. Trustee; and (e) all parties that have previously executed a non-disclosure agreement or expressed an interest in purchasing the Debtor's assets.

7. Pursuant to the Sale Procedures Order, the Debtor received timely Qualified Bids on or before the bidding deadline of May 29, 2018 at 5:00 p.m. established from three entities, namely AS Forge Acquisition LLC (stalking horse), AS 1902 LLC, and Gardner Standard LLC.

8. Pursuant to the Sale Procedures Order, the Debtor conducted an Auction for the Acquired Assets on May 31, 2018. The winning bid at the Auction was submitted by AS 1902, LLC in the amount of $5,310,000.00, plus the elimination of the remediation escrow from its Asset Purchase Agreement (valued at $100,000). The Back-Up Bid at the Auction was submitted by the stalking horse, AS Forge Acquisition LLC in the amount of $5,150,000.00, plus the elimination of the remediation escrow from its Stalking Horse APA.

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Sale Procedures Order.

**Relief Requested**

10. The Debtor seeks entry of Order approving the Sale of the Acquired Assets to AS 1902, LLC pursuant to the terms of its Winning Bid and Asset Purchase Agreement, including the assumption of certain executory contracts as set forth on **Exhibit A** attached hereto.

11. In addition, pursuant to terms of the Sale Procedures Order, the Debtor seeks authority to pay AS Forge Acquisition LLC the Break-Up Fee in the amount of $150,000 at the Closing of the Sale.

12. Finally, the Debtor seeks authority to close the Sale under the Back-Up Bid of AS Forge Acquisition LLC in the event that AS 1902, LLC fails to close on or before July 5, 2018.

**NOTICE AND SERVICE**

24. This Motion has been filed electronically and will be served on the date hereof via the Court's CM/ECF System upon the following parties: (a) counsel for the Committee; (b) counsel for the Bank; (c) counsel for AS 1902, LLC and AS Forge Acquisition LLC; (d) counsel for the U.S. Trustee; (e) counsel to Constellation Energy Services, and (f) all parties who have requested service through the Court's CM/ECF System.

WHEREFORE, the Debtor respectfully requests the Court enter (a) approving the Sale of the Acquired Assets to AS 1902, LLC pursuant to the terms of its Winning Bid and Asset Purchase Agreement, (b) authorizing the assumption of certain executory contracts as set forth on **Exhibit A** attached hereto, (c) authorizing the payment of the Break-Up Fee, and (d) granting other related relif.

Dated: May 31, 2018                     ANDERSON SHUMAKER COMPANY,
                                        debtor/debtor-in-possession

                                        By:  /s/ *David L. Kane*
                                              One of Its Attorneys

3

**DEBTOR'S COUNSEL**:
Scott R. Clar (Atty. No. 06183741)
David L. Kane (Atty. No. 6277758)
Crane, Simon, Clar & Dan
135 S. LaSalle St., #3705
Chicago, IL 60603
(312) 641-6777
sclar@craneheyman.com
dkane@cranesimon.com

4

# EXHIBIT A

## ASSUMED CONTRACTS AND CURE AMOUNTS[2]

1. Electricity Supply Agreement dated May 4, 2016, with Constellation Energy Services, Inc.

2. Master Retail Gas Services Agreement dated September 15, 2014 and Confirmation dated October 16, 2015, with Constellation Energy Services – Natural Gas, LLC f/k/a Integrys Energy Services – Natural Gas, LLC

Total Cure Amount payable to the Constellation entities for both contracts: $18,657.00

---

[2] Certain other non-executory agreements not listed here are being assumed by AS 1902, LLC pursuant to the terms of its Asset Purchase Agreement.