UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-05206 |
| ANDERSON SHUMAKER COMPANY, | ) | |
| an Illinois corporation | ) | Chapter:  11 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER ALLOWING FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES TO DEBTORS' COUNSEL**

THIS MATTER COMING TO BE HEARD upon the Motion of ANDERSON SHUMAKER COMPANY, an Illinois corporation, debtor/debtor-in-possession herein ("Debtor"), herein, for final allowance of compensation and reimbursement of expenses to Crane, Simon, Clar & Dan (CSCD") as its Counsel, pursuant to Sections 330 and 331 of the Bankruptcy Code; proper notice having been provided; no objections having been interposed; this Court being fully advised in the premises;

IT IS HEREBY ORDERED as follows:

A)   CSCD are allowed final compensation and reimbursement of expenses for its representation of the Debtor during the period February 23, 2017 through and including May 10, 2018, in the amounts of $173,325.50 and $7,442.64 respectively; and

B)   All prior allowances of interim compensation and reimbursement of expenses are approved under Section 330 of the Bankruptcy Code; and

C) The Debtor is authorized to pay all sums over and above the Pre-Petition Retainer, First Interim Allowance and the Second Interim Allowance allowed under this Order to CSCD from available funds in this estate.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  June 12, 2018

**Prepared by:**

DEBTOR'S COUNSEL:
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
\mjo2\anderson shumaker\Pay CSCD Final.Ord