**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ANDERSON SHUMAKER COMPANY, | ) | Case No. 17-05206 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | |
| | ) | Hearing Date: July 17, 2018 at 9:30 a.m. |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on July 17, 2018 at 9:30 a.m., the undersigned shall appear before the Honorable Donald R. Cassling in Courtroom 619, or whomever may be sitting in his place and stead, at the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois and will then and there present the *Second and Final Fee Application of Freeborn & Peters LLP as Counsel to the Official Committee of Unsecured Creditors,* a copy of which is available upon request to the undersigned.

Dated: June 22, 2018                **FREEBORN & PETERS LLP**

By: /s/ Devon J. Eggert
        One of Its Attorneys

Shelly A. DeRousse
Devon J. Eggert
Elizabeth L. Janczak
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel:    312.360.6000
Fax:   312.360.6520
Email:  sderousse@freeborn.com
            deggert@freeborn.com
            ejanczak@freeborn.com

*Counsel for Official Committee of Unsecured Creditors of Anderson Shumaker Company*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ANDERSON SHUMAKER COMPANY, | ) | Case No. 17-05206 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | |
| | ) | Hearing Date: July 17, 2018 at 9:30 a.m. |

**CERTIFICATE OF SERVICE**

I, Devon J. Eggert, an attorney, hereby certify that on June 22, 2018, I caused a true and correct copy of the *Notice of Motion* and *Second and Final Fee Application of Freeborn & Peters LLP as Counsel to the Official Committee of Unsecured Creditors* to be filed electronically with the Court and served upon the parties listed on the CM/ECF Service List through the Court's electronic filing system. I further certify that on June 22, 2018, I caused a true and correct copy of the *Notice of Motion* and *Cover Sheet for the Second and Final Fee Application* to be served on the parties listed on the U.S. Mail Service List by first class mail.

/s/ Devon J. Eggert

**CM/ECF Service List**

| | |
|---|---|
| R Scott Alsterda | rsalsterda@nixonpeabody.com |
| Fred L Alvarez | falvarez@wwmlawyers.com |
| Scott R Clar | sclar@craneheyman.com |
| Marc D Fine | mdfine@jacksonkelly.com |
| Brian C Heck | bheck@beckmanlawson.com |
| James Heiser | heiser@chapman.com |
| David Paul Holtkamp | David.Holtkamp2@cityofchicago.org |
| David L Kane | dkane@cranesimon.com |
| Aaron M Krieger | akrieger@chapman.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Bryan E. Minier | bminier@lathropgage.com |
| Kate O'Loughlin | kate.oloughlin@sba.gov |
| Christopher H Purcell | shermlaw13@aol.com |
| Jason M Torf | jtorf@hmblaw.com |
| Rebecca D Ward | ward@blankrome.com |
| Brian P Welch | bwelch@burkelaw.com |

**U.S. Mail Service List**
All creditors identified on the creditor mailing matrix.

Label Matrix for local noticing
0752-1
Case 17-05206
Northern District of Illinois
Chicago
Fri Jun 22 09:30:32 CDT 2018

Anderson Shumaker Company
824 S. Central Ave.
Chicago, IL 60644-5599

Freeborn & Peters
311 S Wacker Dr Ste 3000
Chicago, IL 60606-6679

United States Small Business Administration
Attn: Kate O'Loughlin
500 W. Madison Suite 1150
Chicago, IL 60661-2566

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

1 M TOOL COMPANY
6529 W DAKIN
CHICAGO, IL 60634

ADVANTAGE MACHINING
600 W. NEW YORK ST.
AURORA, IL 60506

AL WARREN OIL CO. INC.
P.O. BOX 2278
HAMMOND, IN 46323-0278

ALCOA - HOWMET
7335 SOLUTION CENTER
CHICAGO, IL 60677-7003

ALFE HEAT TREATING INC.
3892 SOLUTIONS CENTER
CHICAGO, IL 60677-3008

ALLIED GARAGE DOOR, INC.
P. O. BOX 816
LOMBARD, IL 60148-0816

ALLOYWELD INSPECTION CO.
795 MAPLE LANE
BENSENVILLE, IL 60106

ALTA EQUIPMENT COMPANY
25541 NETWORK PLACE
CHICAGO, IL 60673-1255

AMERICAN WELDING & GAS INC.
PO BOX 74008002
CHICAGO, IL 60674-8003

AMERIGAS - CICERO
3500 S. CICERO
CICERO, IL 60804

ARNSTEIN & LEHR LLP
119 SOUTH RIVERSIDE PLAZA
SUITE 1199
CHICAGO, IL 60606-3910

ASSOCIATED TIRE & BATTERY CO
6207 W ROOSEVELT RD
OAK PARK, IL 60304

ASTM
99 BARR HARBOR DR
PO BOX C699
W. CONSHOHOCKEN, PA 19428-2959

Advantage Machining Inc.
601 W New York Street
Aurora, IL 60506-3859

Associated Bank, N.A.
c/o Bryan E. Minier
Lathrop & Gage
155 N. Wacker Drive, Suite 3000
Chicago, IL 60606-1787

Atradius Trade Credit Insurance, Inc
230 Schilling Circle
Suite 240
Hunt Valley, MD 21031-1409

B2B INDUSTRIAL PACKAGING
PO BOX 3295
GLEN ELLYN, IL 60138-3295

BT EQUIPMENT
201 EAST WOODSIDE
SOUTH BEND, IN 46614-1115

BURGETT COMBUSTION & CONTROLS
POB 10516
4065 W 82nd Ave
Merrillville, IN 46411-0516

CARLSON TOOL & MFG CORP
BIN 88361
MILWAUKEE, WI 53288-0362

CHARLES E. LARSON & SONS INC
dba Larson Forgings
2644 N KEELER AVE
CHICAGO, IL 60639-2139

CHICAGO OFFICE PRODUCTS
9710 INDUSTRIAL DR
BRIDGEVIEW, IL 60455-2305

CINTAS CORPORATION LOC #20
P. O. BOX 88004
CHICAGO, IL 60680-1004

CONSTELLATION ENERGY SERVICE
P. O. BOX 5473
CAROL STREAM, IL 60197-5473

COOK COUNTY TREASURER
PO BOX 4487
CAROL STREAM, IL 60197-4487

| | | |
|---|---|---|
| CRUCIBLE INDUSTRIES LLC<br>PO BOX 74398<br>CLEVELAND, OH 44194-4399 | Carlson Tool & Manufacturing Corp.<br>W57 N14386 Doerr Way<br>Cedarburg, WI 53012-3108 | Carpenter Technology Corp<br>POB 14662<br>Reading, PA 19612-4662 |
| Chicago Specialty Steel Corp.<br>505 Industrial Drive<br>Griffith, IN 46319-2696 | City of Chicago Department of Finance<br>Bureau of Utility Billing and<br>Customer Service<br>Post Office Box 6330<br>Chicago, IL 60680-6296 | Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Dr<br>Oakbrook Terrace, IL 60523-1502 |
| Constellation Energy Services - Natural Gas,<br>1310 Point Street<br>12th Floor<br>Baltimore, MD 21231-3380 | Constellation Energy Services, Inc.<br>1310 Point Street<br>12th Floor<br>Baltimore, MD 21231-3380 | DA CONTI INTERNATIONAL INC<br>1249 North Harper Ave.<br>Suite 302  Attn: GREGG<br>West Hollywood, CA 90046 |
| DAYTON FREIGHT LINES INC.<br>P .O. BOX 339<br>VANDALIA, OH 45377-0339 | DIAMOND BLAST<br>1740 N 30TH AV<br>MELROSE PARK, IL 60160 | DIMICK MACHINE REPAIR, LLC<br>2323 SEVENTH AVE.<br>LANSING, MI 48906 |
| DIRECT ALLOYS, LLC<br>900 BROAD ST.<br>UTICA, NY 13501-1502 | DMR Repair, L.L.C.<br>2285 Linn Road<br>Williamston, MI 48895-9521 | Dayton Freight Lines Inc<br>6450 Poe Ave Ste 311<br>Dayton, OH 45414-2647 |
| Department of Treasury-Internal Revenue Serv<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | EAGLE MACHINE COMPANY INC<br>1724 W WALNUT ST<br>CHICAGO, IL 60612-2524 | ELECTRALLOY<br>PO BOX 2298<br>GRANT STREET<br>PITTSBURGH, PA 15230 |
| ELLWOOD GROUP, INC.<br>PO BOX  536400<br>PITTSBURGH, PA 15253-5905 | EXOVA<br>193 INTERNATIONAL BLVD<br>GLENDALE HGTS., IL 60139 | EXTREME SNOW & ICE CONTROL<br>9035 NORTHFIELD ROAD<br>WOODRIDGE, IL 60517 |
| Ellwood National Steel Company<br>Jillian Nolan Snider, Esq.<br>Tucker Arensberg, PC 1500<br>One PPG Place<br>Pittsburg, PA 15222-5413 | Ellwood Quality Steels Company<br>c/o Jillian Nolan Snider Esq<br>Tucker Arensberg PC<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5413 | Euler Hermes N. A. Agent for Leahy Wolf Co.<br>800 Red Brook Blvd.<br>Owings Mills, MD 21117-5173 |
| FEDEX FREIGHT<br>DEPT CH<br>PO BOX 10305<br>PALATINE, IL 60055-0306 | FIA<br>1110 SUPERIOR AVE.<br>SUITE 614<br>CLEVELAND, OH 44114 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| G.O. Carlson, Inc. - Electralloy<br>Blank Rome LLP<br>Attn: Samuel H. Becker, Esq.<br>One Logan Square, 130 North 18th Street<br>Philadelphia, PA 19103 | GAHR MACHINE CO.<br>26469 LAKELAND BLVD.<br>EUCLID, OH 44132 | GROOT INDUSTRIES<br>8474 W. 53RD ST.<br>MCCOOK, IL 60525 |

| | | |
|---|---|---|
| H20 SERVICES, INC.<br>SUITE C - 122<br>901 SOUTH RANDALL ROAD<br>ST. CHARLES, IL 60174 | HAYNES INTERNATIONAL INC<br>Ice Miller LLP<br>c/o Sarah Fowler<br>One American Square Suite 2900<br>Indianapolis IN 46282-0019 | HINSHAW & CULBERTSON<br>8141 SOLUTIONS CENTER DR.<br>CHICAGO, IL 60677-8001 |
| HOPKINS MACHINE CORP.<br>4242 W. DIVERSEY AVE.<br>CHICAGO, IL 60639 | HORIZON SYSTEMS MACHINING INC.<br>9120 58TH PLACE<br>KENOSHA, WI 53144 | HOUSE OF SAFETY<br>4415 W DIVERSEY AV<br>CHICAGO, IL 60639 |
| ILLINOIS PAPER CO SUPPLIES DIV<br>5 TERRITORIAL COURT<br>BOLINGBROOK, IL 60440-3673 | INNOVATIVE GRINDING INC<br>689 COUNTY LINE ROAD<br>BENSENVILLE, IL 60106 | INTEGRYS ENERGY-NATURAL GAS<br>PO BOX  5472<br>CAROL STREAM, IL 60197-5472 |
| Illinois Finance Authority<br>c/o James Heiser, Chapman and Cutler LLP<br>111 W. Monroe St.<br>Chicago, IL 60603-4096 | K&L GATES LLP<br>69 W. MADISON STREET<br>SUITE 3099<br>CHICAGO, IL 60602 | KASTO INC.<br>P. O. BOX 14309<br>PITTSBURGH, PA 15239-0309 |
| KOCSIS BROTHERS MACHINE CO.<br>11754 S. AUSTIN AVENUE<br>ALSIP, IL 60803 | Kate O<br>500 W. Madison Street, Suite 1150<br>Chicago, IL 60661-2566 | Kirk B. Burkley<br>Bernstein-Burkley, P.C.<br>707 Grant Street<br>Suite 2200<br>Pittsburgh, PA 15219-1945 |
| LATROBE SPECIALTY METALS CO.<br>PO BOX 644180<br>PITTSBURGH, PA 15264-4180 | LATROBE SPECIALTY METALS CORP<br>PO BOX  644184<br>PITTSBURGH, PA 15264-4184 | LEAHY-WOLF COMPANY<br>1723 W. ARMITAGE CT.<br>SUITE  A<br>ADDISON, IL 60101-4221 |
| MC MASTER-CARR SUPPLY COMPANY<br>POB 4355<br>Chicago, IL 60680-4355 | METALLURGICAL SERVICES INC<br>P O BOX 1097<br>MELROSE PARK, IL 60161-1097 | MILLENNIUM TRANSPORTATION<br>5758 CTY HWY M<br>BOULDER JUNCTIN, WI 54512 |
| MILLS PALLET INC.<br>4499 WEST ROOSEVELT ROAD<br>CHICAGO, IL 60624 | MINCE MASTER INC.<br>P. O. BOX 34568<br>CHICAGO, IL 60634-0568 | MISTRAS SERVICES DIVISION<br>P. O. BOX 405693<br>ATLANTA, GA 30384-5694 |
| NORTHWEST ELECTRIC MOTOR CO.<br>3916 N. 25TH AVENUE<br>SCHILLER PARK, IL 60176-2153 | OIL GEAR COMPANY<br>P. O. BOX 681085<br>CHICAGO, IL 60695-2086 | ORBIT INDUSTRIES, INC.<br>6839 LAKE ABRAM DRIVE<br>MIDDLEBURG HTS, OH 44130 |
| OVERHEAD MATERIAL HANDLING<br>24 W. NORTH AVE<br>UNIT D<br>VILLA PARK, IL 60181 | PITNEY BOWES GLOBAL FIN SERVIC<br>P O BOX 371886<br>PITTSBURGH, PA 15250-7887 | PRIME METALS ALLOY<br>P. O. BOX 193<br>LUCERNEMINES, PA 15754-0193 |

PROGRESSIVE STEEL TREATING
921 LAWN DRIVE
LOVES PARK, IL 61111

Patricia J. Scott
Foster, Swift, Collins & Smith, P.C
313 S. Washington Square
Lansing, MI 48933-2195

Prime Metals & Alloys, Inc.
c/o Kirk B. Burkley
707 Grant Street
Suite 2200
Pittsburgh, PA 15219-1945

Progressive Steel Treating, Inc.
922 Lawn Drive
Loves Park, IL 61111-5192

QUALITY FORGING STEELS
3810 SOUTH GRIFFITH AVE
OWENSBORO, KY 42301-6852

Quality Forging Steels, LLC
c/o Jackson Kelly PLLC
P.O. Box 1507
Evansville, Indiana 47706-1507

REDLINE INDUSTRIES, INC.
2039 WEST HUBBARD STREET
CHICAGO, IL 60612-1720

REMELT SOURCES, INC.
PO BOX 72076
CLEVELAND, OH 44192-0002

RM TRUCKING CO.
3719 RIVER ROAD
SUITE #99
FRANKLIN PARK, IL 60131

RNM AND ASSOCIATES
505 E. ORCHARD STREET
ARLINGTON HGHTS, IL 60005

(p)RONCO INDUSTRIAL SUPPLY CO
700 FRONTIER WAY
BENSENVILLE IL 60106-1192

ROSE PEST SOLUTIONS
1808 W. NORTH AVE.
CHICAGO, IL 60622-1307

RSM US LLP
5154 PAYSPHERE CIRCLE
CHICAGO, IL 60674-0051

SAIA MOTOR FREIGHT
PO BOX 730531
DALLAS, TX 75373-0532

SCHULTZ SUPPLY CO.
3214 S. 59TH AVENUE
CICERO, IL 60804

SERVICE MASTER COMML SPECIALST
SUITE 204
1439 W. NORTH AVENUE
MELROSE PARK, IL 60160

SOUTHSIDE CONTROL
487 N. MILWAUKEE AVE.
CHICAGO, IL 60654

STANGE INDUSTRIAL GROUP
493 BONNIE LANE
ELK GROVE VILGE, IL 60007

South Side Control Supply Co.
488 N. Miilwaukee Ave.
Chicago, IL 60654-3965

TECHNOX MACHINE & MANUFACTURIN
2618 N. NORMANDY AVENUE
CHICAGO, IL 60707

TMA EDUCATION FOUNDATION
1650 WILKENING RD
SCHAUMBURG, IL 60173

TOPSPOT INTERNET MKTG SOLUTION
514 POST OAK BLVD.
SUITE 299
HOUSTON, TX 77024-4622

TYCO INTEGRATED SECURITY LLC
P O BOX 371966
PITTSBURGH, PA 15250-7967

The House of Safety, Inc.
4416 W Diversey Ave
Chicago, IL 60639-1997

U S Small Business Administration
500 W. Madison St., Suite 1150
Chicago, IL 60661-2566

UNION ELECTRIC STEEL
PO BOX 464
725 BELL AVENUE
CARNEGIE, PA 15106-0464

UNITED PARCEL SERVICE
LOCKBOX 576
CAROL STEAM, IL 60132-0576

UNIVERSAL STAINLESS & ALLOY
P. O. BOX 640594
PITTSBURGH, PA 15264-0594

UPS FREIGHT
28012 NETWORK PLACE
CHICAGO, IL 60673-1280

Universal Stainless and Alloy Products, Inc
John Arminas
600 Mayer Street
Bridgeville, PA 15017-2705

| | | |
|---|---|---|
| VALBRUNA STAINLESS, INC.<br>P. O. BOX 83185<br>CHICAGO, IL 60691-0185 | VDM METALS USA, LLC<br>305 COLUMBIA TURNPIKE<br>FLORHAM PARK, NJ 07932 | VERIZON WIRELESS<br>P O BOX 25504<br>LEHIGH VALLEY, PA 18002-5505 |
| WALTER METALS<br>LOCK BOX PI POST OFFICE<br>BOX 360116<br>PITTSBURGH, PA 15251-6117 | WATERLOGIC EAST LLC<br>PO  BOX 513029<br>PHILADELPHIA, PA 19175-3030 | WES-COR INC<br>699 FRONTIER WAY<br>BENSENVILLE, IL 60106 |
| WESTPORT CORP.<br>509 MONTAUK HIGHWAY<br>WEST ISLIP, NY 11795-4422 | YRC (RDWY)<br>P. O. BOX  93150<br>CHICAGO, IL 60673-3151 | ZENITOOLS, INC<br>169 N. BRANDON DRIVE<br>GLENDALE HGTS, IL 60137 |
| Brian P Welch<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 N. Wabash, 21st Floor<br>Chicago, IL 60611-3586 | Brian P. Welch<br>Crane Heyman Simon Welch & Clar<br>135 S. LaSalle St., Suite 3705<br>Chicago, IL 60603-4101 | David L Kane<br>Crane, Simon, Clar & Dan<br>135 S. LaSalle Street<br>Suite 3705<br>Chicago, IL 60603-4101 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Scott R Clar<br>Crane, Simon, Clar & Dan<br>135 S Lasalle Suite 3705<br>Chicago, IL 60603-4101 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| FORD MOTOR CREDIT COMPANY LLC<br>DRAWER 55-953<br>P.O. BOX 55000<br>DETROIT, MI 48255-0953 | (d)Ford Motor Credit Company LLC<br>P.O. BOX 62180<br>COLORADO SPRINGS, CO 80962 | RONCO INDUSTRIAL SUPPLY CO<br>699 FRONTIER WAY<br>BENSENVILLE, IL 60106 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AS 1902, LLC | (u)Associated Bank, N.A. | (u)CAB WEST LLC |
| (u)City of Chicago, an Illinois Municipal Cor | (u)Constellation Energy Services - Natural Ga | (u)Constellation Energy Services, Inc. |

| | | |
|---|---|---|
| (u)D.M.R. Repair, LLC | (u)Ellwood National Steel Company | (u)Ellwood Quality Steels Company |
| (u)FORD MOTOR CREDIT COMPANY LLC | (u)Fort Dearborn Partners (FDP) | (u)G.O. Carlson, Inc. |
| (u)Illinois Finance Authority | (u)Quality Forging Steels, LLC | (u)Redline Industries, Inc. |
| (u)SGS North America Inc | (u)The Official Committee Of Unsecured Credit | (u)Valbruna Stainless, Inc. |
| (u)Zenitools, Inc. | (d)Ronco Industrial Supply Co.<br>700 Frontier Way<br>Bensenville, IL 60106-1192 | (u)United States Small Business Administratio |
| (u)Anthony M. Farace | (u)Harrison L Burgett | (u)Kevin W Cleary |
| (u)Michael A Tibeni | (u)Robin Stanislavski | (u)Samson Jindoyan |
| (u)Scott R Clair | End of Label Matrix<br>Mailable recipients   133<br>Bypassed recipients    28<br>Total                  161 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ANDERSON SHUMAKER COMPANY, | ) | Case No. 17-05206 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | |
| | ) | Hearing Date: July 17, 2018 at 9:30 a.m. |

**COVER SHEET FOR SECOND AND FINAL FEE APPLICATION**
**OF FREEBORN & PETERS LLP AS COUNSEL TO THE**
**<u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>**

Name of Applicant: Freeborn & Peters LLP

Authorized to provide professional services to: Official Committee of Unsecured Creditors

Date of retention: March 21, 2017 *nunc pro tunc* to March 14, 2017

Period for which compensation and reimbursement is sought: March 14, 2017 through May 8, 2018

Amount of compensation sought as actual, reasonable and necessary: $72,671.00

Amount of reimbursement sought as actual, reasonable and necessary: $298.55

This is an ___ interim  X  final application

Prior Fee Applications Filed by Applicant: Yes

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| March 2, 2018 | March 14, 2018 – January 31, 2018 | $55,854.50 | $55,854.50 | $54,854.50 |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ANDERSON SHUMAKER COMPANY, | ) | Case No. 17-05206 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | |
| | ) | Hearing Date: July 17, 2018 at 9:30 a.m. |

**SECOND AND FINAL FEE APPLICATION OF FREEBORN & PETERS LLP
AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Freeborn & Peters LLP ("*Freeborn*"), counsel to the Official Committee of Unsecured Creditors (the "*Committee*") appointed in the above-captioned chapter 11 case of Anderson Shumaker Company (the "*Debtor*"), hereby submits this second and final application for compensation (the "*Application*") which seeks: (i) final approval of compensation in the amount of $72,671.00 for services rendered and $298.55 for reimbursement of expenses incurred for the period of March 14, 2017 through May 8, 2018; and (ii) payment of $72,969.55 to Freeborn, representing the compensation and expenses requested herein less payments previously received. In support hereof, Freeborn states as follows:

**JURISDICTION AND VENUE**

1. The Court has jurisdiction over this matter pursuant to sections 1334 and 157(a) of title 28 of the United States Code and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois. This is a core proceeding pursuant to section 157(b)(2) of title 28 of the United States Code. Venue is proper in this district pursuant to sections 1408 and 1409 of title 28 of the United States Code.

2. The statutory predicates for the relief requested herein are sections 330, 331, 503(b), and 507(a)(1) of title 11 of the United States Code (the "*Bankruptcy Code*"), Rule 2016

- 2 -

of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "*Local Rules*").

## BACKGROUND

3. On February 23, 2017 (the "*Petition Date*"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "*Court*").

4. On March 9, 2017, the Office of the United States Trustee (the "*U.S. Trustee*") appointed the Committee as an official committee to represent the interests of unsecured creditors of the Debtor pursuant to section 1102 of the Bankruptcy Code.

5. On March 14, 2017, the Committee selected Freeborn as its counsel. On March 21, 2017, the Court entered an order approving Freeborn's employment effective *nunc pro tunc* as of March 14, 2017.

6. On March 27, 2018, the Court entered an order granting Freeborn's first interim fee application (the "*First Interim Fee Application*") (ECF No. 194) and allowing compensation in the amount of $55,744.50 and reimbursement of expenses of $80.00.

7. As of the date of this Application, Freeborn has been paid $55,854.50 on account of the First Interim Fee Application.

8. On May 8, 2018, the Court entered an order (the "*Confirmation Order*") approving the Debtor's Amended Disclosure Statement and confirming the Debtor's Amended Plan of Liquidation (the "*Plan*") filed on March 2, 2018.

9. On June 5, 2018, the Court entered an order approving the sale of substantially all of the Debtor's assets pursuant to the terms of the Plan.[1]

## RELIEF REQUESTED

10. Freeborn rendered services on behalf of the Committee from March 14, 2017 through May 8, 2018 (the "*Fee Application Period*"), for which Freeborn seeks final approval of compensation in the amount of $72,671.00 and reimbursement of expenses in the amount of $298.55 for a total of $72,969.55.

11. By this Application, Freeborn seeks a final order: (1) allowing Freeborn $72,671.00 in compensation and $298.55 in reimbursable expenses for the Fee Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code, and (2) authorizing payment to Freeborn of $17,155.05, representing all unpaid amounts owing to Freeborn.

12. Freeborn has not previously filed an application for compensation for compensation for the period of March 1, 2018 through May 8, 2018. Freeborn's billing statements for that period, broken down by project category are attached hereto as <u>Exhibits A-F</u>. Freeborn incorporates by reference the billing statements attached to its First Interim Fee Application.

## DISCUSSION

13. Section 330(a) of the Bankruptcy Code provides, in pertinent part, that:

[T]he court may award . . . reasonable compensation for actual, necessary services rendered by the . . . attorney and by any paraprofessional person . . . and . . .

---

[1] Pursuant to the Confirmation Order, the Effective Date of the Plan will not occur until after the closing of the sale. The Plan provides that any professional fees incurred through the date of the Confirmation Order must be approved by the Court. There will be a small amount of services that Freeborn will provide after the date of the Confirmation Order, such as dealing with sale closing issues and ensuring that the allocated funds are distributed to unsecured creditors. Freeborn understands that those fees will be paid out of the sale closing and will not be subject to Court approval.

reimbursement for actual, necessary expenses. . . . In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including – (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [the Bankruptcy Code]; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and (E) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

14. The Seventh Circuit Court of Appeals has stated that:

The computation of hourly fees depends on the number of hours "reasonably" expended, the hourly rate of each [professional], the calculation of the time value of money (to account for delay in payment), potential increases and decreases to account for risk and the results obtained, and a complex of other considerations under the heading of "billing judgment."

*Kirchoff v. Flynn*, 786 F.2d 320, 325 (7th Cir. 1986). Additionally, other courts of appeal have

recognized that:

[I]t is important for the court to maintain a sense of overall proportion and not become enmeshed in meticulous analysis of every detailed facet of the professional representation. It is easy to speculate in retrospect that the work could have been done in less time or with fewer attorneys or with an associate rather than a partner. On the other hand, it is also possible that [the client] would not have enjoyed the success it did had its counsel managed matters differently.

*Boston and Main Corp. v. Moore*, 776 F.2d 2, 10 (1st Cir. 1985) (citations omitted).

15. In reviewing the Application, the Court should be guided by the Seventh Circuit's

instruction to ascertain whether such services were rendered and billed in accordance with the

established market for legal services in similar matters:

[I]t is not the function of judges in fee litigation to determine the equivalent of the medieval just price. It is to determine what the lawyer would receive if he was selling his services in the market rather than being paid by court order.

*In re Continental Illinois Securities Litigation*, 962 F.2d 566, 568 (7th Cir. 1992); *see Mann v.*

*McCombs (In re McCombs)*, 751 F.2d 286, 288 (8th Cir. 1984) (section 330 "is meant to

- 5 -

encourage high standards of professional legal practice in the bankruptcy courts. . . . Bankruptcy courts must consider whether the fee awards are commensurate with fees for professional services in non-bankruptcy cases, thus providing sufficient economic incentive to practice in bankruptcy courts.")

16. In *Continental Securities*, the Seventh Circuit found error in the lower court's practice of: (a) placing ceilings on the hourly rates of all lawyers; (b) refusing to allow paralegal services to be compensated at market rate; (c) refusing to award a risk multiplier; (d) making large across-the-board cuts in research time; (e) making large across-the-board cuts in conference time; and (f) refusing to allow attorneys to bill computerized legal research services (*e.g.*, LEXIS). *Continental Illinois Securities Litigation*, 962 F.2d at 568-70.

17. In evaluating the Application, the Court should consider the novelty and difficulty of the issues presented, the skill required to perform the legal services properly, the preclusion of other employment caused by Freeborn's retention in this case, the customary fees charged in similar cases, the existence of time limits under which the services were rendered, the results obtained, the experience and ability of the attorneys involved, and the amount of awards of compensation in similar cases. *See In re Alberto*, 121 B.R. 531, 534 (Bankr. N.D. Ill. 1990).

18. Freeborn's hourly rates of compensation for those attorneys and para-professionals during the Fee Application Period range from $215 to $920 (however, no professional with an hourly rate in excess of $535 has performed services herein). Those rates are comparable to rates charged by other practitioners having the same amount of experience, expertise, and standing for similar services in this jurisdiction. Freeborn consistently and consciously made every reasonable effort to represent the Committee in the most economical, efficient, and practical manner possible.

19. A summary of the compensation requested herein regarding each of Freeborn professionals and para-professionals is set forth below:

| Timekeeper | Title | Year of Illinois Bar Admission | Rate[2] | Hrs. | Total |
|---|---|---|---|---|---|
| DeRousse, Shelly | Partner | 2001 | $510.00 | 42.7 | $21,777.00 |
| | | | $535.00 | 9.8 | $5,243.00 |
| Eggert, Devon J. | Partner | 2006 | $435.00 | 47.3 | $20,575.50 |
| | | | $455.00 | 28.7 | $13,058.50 |
| Green, Trinitee | Associate | 2016 | $320.00 | 4.8 | $1,536.00 |
| Hazdra, Jacqueline | Paralegal | N/A | $235.00 | 3.8 | $893.00 |
| | | | $245.00 | 1.6 | $392.00 |
| Janczak, Elizabeth L. | Associate | 2010 | $350.00 | 12.4 | $4,340.00 |
| | | | $370.00 | 3.3 | $1,221.00 |
| Krigel, Ari | Partner | 2008 | $445.00 | 0.7 | $311.50 |
| Isenberg, Shira | Senior Counsel | 2003 | $465.00 | 3.7 | $1,720.50 |
| Leipsitz, Harry | Associate | 2014 | $355.00 | 2.6 | $923.00 |
| | | | $375.00 | 1.4 | $525.00 |
| Schmidt, Leslie | Paralegal | N/A | $310.00 | 0.5 | $155.00 |
| | | | **Totals** | **163.30** | **$72,671.00** |

20. No agreement or understanding exists between Freeborn and any other person for the sharing of compensation received or to be received in connection with this case, other than as disclosed or authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and the Local Rules.

21. Freeborn reserves the right to correct, amend, or supplement this Application, including, without limitation, to seek payment in the event this Application is not approved in full.

---

[2] The listing of multiple rates for a professional indicates a rate increase at the beginning of 2018.

## SERVICES PERFORMED

22. This Application sets forth in detail the work performed by Freeborn and the time spent during the Fee Application Period.

**A.  General**          **$13,383.50**

23. Freeborn spent 30.8 hours at a cost of $13,383.50 on general matters. This category primarily includes time spent reviewing incoming pleadings, correspondence, and notices, preparing for and attending Court hearings on general case matters, corresponding with parties in interest concerning general case matters, and performing necessary administrative tasks typically associated with a committee representation (including performing court filings, calendars, and correspondence files, and retrieving necessary documents). Time in this category also includes services that cannot be classified in one discrete category, or time relating to general case administration matters.

**B.  Secured Creditor Issues**          **$19,939.50**

24. Freeborn spent 43.3 hours at a cost of $19,939.50 on secured creditor issues. This category primarily includes time spent analyzing the Debtor's request to use cash collateral, reviewing proposed cash collateral budgets, conferring with the Debtor and its lender regarding the same, investigating and analyzing the lender's perfection of its security interests, and attending hearings relating to the use of cash collateral.

**C.  Freeborn Retention and Fee Applications**          **$4,489.00**

25. Freeborn spent 13 hours at a cost of $4,489.00 on Freeborn retention and fee application matters. This category includes time spent preparing Freeborn's retention application and fee statements.

**D.     Other Professional Retention                               $2,034.00**

26.     Freeborn spent 4.1 hours at a cost of $2,034.00 on other professional retention matters.  This category consists of time spent with respect to the Debtor's retention of a financial advisor and reviewing the Debtor's professional's fee applications.

**E.     Plan and Disclosure Statement                              $16,285.00**

27.     Freeborn spent 35 hours at a cost of $16,285.00 on plan and disclosure statement matters. This category consists of time spent addressing issues relating to negotiating the terms of the Plan, reviewing and commenting upon the Plan and bids for the Debtor's assets, and attending hearings relating to the Plan and sale pursuant to the Plan.

**F.     Committee Meetings and Governance                          $9,839.50**

28.     Freeborn spent 21.3 hours at a cost of $9,839.50 on Committee meetings and governance issues.  This category primarily consists of time spent preparing and conducting meetings of the Committee, updating the Committee regarding the status of the case, and addressing inquiries from individual Committee members.

**G.     Asset Sales                                               $1,547.00**

29.     Freeborn spent 3.6 hours at a cost of $1,547.00 on asset sale issues.  This category primarily includes time spent by Freeborn professionals with respect to the potential sale of the Debtor's assets.

**H.     Schedules and Reports                                     $943.50**

30.     Freeborn spent 2.1 hours at a cost of $943.50 on schedules and reports. This category primarily includes time spent reviewing the Debtor's monthly operating reports.

**I.      Claims Analysis                                                         $4,210.00**

31.    Freeborn spent 10.1 hours at a cost of $4,210.00 on claims analysis matters.  This category consists of time spent reviewing, analyzing, drafting an objection to an application for payment of a section 503(b)(9) claim, and corresponding with parties regarding that claim.

**REASONABLE EXPENSES INCURRED**

32.    Expenses during the Fee Application Period were incurred in the following categories:

(a)    <u>Teleconferencing Expenses</u>:  Freeborn incurred expenses in the amount of $58.55 for teleconferencing fees.  Where multiple outside parties participate in a telephone conference, Freeborn uses an outside teleconferencing provider in order to efficiently conduct teleconferences.  These teleconferencing services were necessary in order to confer with the Committee.

(b)    <u>UCC Search</u>:  Freeborn incurred expenses totaling $36.00 to conduct a UCC search in order to analyze the validity, priority, and extent of the liens of the Debtor's secured lender.

(c)    <u>Tract Search</u>: Freeborn incurred expenses totaling $75.00 in connection with a tract search for a parcel of land in connection with the sale of the Debtor's assets.

(d)    <u>Postage</u>: Freeborn incurred expenses totaling $129.00 in postage fees in connection with serving Freeborn's First Interim Fee Application.

33.    Freeborn's detailed expense records for this category are attached hereto and incorporated herein as <u>Exhibit G</u>. All expenses incurred were ordinary and necessary expenses. All expenses billed to the Committee were billed in the same manner as Freeborn bills non-bankruptcy clients.

34. Freeborn does not bill its clients or seek compensation in this Application for certain overhead expenses, such as local and long-distance telephone calls, secretarial services, and facsimile transmissions. Such expenses are factored into Freeborn's hourly rates. Freeborn has not included certain other charges described herein in its overhead because it has determined that it is fairer to its smaller clients who use proportionately less of these services to have these expenses billed separately.

### BENEFIT TO THE ESTATE

35. Freeborn has remained active on all matters in its representation of the Committee as counsel during this case. Freeborn submits that the services set forth herein benefitted the estate and its creditors by ensuring that the Debtor's assets were properly preserved, and that the case was administered in a way that maximizes the potential recovery for general unsecured creditors.

### NOTICE

36. Twenty-one days' notice of this Application has been provided to: (i) the Debtor's counsel, (ii) the Debtor's secured lender (iii) the Office of the United States Trustee, (iv) all entities that have filed a request for service of filings pursuant to Bankruptcy Rule 2002 in this case; and (v) all creditors identified on the Debtor's creditor mailing matrix.

**WHEREFORE**, Freeborn respectfully requests that the Court enter an order:

(a) allowing Freeborn, on a final basis, $72,671.00 in compensation for the Fee Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code;

(b) allowing Freeborn, on a final basis, $298.55 in reimbursable expenses for the Fee Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code;

(c) authorizing payment to Freeborn of $17,115.05, representing all unpaid amounts owing to Freeborn on account of the Application;

(d) granting such other and further relief as the Court deems just and proper.

Dated: June 22, 2018

**FREEBORN & PETERS LLP**

By: /s/ Devon J. Eggert
　　　One of Its Attorneys

Shelly A. DeRousse
Devon J. Eggert
Elizabeth L. Janczak
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel:　312.360.6000
Fax:　312.360.6520
Email:　sderousse@freeborn.com
　　　　deggert@freeborn.com
　　　　ejanczak@freeborn.com

*Counsel for Official Committee of Unsecured Creditors of Anderson Shumaker Company*