UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-05206 |
| | ) | |
| AS LIQUIDATION CORPORATION, | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Honorable Donald R. Cassling |

### NOTICE OF MOTION

TO: ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **the 25th day of September, 2018 at the hour of 10:00 a.m.,** or as soon thereafter as counsel can be heard, I shall appear before the Honorable Donald R. Cassling, Bankruptcy Judge, in the room usually occupied by him, Courtroom 619 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead, and shall then and there present the **Motion for Entry of Final Decree and Closing Chapter 11 Case,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Simon, Clar & Dan
135 S. LaSalle, Suite 3705
Chicago, IL 60603
(312) 641-6777
sclar@cranesimon.com

### CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served via the Court's Electronic Registration to all parties on the attached Service List on the 13th day of September, 2018.

/s/ Scott R. Clar

1

## SERVICE LIST

### Served Via Court's CM/ECF Registration:

- **Fred L Alvarez**   falvarez@wwmlawyers.com, docket@wwmlawyers.com;mbeswick@wwmlawyers.com;Walker-ecfs_notice@juralaw.net
- **Shelly A. DeRousse**   sderousse@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
- **Devon J Eggert**   deggert@freeborn.com, bkdocketing@freeborn.com
- **Marc D Fine**   mdfine@jacksonkelly.com, jrtabor@jacksonkelly.com;spencer.tanner@jacksonkelly.com
- **Brian C Heck**   bheck@beckmanlawson.com
- **James Heiser**   heiser@chapman.com
- **David Paul Holtkamp**   David.Holtkamp2@cityofchicago.org
- **Elizabeth L Janczak**   ejanczak@freeborn.com, bkdocketing@freeborn.com
- **Aaron M Krieger**   akrieger@chapman.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Bryan E. Minier**   bminier@lathropgage.com, mvargas@lathropgage.com;krodriguez@lathropgage.com
- **Kate O'Loughlin**   kate.oloughlin@sba.gov
- **Christopher H Purcell**   shermlaw13@aol.com
- **Rebecca D Ward**   ward@blankrome.com
- **R. Scott Alsterda**   rsalsterda@nixonpeabody.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 17-05206 |
| | ) |
| AS LIQUIDATION CORPORATION, | ) Chapter 11 |
| | ) |
| Debtor | ) Honorable Donald R. Cassling |

## MOTION FOR FINAL DECREE AND FOR CLOSING CHAPTER 11 CASE

AS LIQUIDATION CORPORATION, an Illinois corporation, confirmed debtor herein ("Debtor"), in support of its Motion for Entry of Final Decree and for Closing Chapter 11 Case pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure, respectfully states as follows:

### Background

1. On February 23, 2017, Anderson Shumaker Company, now known as AS Liquidation Corporation ("Debtor"), filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor operated its business and managed its financial affairs as debtor-in-possession until October 17, 2017 when the Debtor's First Amended Plan of Liquidation ("Plan") was confirmed. The Plan contemplated a sale of the Debtor's assets.

3. No trustee or examiner was appointed in the Debtor's Chapter 11 case, and a committee of unsecured creditors ("Committee") was appointed in the Debtor's Chapter 11 case and was represented by counsel.

4. The Debtor was an Illinois corporation that provided open die forgings and custom forgings in various shapes and finishes using stainless steel, aluminum, carbon

steel and various grades of alloy steel. The Debtor was located at 824 S. Central, Chicago, Illinois 60641 (the "Business Premises").

5.  The Debtor employed forty three (43) people, including thirteen (13) salaried workers and thirty (30) non-union workers.

6.  Also, on May 8, 2018, the Court entered an Order confirming the Debtor's First Amended Plan of Liquidation (the "Plan") [Docket 237] which Plan contemplated a sale of substantially all of the Debtor's assets.

7.  On May 8, 2018, the Court entered an order [Docket No. 238] (the "Sale Procedures Order") authorizing and approving, among other things, bidding procedures in connection with the sale of substantially all of the Debtor's assets, scheduling an auction, approving the stalking horse bid, approving a break-up fee, and scheduling a Sale Hearing.

8.  Pursuant to the Sale Procedures Order, the Debtor conducted an auction for the Acquired Assets on May 31, 2018. The winning bid at the Auction was submitted by AS 1902, LLC ("AS 1902") in the amount of $5,310,000.00, plus the elimination of a remediation escrow from its Asset Purchase Agreement (valued at $100,000).

9.  On June 5, 2018, the Court entered an Order [Dkt. 252] approving the sale of the Acquired Assets to AS 1902 free and clear of all liens, claims and encumbrance.

10. On July 31, 2018, the Court approved the name change from Anderson Shumaker Company to AS Liquidation Corporation. [Docket 268].

### Relief Requested

11. The Debtor's Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. A list of distributions to unsecured creditors sent by counsel for the Committee is attached hereto as **Exhibit A**.

12. By this Motion, the Debtor respectfully requests the entry of a Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, AS LIQUIDATION CORPORATION, confirmed debtor herein, prays for the entry of a Final Decree closing this Chapter 11 case and for such other relief as may be just and appropriate.

Dated: September 13, 2018            AS LIQUIDATION CORPORATION,

By: /s/ *Scott R. Clar*
One of Its Attorneys

**DEBTOR'S COUNSEL**:
Scott R. Clar (Atty. No. 06183741)
David L. Kane (Atty. No. 6277758)
Crane, Simon, Clar & Dan
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777
sclar@craneheyman.com
dkane@cranesimon.com