UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 17-05206
AS LIQUIDATION CORPORATION,  )
)  Chapter: 11
)  Honorable Donald R. Cassling
)
)
Debtor(s)  )

## FINAL DECREE

THIS MATTER COMING TO BE HEARD upon the motion of AS LIQUIDATION CORPORATION, Confirmed Debtor herein, for Entry of Final Decree, the Court having entered an Order Confirming the Debtor's First Amended Plan of Liquidation on May 8, 2018, notice of said Motion having been given, no objections to said Motion having been filed or otherwise presented, and the court being fully advised in the premises:

THE COURT HEREBY FINDS that the First Amended Plan of Liquidation has been substantially consummated; and accordingly,

IT IS FURTHER ORDERED that the Chapter 11 case is closed.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: October 03, 2018

**Prepared by:**

DEBTOR'S COUNSEL:
Scott R. Clar
(Atty. No. 06183741)
David L. Kane
(Atty. No. 6277758)
CRANE, SIMON, CLAR & DAN
135 S. LaSalle, #3705
Chicago, IL 60603
(312) 641-6777
\mjo2\Anderson Shumaker\Final Decree